## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 21-mj-134** |
| : | |
| **BRANDON STRAKA,** : | |
| **Defendant.** : | |

### ORDER

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

ORDERED that, after taking into account the public interest in the prompt disposition of criminal cases, good cause exists to extend the Preliminary Hearing to May 25, 2021; it is

FURTHER ORDERED that the period from January 20, 2021 to May 25, 2021 be excluded from computing the time within which an information or indictment must be filed under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). The Court finds that COVID-19 has presented complications here that make it difficult for defense to meet with his client and prepare, and that delay is necessary for the parties to work on a potential resolution.

It Is So Ordered.

_____
United States Magistrate Judge

Entered: _____

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Consent Motion to Continue Preliminary Hearing was served upon counsel of record Stu Dornan through electronic mail, this 17th day of February 2021.

    By:   /s/   April N. Russo
        April N. Russo
        Assistant United States Attorney
        PA Bar. Bar 313475
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-1717
        April.russo@usdoj.gov