AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00134 |
| BRANDON STRAKA | ) Assigned to: Judge Robin M. Meriweather |
| | ) Assign Date: 1/20/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* BRANDON STRAKA,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ☒ Complaint
❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 231(a)(3) - impeding law enforcement officer during civil disorder;
18 U.S.C. 1752(a)(1) and (2) - knowingly entering and remaining on restricted grounds without lawful authority and/or engaging in disorderly conduct within proximity to a restricted building to impede official functions;
40 U.S.C. 5104(e)(2)(D) - engage in disorderly conduct with intent to disturb a hearing before Congress.

Date: 01/20/2021

*Issuing officer's signature*

City and state: Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/20/21, and the person was arrested on *(date)* 1/25/21
at *(city and state)* Omaha, NE

Date: 1/25/21

*Arresting officer's signature*

R. Sellers, Special Agent
*Printed name and title*