## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. 21-mj-134** |
| : | |
| **BRANDON STRAKA,** : | |
| **Defendant.** : | |

### ORDER

The undersigned has considered the consent Motion to Continue, as supplemented by information provided by counsel via email regarding the parties' consideration of a transfer to the arresting jurisdiction pursuant to Rule 20 of the Federal Rule of Criminal Procedure, and a review of the docket in the arresting jurisdiction. Based on the parties' representations and given that the preliminary hearing in the arresting jurisdiction has been continued, it is hereby

ORDERED that, after taking into account the public interest in the prompt disposition of criminal cases, good cause exists to continue the Preliminary Hearing to 1:00 p.m. on August 25, 2021 before Magistrate Judge Robin M. Meriweather; it is

FURTHER ORDERED that the period from May 25, 2021 through June 3, 2021 shall be excluded from calculation under the Speedy Trial Act, as it was a delay resulting from a pretrial motion. *See* 18 U.S.C. § 3161(h)(1)(D); it is

FURTHER ORDERED that the time between June 3, 2021 and August 25, 2021 shall be excluded from computing the time within which an information or indictment must be filed under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. ' 3161(h)(7). The Court finds that COVID-19 has presented complications here that make it difficult for defense to meet with his client and prepare, and that delay is necessary for the parties to work on a potential resolution; it is

FURTHER ORDERED, that the parties shall notify the Court if at any time prior to August 25, 2021 Defendant has a preliminary hearing in the jurisdiction of arrest, that hearing is rescheduled, or if the parties are no longer considering a Rule 20 transfer.

Date: June 3, 2021

_____
Robin M. Meriweather
United States Magistrate Judge