AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>BRANDON STRAKA<br>*Defendant* | )<br>)<br>)  Case No.   21-CR-00579<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Brandon Straka

Date:   09/30/2021

/s/ Nicole E. Ducheneaux, NE0001
*Attorney's signature*

Nicole E. Ducheneaux
*Printed name and bar number*

Big Fire Law & Policy Group LLP
1404 Fort Crook Road South
Bellevue, NE 68005

*Address*

nducheneaux@bigfirelaw.com
*E-mail address*

(531) 466-8725
*Telephone number*

(531) 466-8792
*FAX number*