IN THE UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.:  21-CR-00579 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR ADMISSION** |
| | ) | **PRO HAC VICE** |
| BRANDON STRAKA, | ) | |
| | ) | |
| Defendant. | ) | |

Stuart J. Dornan, a lawyer who is not a member of the Bar of this District, moves to appear in this case Pro Hac Vice on behalf of Defendant, Brandon Straka.  Stuart J. Dornan states that he is a member in good standing of the Bar of the United States District Court for the District of Nebraska, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the courts of Washington DC in connection with his Pro Hac Vice representation in this case.

Stuart J. Dornan further states his Pro Hac Vice admission on behalf of the Defendant in this case is authorized by LR 83.1.d.3.

Stuart J. Dornan states he can be contacted at the following location:  Stuart J. Dornan, Dornan, Troia, Howard, Breitkreutz, Conway & Dahlquist, PC, LLO, 1403 Farnam Street, Suite 232, Omaha, Nebraska 68102, telephone number (402) 884-7044, fax number (402) 884-7045 and at email address stu@dltlawyers.com.

DATED this 30th day of September, 2021.

BRANDON STRAKA, Defendant,

By:     *s/Stuart J. Dornan*
        STUART J. DORNAN, #18553
        Attorney for Defendant
        Dornan, Troia, Howard, Breitkreutz,
        Breitkreutz, Conway & Dahlquist PC, LLO
        1403 Farnam Street, Suite 232
        Omaha, Nebraska 68102
        (402) 884-7044 (phone)
        (402) 884-7045 (fax)
        stu@dltlawyers.com

Approved as to form and content:

*/s/ Nicole E. Ducheneaux*
Nicole E. Ducheneaux, #25386
1404 Fort Crook Road south
Bellevue, NE 68005
531-466-8725 (phone)
531-466-8792 (fax)
nducheneaux@bigfirelaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 30, 2021, I electronically filed the foregoing document, with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

      April Russo, Assistant United States Attorney

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

                                                 *s/ Nicole E. Ducheneaux*
                                                 Nicole E. Ducheneaux