IN THE UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.: CR21-579 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DECLARATION OF** |
| | ) | **STUART J. DORNAN** |
| BRANDON STRAKA, | ) | |
| | ) | |
| Defendant. | ) | |

STATE OF NEBRASKA   )
                    ) ss.
COUNTY OF DOUGLAS   )

I, Stuart J. Dornan, make the following declaration in lieu of an Affidavit pursuant to 28 U.S.C. §1746:

1. My full name is Stuart J. Dornan.

2. My business office is located at: 1403 Farnam Street, Suite 232, Omaha, Nebraska 68102; telephone number 402-884-7044.

3. I have been admitted to the following Bars:

  - Louisiana State Bar (admitted 1984)

  - Nebraska State Bar (admitted 1987)

  - United States District Court for the District of Nebraska (admitted 1987)

  - Texas State Bar (Admitted 1989)

  - United States District Court for the Southern District of Texas (admitted 1989)

  - United States District Court for the Central District of Illinois (admitted 1997)

  - United States Court of Appeals for the 8th Circuit (admitted 1998)

- United States District Court for the Northern District of Iowa (admitted 2008)
- United States District Court for the Southern District of Iowa (admitted 2008)
- United States Supreme Court (admitted 2010).
- Iowa State Bar (admitted 2013)

4. In an abundance of caution, in 2014 I received a private reprimand from the Iowa Supreme Court due to a federal judge finding me ineffective in representing a Complainant in two separate criminal cases.  The Judge found me ineffective for neglecting to file a Motion for New Trial; and failing to recognize that two of the Complainant's prior convictions did not qualify as predicates for finding him to be an armed career criminal.  The Iowa Supreme court stated: "It was the determination of the Board that you be, and hereby are, admonished for violating rule 32:1.3.

   Please find attached a United States Court of Appeals opinion for the 8th Circuit, Case No. 13-3320, filed on July 16, 2015, wherein the Court of Appeals reversed the finding by the trial Judge that I had been ineffective for neglecting to file a Motion for New Trial (Exhibit #1).  (Note:  Rule 2.6 Admonition states:  Admonition, also known as private reprimand, is a form of non-public discipline which declares the conduct of the lawyer improper, but does not limit the lawyer's right to practice.")  Also, please find the letter of admonishment from the Iowa Supreme Court Attorney Disciplinary Board (Exhibit #2).  In recently visiting with a member of the Board, Iowa does not consider a letter of admonition to be a disciplinary action; but a warning.  However, I don't want there to be any issue as to how this letter of admonition is considered by this Court.  I have further given authorization to the Iowa Supreme Court Disciplinary Board to release its records.

5. I have never been admitted Pro Hac Vice in this Court.

6. I have never engaged in the practice of law from any office located in the District of Columbia, am not a member of the bar of the District of Columbia nor do I have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 29th day of September, 2021.

Stuart J. Dornan, #18553
Dornan, Troia, Howard, Breitkreutz,
Conway & Dahlquist PC, LLO
1403 Farnam Street, Suite #232
Omaha, NE 68102
(402) 884-7044 (telephone)
(402) 884-7045 (fax)
stu@dltlawyers.com

SUBSCRIBED and SWORN to before me, a Notary Public, this 29th day of September, 2021.

GENERAL NOTARY - State of Nebraska
RUTH A. TRIMBLE
My Comm. Exp. July 14, 2024

NOTARY PUBLIC

3