UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:21-cr-579** |
| | : | |
| v. | : | **MAGISTRATE NO. 21-mj-134** |
| | : | |
| **BRANDON STRAKA,** | : | **VIOLATIONS:** |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| **Defendant.** | : | **(Disorderly Conduct in** |
| | : | **a Capitol Building)** |

# S U P E R S E D I N G   I N F O R M A T I O N

The United States of America charges that:

### COUNT ONE

On or about January 6, 2021, in the District of Columbia, Brandon Straka, willfully and knowingly engaged in disorderly and disruptive conduct while he was inside the grounds of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in the Capitol Buildings of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

(**Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

2

                              CHANNING D. PHILLIPS
                              ACTING UNITED STATES ATTORNEY
                              D.C. Bar No. 415793

By:    /s/    April N. Russo
       April N. Russo
       Assistant United States Attorney
       PA Bar. Bar 313475
       555 4th Street, N.W.
       Washington, D.C. 20530
       (202) 252-1717
       April.russo@usdoj.gov