AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

United States of America )
_____Plaintiff_____ )
v. ) Case No. 1:21 CR-579
Brandon Straka )
_____Defendant_____ )

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Brandon Straka

Date: 10-5-21

_____
Attorney's signature

Stuart J. Dornan, #18953
Printed name and bar number

1403 Farnam St., Ste. 232, Omaha, NE, 68102
Address

stu@dltlawyers.com
E-mail address

(402) 884-7044
Telephone number

(402) 884-7045
FAX number