UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | |
| v. : | Case No.: 21-cr-00579 (DLF) |
| : | |
| BRANDON STRAKA : | |
| : | |
| Defendant. : | |

NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Brittany L. Reed, who may be contacted by telephone at 504-680-3031 or email at Brittany.Reed2@usdoj.gov. This is notice of her appearance in this matter on behalf of the United States. This appearance is in place of Assistant United States Attorney April Russo.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Brittany L. Reed*
Brittany L. Reed
Assistant United States Attorney
Detailee
United States Attorney's Office
District of Columbia
Louisiana Bar Number 31299
(504) 680-3031(office)
Brittany.Reed2@usdoj.gov

## CERTIFICATE OF SERVICE

On this 19th day of November 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Brittany L. Reed*
Brittany L. Reed
Assistant United States Attorney
Detailee
United States Attorney's Office
District of Columbia
Louisiana Bar Number 31299
(504) 680-3031(office)
Brittany.Reed2@usdoj.gov