UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 21-cr-579 (DLF) |
| BRANDON STRAKA : | |
| : | |
| Defendant. : | |

## ORDER

Upon consideration of the Government's Joint Motion to Continue the Sentencing Hearing and Vacate Sentencing Related Deadlines scheduled for December 17, 2021, and December 22, 2021, respectively, it is this _____ day of _____, 2021, hereby

**ORDERED** that the Sentencing Hearing will be continued until _____, 2022 at _____;

**ORDERED** that the deadline for the government's Sentencing Memorandum and supporting video evidence be set for _____, 2022.

**SO ORDERED**

_____          _____
DATE                                                          **HONORABLE DABNEY L. FRIEDRICH**
                                                                     **UNITED STATES DISTRICT JUDGE**