

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-579 (DLF) |
| : | |
| BRANDON STRAKA : | |
| : | |
| Defendant. : | |

**MOTION FOR LEAVE TO FILE
SENTENCING-RELATED PLEADING UNDER SEAL**

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and moves for leave to have the Joint Motion to Continue the Sentencing and Vacate Sentencing Related Deadlines (Rec. Doc. 33), filed December 17, 2021, placed under seal. The United States respectfully submits that filing this pleading under seal is necessary because it references sensitive information related to sentencing.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

*/s/ Brittany L. Reed*
BRITTANY L. REED
La. Bar Roll Number 31299
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3031
Brittany.Reed2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 22, 2021, I filed the foregoing under seal by ECF to notify Chambers, and to counsel for defendant.

                                                           */s/ Brittany L. Reed*
                                                           BRITTANY L. REED
                                                           Assistant United States Attorney