UNITED STATES DISTRICT COURT **SEALED**
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 21-cr-579 (DLF) |
| BRANDON STRAKA : | |
| : | |
| Defendant. : | |

**MOTION FOR LEAVE TO FILE
SENTENCING-RELATED PLEADING UNDER SEAL**

**O R D E R**

Considering the foregoing motion and for the reasons stated in the accompanying sentencing-related pleading;

**IT IS HEREBY ORDERED** that the government's motion for leave to file the accompanying sentencing-related pleading under seal is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that this motion and order be **SEALED** and that copies of the instant motion and the sentencing-related pleading be provided only to the U.S. Attorney's Office, the defense attorney, and United States Probation.

Ordered, this _____ day of December, 2021.

_____
HONORABLE DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE