**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

<span style="color:red">**SEALED**</span>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Case No. 21-cr-579 (DLF)** |
| **BRANDON STRAKA** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### MOTION FOR LEAVE TO FILE
### SENTENCING-RELATED PLEADING UNDER SEAL

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and moves for leave to have the Joint Motion to Continue the Sentencing and Vacate Sentencing Related Deadlines (Rec. Doc. 33), filed December 17, 2021, placed under seal.   The government previously made this request on December 22, 2021.   This Court denied the request for sealing and directed the government to provide additional information for its request to seal the motion to continue.

The government respectfully requests sealing because the motion to continue referenced the fact that the government was requesting a continuance of the sentence to evaluate newly discovered information provided by the defendant. Since the filing of the joint motion to continue, the defendant has been contacted by individuals who believe that he is cooperating with the government.   Additionally, media outlets have also reported that the defendant is indeed cooperating with the government.   The government has attached exhibits that have been provided to the government by defense counsel.

The United States respectfully submits that filing this pleading under seal is necessary because it references sensitive information related to sentencing.   The request for sealing is based

1

on the government's desire to maintain the integrity of this investigation and protect the safety of

the defendant.

Respectfully submitted,

MATTHEW M. GRAVES
Acting United States Attorney
D.C. Bar No. 481052

By:_____*/s/ Brittany L. Reed*_____
          BRITTANY L. REED
          Trial Attorney – Detailee
          La. Bar No. 31299
          650 Poydras Street, Ste. 1600
          New Orleans, Louisiana 70130
          Brittany.Reed2@usdoj.gov
          (504) 680-3000

2

<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that on December 29, 2021, I filed the foregoing under seal in CM/ECF to Chambers, and by email to counsel for defendant.


<div style="margin-left:40%">

*/s/ Brittany L. Reed*
BRITTANY L. REED
Assistant United States Attorney

</div>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

<span style="color:red">**SEALED**</span>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | **Case No. 21-cr-579 (DLF)** |
| **BRANDON STRAKA** | : | |
| | : | |
| **Defendant.** | : | |

**MOTION FOR LEAVE TO FILE**
<u>**SENTENCING-RELATED PLEADING UNDER SEAL**</u>

<u>**O R D E R**</u>

Considering the foregoing motion and for the reasons stated in the accompanying sentencing-related pleading;

**IT IS HEREBY ORDERED** that the government's motion for leave to file the accompanying sentencing-related pleading under seal is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that this motion and order be **SEALED** and that copies of the instant motion and the sentencing-related pleading be provided only to the U.S. Attorney's Office, the defense attorney, and United States Probation.

Filed this 29th day of December, 2021.

_____
HONORABLE DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE