



**Hoodlum** 🇺🇸 @NotHood... ·1d
LET'S GO BRANDON!

Brandon Straka, creator of Trump Walkaway, leader & speaker at 'Stop The Steal' is singing like Chuck Grassley's pidgins. He's provided significant and damaging new evidence. Prosecutors asked for a sentencing delay so all his new evidence "can be evaluated."

💬 138      🔁 1,582      ❤️ 7,767



**All In with Chris Hayes** ✓
@allinwithchris

"[**Brandon Straka**] was essentially at the intersection of the two activities on that day. There is the legal, First Amendment protected protest—and the illegal, violent coup-attempt," says Hayes on why Straka cooperating with investigators is a big deal.









**Save Our Democracy Pai...**
@MeloniaSherban

**Brandon Straka** is rolling over on them, and I am here for it!  Give a whole new meaning to this!

8:34 PM · 12/17/21 · Twitter for iPhone







https://youtu.be/XV9xS_ujAHM

https://www.politico.com/news/2021/12/17/trump-ally-brandon-straka-information-525272

https://www.msnbc.com/all-in/watch/jan-6-rioter-provides-evidence-that-may-impact-sentencing-129039429661

https://news.yahoo.com/convicted-gay-trump-ally-brandon-163607132.html

https://t.co/t35ABDQ5VO

https://youtu.be/XV9xS_ujAHM

https://www.politico.com/news/2021/12/17/trump-ally-brandon-straka-information-525272

https://www.msnbc.com/all-in/watch/jan-6-rioter-provides-evidence-that-may-impact-sentencing-129039429661

https://news.yahoo.com/convicted-gay-trump-ally-brandon-163607132.html

https://t.co/t35ABDQ5VO