Friday 3:53 PM

> Whatever you told them, it's not too late to undo this. You can recant your testimony. You will go to your grave as a traitor otherwise—that will be your legacy. Please reach within yourself and find the courage I know is in there. Don't do this.

> lol– so you believe the news, eh? 🫨 Moronic.

> It's all anyone has to go on, unless you make a statement otherwise. But I was told weeks ago you were co-operating.

> Only just seen it go public.