**lol– so you believe the news, eh? 🫢 Moronic.**

It's all anyone has to go on, unless you make a statement otherwise. But I was told weeks ago you were co-operating.

Only just seen it go public.



**Trump ally Straka has provided potentially significant information**
politico.com