**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**SEALED**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Case No. 21-cr-579 (DLF)** |
| **BRANDON STRAKA** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**MOTION FOR LEAVE TO FILE**
**SENTENCING-RELATED PLEADING UNDER SEAL**

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully moves for leave to have this Honorable Court seal the government's supplemental sentencing memorandum.   This Court previously granted the government's request for the sealing of the joint motion to continue the sentencing.   The government's previous concerns for the safety of the defendant remain.

The defendant has been contacted by individuals who believe that he is cooperating with the government.   Additionally, media outlets have also reported that the defendant is indeed cooperating with the government.   The government's supplemental sealed sentencing memorandum contains information detain the defendant's cooperation. This information is necessary for the Court to assess the defendant's level of cooperation with the government prior to fashioning a sentence in this matter.   The government is concerned that if this sensitive information is made known to the public, not only may the information potentially jeopardize the defendant's safety, but it may also impact the integrity of ongoing investigations and prosecutions currently being conducted by the United States.

1

The United States respectfully submits that filing this pleading under seal is therefore necessary.

Respectfully submitted,

MATTHEW M. GRAVES
Acting United States Attorney
D.C. Bar No. 481052

By:_____/s/ Brittany L. Reed_____
       BRITTANY L. REED
       Trial Attorney – Detailee
       La. Bar No. 31299
       650 Poydras Street, Ste. 1600
       New Orleans, Louisiana 70130
       Brittany.Reed2@usdoj.gov
       (504) 680-3000

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2022, I filed the foregoing under seal by emailing to Chambers, U.S. Probation and to counsel for defendant.

/s/ Brittany L. Reed_____
BRITTANY L. REED
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT <span style="color:red">**SEALED**</span>
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Case No. 21-cr-579 (DLF)** |
| **BRANDON STRAKA** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**MOTION FOR LEAVE TO FILE**
**SENTENCING-RELATED PLEADING UNDER SEAL**

**O R D E R**

Considering the foregoing motion and for the reasons stated in the accompanying sentencing-related pleading;

**IT IS HEREBY ORDERED** that the government's motion for leave to file the accompanying sentencing-related pleading under seal is hereby **GRANTED.**

 

 

**IT IS FURTHER ORDERED** that this motion and order be **SEALED** and that copies of

the instant motion and the sentencing-related pleading be provided only to the U.S. Attorney's

Office, the defense attorney, and United States Probation.

Filed this 13th day of January, 2022.


_____
HONORABLE DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE