UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-cr-00579 (DLF) |
| v. : | |
| : | |
| BRANDON STRAKA, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S SEALED SUPPLEMENT TO SENTENCING MEMORANDUM**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this sealed supplement to its Sentencing Memorandum in connection with the above-captioned matter, for the purpose of detailing the assistance provided to the government by defendant Brandon Straka. As noted in the government's Sentencing Memorandum, defendant Straka assisted the government with information over the course of three separate debriefing meetings with the government. Straka was cooperative at each meeting.

Straka initially met with the Federal Bureau of Investigation, post-arrest, on February 11, 2021. Straka appeared voluntarily and was cooperative, forthcoming when asked questions about his knowledge about events leading up to January 6. and what occurred on January 6. Straka is a social media influence who participated in "Stop the Steal" rallies in swing states following the 2020 presidential election. The "Stop the Steal" effort was formed through a private Twitter group of which Straka was a member. The group was formed "long before" the 2020 election and referred to itself as the "MAGA Verified" group because it was comprised of MAGA followers who were verified on Twitter. The members of the group used Twitter to exchange private direct messages with one another. Straka provided information about an individual, Ali Alexander, who was part of the MAGA Verified group. Straka was invited to speak at a "Stop the Steal" rally that

1

Alexander organized in Washington D.C. for January 5. Plans for this event were changed, resulting in Straka being asked to speak the following day, January 6, at the U.S. Capitol. Straka was then contacted by "Stop the Steal" prior to traveling to Washington D.C. and asked if he would speak at an event on January 5 at Freedom Plaza.

Straka provided information about "Stop the Steal" members Amy Kremmer, Kylie Kremmer, Cindy Chafian. This information was useful in that it identified members of "Stop the Steal." Neither the Kremmers nor Chafian are being prosecuted by the government at this time.

Straka provided agents with a thorough explanation of his activities on January 6. The government viewed video footage captured by Straka and confirmed his narrative of events, as they occurred while Straka was at the U.S. Capitol. Straka expressed remorse and explained that he did not initially know the full scope of what occurred on January 6. It was not until he started watching videos of the event that he then understood what truly happened.

Straka also provided information about an individual, Simone Gold. The government has charged Gold in a felony indictment: *United States v. Simone Gold, et al.*, 21-CR-085 (CRC). Straka provided the government with voicemail messages that he received from Gold, whom he met in Washington D.C. on either January 5 or 6. The information contained in the voicemail messages is valuable in the government's prosecution of Gold and may assist in a plea resolution of the *Gold* prosecution.

On March 5, 2021, Straka was interviewed by the FBI a second time. Sometime after his first interview, Straka recalled that an individual, David Leatherwood, told him that an individual, Elijah Schaffer, was inside of Nancy Pelosi's office on January 6. This information is being investigated for its accuracy.

Straka also assisted agents by providing additional information to Ali Alexander and his involvement with "Stop the Steal." Straka was able to provide general information about Alexander.

On December 8, 2021, counsel for Straka provided the government with information regarding a United Capitol rioter who was at the U.S. Capitol. Straka recalled observing the individual while he was standing outside on the steps outside of the East Rotunda Doors. This individual stood nearby as a U.S. Capitol Police Officer's protective shield was taken away from him. Straka believes that the individual joined in with the crowd yelling "take it, take it," as rioters struggled with the officer to take his shield. After January 6, the individual, identified by Straka as Gavin Crowl, participated in an interview with insurrectionist advocate, Bobby Powell. Crowl recounted what he observed at the U.S. Capitol. Straka and Crowl reside in Nebraska and live within a short distance of each other. Straka's information is beneficial in that Crowl was not previously identified by the FBI prior to Straka's identification of Crowl.

On January 5, 2021, Straka interviewed with the government for a third time. Straka appeared voluntarily and was cooperative. During this interview, Straka answered follow-up questions based on the FBI's previous interviews. Additionally, Straka provided information relative to Crowl. Based in the information provided by Straka, the FBI has opened an investigation into Crowl and his conduct at the U.S. Capitol on January 6.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052


By:    */s/ Brittany L. Reed*
        BRITTANY L. REED
        Assistant United States Attorney
        Detailee- La. Bar Roll No. 31299
        U.S. Attorney's Office
        650 Poydras Street, Suite 1600
        New Orleans, Louisiana 70130
        Office: 504-680-3031
        Brittany.Reed2@usdoj.gov