**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,  CASE NO.: 1:21-CR-00579 (DLF)

    Plaintiff,

v.

BRANDON STRAKA,

    Defendant.

_____/

## MOTION FOR ADMISSION OF BILAL A. ESSAYLI *PRO HAC VICE*

Defendant Brandon J. Straka, through undersigned sponsor, moves that Bilal A. Essayli, an attorney of the State of California, be admitted *pro hac vice* for the purpose of representing Mr. Straka in the above-styled case. In support of this motion, the attached Declaration of Bilal A. Essayli shows that he meets the requirements of Local Criminal Rule 44.1(d).

    Respectfully submitted,

/s/ Stephen Klein
Stephen R. Klein
Bar No. 177056
BARR & KLEIN PLLC
1629 K St. N.W., Ste. 300
Washington, DC 20006
Telephone: (202) 804-6676
steve@barrklein.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of January, 2022, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to Government's counsel.

                                                /s/ Stephen Klein