# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                             CASE NO.: 1:21-CR-00579 (DLF)

    Plaintiff,

v.

BRANDON STRAKA,

    Defendant.
_____/

## DECLARATION OF BILAL A. ESSAYLI

I, Bilal A. Essayli, declare as follows:

    1.    I am an attorney licensed to practice in the State of California. Pursuant to Local Criminal Rule 44.1(d), I make this declaration in support of the Motion *Pro Hac Vice* filed in the instant case.

    2.    My office address and telephone number are as follows:

    Essayli & Brown LLP
    18191 Von Karman Ave.
    Suite 100
    Irvine, California 92612
    (949) 508-2980

    3.    I am admitted to the following courts and bars:

    Supreme Court of California
    United States District Court for the Central District of California
    United States Court of Appeals for the Ninth Circuit

    4.    I am a member in good standing and eligible to practice in all courts to which I am admitted. I have never been disciplined by any bar.

    5.    I have not been admitted for admission *pro hac vice* to the Court within the past two years.

6. I do not engage in the practice of law from an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 14th day of January, 2022.

/s/ Bilal A. Essayli
Bilal A. Essayli
ESSAYLI & BROWN LLP
18191 Von Karman Ave.
Suite 100
Irvine, California 92612
(949) 508-2980
bessayli@essaylibrown.com

*Counsel to Defendant Brandon J. Straka*