**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:21-CR-00579 (DLF) |
| Plaintiff, | |
| v. | |
| BRANDON STRAKA, | |
| Defendant. | |
| _____/ | |

## ORDER

Upon consideration of the Motion for Admission of Bilal A. Essayli Pro Hac Vice, it is hereby ORDERED that Bilal A. Essayli is admitted *pro hac vice* to this Court for the purpose of representing Defendant Brandon J. Straka in the above-captioned matter.

**So ORDERED**.

ENTERED this _____ day of _____, 2022.

_____
Hon. Dabney L. Friedrich
United States District Judge