IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:21CR-579-DLF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR** |
| | ) | **PERMISSION TO SEAL** |
| BRANDON J. STRAKA, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Brandon J. Straka, by and through undersigned counsel, and requests permission from the Court to Seal Defendant's Substantial Assistance Sentencing Memorandum based on the information contained therein.

WHEREFORE, Defendant prays for the relief requested and for such other and further relief as the Court may deem just and equitable.

BRANDON J. STRAKA, Defendant,

By:   *s/Stuart J. Dornan*
STUART J. DORNAN, #18553
Attorney for Defendant
Dornan, Troia, Howard,
Breitkreutz & Conway PC LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
(402) 884-7044 (phone)
(402) 884-7045 (fax)
stu@dltlawyers.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 18, 2022, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

      N/A – Filed Under Seal

and I hereby certify that I have electronically mailed the document to the following non CM/ECF participants:

      Brittany L. Reed, Assistant United States Attorney
      April Russo, Assistant United States Attorney
      Jessica Reichler, United States Pretrial Services and Probation Officer

      *s/Stuart J. Dornan*
      STUART J. DORNAN, #18553
      Attorney for Defendant