IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:21CR-579-DLF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER TO SEAL** |
| | ) | |
| BRANDON J. STRAKA, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant's Motion for Leave to File Under Seal his Substantial Assistance Sentencing Memorandum based on the information contained therein.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant's Substantial Assistance Sentencing Memorandum shall be filed under seal.

_____            _____
DATE                                                             DISTRICT JUDGE


Prepared and Submitted by:

STUART J. DORNAN #18553
Dornan, Troia, Howard,
Breitkreutz & Conway PC, LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska  68102
(402) 884-7044
stu@dltlawyers.com
Attorney for Defendant