**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 1:21-cr-00579-DLF** |
| | **:** | |
| **BRANDON STRAKA,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| _____ | **:** | |

**GOVERNMENT'S NOTICE OF FILING OF VIDEOS**
**PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following videos that were provided to the Court and defense counsel on January 13, 2022 via USAfx, in response to the Court's minute order relating to the upcoming sentencing hearing.  As video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The videos are as follows:

1.      A file entitled "Exhibit 1: Straka – January 6 video" which is a video recorded by the defendant and subsequently posted to his Twitter account.  The video shows the defendant at the United States Capitol standing on the East Front steps of the U.S. Capitol, filming himself and the rioters.

2.      A file entitled "Exhibit 2: Straka – January 7 video" which is a video recorded by the defendant and subsequently posted to his Twitter account.  The video shows the defendant recounting to his followers what occurred on January 6.

The government will also provide a disc with the videos to chambers.  If the Court accepts these proposed video exhibits into evidence, the United States takes the position that the entered exhibits should be promptly released to the public.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:      */s/ Brittany L. Reed*
BRITTANY L. REED
Assistant United States Attorney
Detailee- La. Bar Roll No. 31299
U.S. Attorney's Office
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Office: 504-680-3031
Brittany.Reed2@usdoj.gov