Your Honor —

My name is ████████

and I am 7 years old. I met Brandon

Blvaka during a zoom meeting in

2020. He was hosting a daily zoom meeting

for people all over the world to help

them stay positive and connected during

the shut down. This is the type of person

he is. I was happy to meet him in person

(during) the Summer of 2021 and he really

(cares) about people. Brandon is a good

(role m)odel for a kid like me. Sincerly

Sincerly,

████████

Exhibit L



November 11, 2021

*Your Honor,*

I first met Brandon Straka in January of 2019 for the first time at Conservative Political Action or CPAC Conference in National Harbor, Maryland. I found him to be just a great guy who was not only highly intelligent, but highly observant. I also quickly learned that he was forgiving and very kind.

During the CPAC Conference I was working as a volunteer at the #WalkAway display/table. While I was volunteering, Brandon came downstairs for his scheduled Meet and Greet time. I had seen him online before, but had never met him in person. I thought it would be fun to take a selfie with him, which I surreptitiously did without his permission. (It must be scary when random people make approaches in open-access events.) Because the selfie didn't turn out well, I made a second attempt an hour later.

On the second selfie attempt, Brandon immediately recognized me from my first *attempt. He eyed me suspiciously, perhaps questioning why I was making a* second attempt when I had already taken one with him. I was one of over a hundred people in that conference hall that day. I had hoped that Brandon had forgotten me. I was shocked that not only had he remembered my wiley behavior, but was gracious enough not to scold me for not standing in line like everyone else. He smiled, let it go and took a great selfie with me.

Selfies taken, Brandon hung out at the #WalkAway display table to engage with anyone who had a question or wanted to talk. He was very interested in every detail of the WalkAway display table. Did the volunteers need anything? Were we *having a great time? What brochures were we giving out? Which brochures and* sale items were the most popular? Brandon missed nothing and was not above speaking to anyone, myself included. He spoke with each person as if they were the only one in the room. He was laser-focused, affable, kind and very much on point with all of his facts.

Exhibit M

A few months later, I had the opportunity to meet Brandon again in Annapolis, Maryland at a different event at our State House. There, Brandon remembered me again. I couldn't believe it. CPAC was jammed with people and at this second event, he was not faking a recollection. He just has that kind of observant brain that fastens onto details and is able to utilize them when necessary or appropriate.

I have been a school teacher for over four decades and can recognize great intelligence when it is before me. Although my contact with Brandon hasn't been frequent, I can see what I see. Not only is he highly intelligent, but he is not proud about it. I find these qualities to be more and more a rare combination in 2021. It was refreshing to find these qualities in such a young man. (I am old enough to be Brandon's mother.)

Brandon is an affable, wonderful human and I highly recommend his wonderful *character and good name.*

Sincerely,



Exhibit M

November 13, 2021

## *ATTENTION: YOUR HONOR!*

## *REGARDING – BRANDON STRAKA*

I am writing this letter to let you know of the character and credibility of Brandon Straka whom I have observed for a long time now. I have been watching and listening to Brandon for well over two years, if not more, and have been incredibly impressed with who he is. I am thankful for his life and how he has affected me to be all I can be and fulfill my God-given calling. Whether it is acknowledging and supporting our police officers or bringing diverse groups together to share and understand one another, or telling all to do what is right and take the "high road", he has been tenacious. His love for people and this country is contagious and has been outstanding and obvious to those who know him and have been touched by his life. I am one of those people. I have only heard good, truthful and uplifting words come from him. Words that encourage, support, and give hope to me and others for a brighter future. He exemplifies honesty, kindness, loyalty and much more. There is no one that I would rather have on my team than Brandon Straka. He is a uniter, lover of people, and an outstanding person.



Exhibit N

November 13, 2021


Your Honor,


I would like to take this time to write a character letter on behalf of Mr. Brandon Straka. I have been following Mr. Straka for approximately two years (maybe more) on television and media and have always known him to be a very uplifting and positive person. This is what initially drew me to him because of his positive message of love, support, and inclusivity of all.

He, like me, does not believe in division and hatred of others. I've witnessed him to be a peaceful person and always in support of law enforcement; encouraging others to back the blue in lawful and peaceful demonstrations. I am also a proponent and supporter of law and order as is Mr. Straka.

Mr. Straka has continually demonstrated to be a person who loves his country and supporter of free speech and the first amendment. From his video testimonials that I have personally watched, he has turned his life around from being dependent on drugs and alcohol to becoming a political commentator and entrepreneur and a positive contributor to society.

I look forward to seeing him succeed in the next chapter in his life and a continued change for good in our country.


Sincerely,



Exhibit O

Your Honor:

I'm writing this letter to show my support for Brandon Straka. I discovered Brandon a few years ago on social media. I was immediately taken by his deep love for our country. He has always been positive, uplifting, encouraging and a strong advocate for the basic rights of all human beings. Like me and so many other Americans he is a strong supporter of law and order and has always been supportive of our police officers. I have never once heard or known him to provoke any type of violent activity. He promotes peace and fairness for all.

Brandon is thoughtful, trustworthy, kind and I'm proud to call him a friend and a wonderful human being.


Sincerely,




Exhibit P

[REDACTED]

November 14, 2021

Your Honor,

We consider Brandon a good family friend with good character and values, and wish there were more people in this country like Brandon.

We believe Brandon is working tirelessly towards a more peaceful, loving, tolerant, communicative and patriotic America.

Sincerely,

[REDACTED]

Exhibit Q

10-14-21

Your Honor,

I have listened to and watched Brandon Straka for years now, since he became a public figure. I have only seen good things come from this great man and I know him as a very brave and courageous individual who loves his country and fellow citizens. Never, have I ever heard any mention of negativity or hatred come from him. Brandon is a great role-model with a great positive message to help move our country forward for ALL Americans.

Please consider this message on his behalf. We need more good people like him to step up with courage and hope. He has been great inspiration to me.

Thank you,

Exhibit R

11/16/21

You're Honor,

I have followed Brandon since the beginning of his walk away movement. His initial video was very moving and a call for people of all stripes to open their eyes to the way media deceives us. It was a call to walk away from the democrat party because of deceptions also.

Thousands upon thousands of members, including me, gave our testimonies on how it is OK to be conservative, and to have conservative values even if you are black or brown, gay or straight, trans or anything in between.

Brandon made a community of respect for each other, in spite of our differences.

I am a Christian conservative! Still I felt right at home among the diverse walk away community.

Brandon encouraged love and tolerance for each other, and a love for the place we call home too, America.

Brandon's call was we all belong, and we are all in this together. We don't have to take sides and hate and divide over the differences that we have. We can unite as humans in America.

Thank you for taking the time to read my letter.

Sincerely,

Exhibit S

Your Honor,

I am writing this letter today to let you know the Brandon Straka that I have known over the past 3 years. I have followed the Walkaway movement since 2018. I was so impressed with Brandon, and his ability to get his message across with love and kindness. He has been a huge supporter of our men and women in blue, as well as the black community. Any of his videos, and speeches will attest to this fact, and all can be found on Youtube, unless they have been removed.

My husband and I have attended several rallies, led by Brandon, and again, he has always been respectful, and loving in his messages, even when he encountered hate and hecklers. I truly don't know how he kept his cool.

So impressed were we, that we decided to celebrate our 35th wedding anniversary at the 1st annual Walkaway Gala. There, we met Brandon, and many other people who were passionate about getting their message of love and acceptance across. He has worked tirelessly, despite a myriad number of obstacles, to make this country a better place.

Thank you for taking the time to read my letter.

Respectfully,



Your Honor,

I am submitting this letter on behalf of Mr. Brandon Straka. I first became aware of Mr. Straka through his "WalkAway" movement. I was taken with Mr. Straka's calm, thoughtful and peaceful approach towards making a difference in this world. Through Brandon's video diary, I was able to follow his metamorphosis and concern for his fellow human beings. Little by little I became more interested in his approach to make a meaningful change for the better by exercising his rights. Mr. Straka's message of love and acceptance began to attract many followers- my wife and I amongst them. So taken were we that we attended the first annual *WalkAway Gala* in Washington, DC – May 2019. Here we were able to interact personally with Brandon and found him to be as expansive, voluble and warm in person as he is in his videos. The entirety of the evening was dedicated to improving our country and the mantra of inclusiveness; truly a *big tent approach*. Subsequently, my wife and I attended several rallies in the Washington, DC area and its surrounds. Each of these gatherings was a momentous occasion filled with optimism for the future, love of country, inclusiveness and marked always by a message of peace. Our gatherings always recognized and thanked law enforcement and our military, and were conspicuous for the absence of detritus or violence left in their wake despite the great numbers in attendance. Brandon delivers his message

Exhibit U

fervently and with passion but always without violence or malice. I would urge you to seek unadulterated, raw footage from any of his gatherings or review his video diaries to truly appreciate who Mr. Straka is.

I thank you kindly for your taking this statement into consideration on Mr. Straka's behalf.



Your Honor,

My name is Isaac ███████████ I am a supporter of Brandon. As a Black man I feel that he has always shown good character and is willing to have a productive conversation with anyone.
Please give him an opportunity as I gave him an opportunity.

**Sincerely,**

███████████
███████████████
███████████

Exhibit V

November 15, 2021

Your Honor:

It is with the utmost respect that I write to you today on behalf of Brandon Straka.

Albeit among the "political" storms in our country, I want to share with you the impact he has had on my life that, ironically, has nothing to do with politics at all. He's brought to me, and many others, a newfound hope in humanity.

There are so many of us who struggle with the weight of despair and worry, and feeling absolutely discouraged about our community and our relationships among our diversity—all aspects of it, whether it be ethnically, or our views on societal issues. Brandon's led us out of that desperate place over these past years with his integrity, honesty, and compassion. He's led us through his experience with his own darkness and overcoming terrible times in his own personal life.

He's a good person and he loves his fellow man. It's pure and very true.

He's an asset to our country and I know he will continue to make a difference in a positive way that will be immeasurable.



November 15, 2021



Your Honor,

Probably five or six years ago I saw an interview of this sweet man (Brandon Straka) he was explaining he left being a hair dresser after watching video's that showed another side to the events of the day he realized his political party had left him. He started a community called #WalkAway. I joined as a #Walkwith to support his passion to bring together every type of American of every race, religion, orientation, lifestyle, and background to unify to create a more loving, peaceful, tolerant, communicative, and patriotic America. That message touched my heart as much as his kind heart which he wears on his sleeve. Throughout the years of positive outreach #Walkaway has done to support the black, Hispanic, and LGBT communities it has all been peaceful and good. He has put his energy into positive and calming focused to bring together all peoples. Brandon led 2 major Marches on Washington in which his amazing team worked hand in hand with all the Washington DC police departments. Brandon has always displayed his respect and love for our service members and police. He ALWAYS backed the blue. And even now he backs the blue. #Walkaway made sure to reach out to the police and let them know law enforcement will always be supported by Brandon and his peace loving followers. We stood with them in the face of a political movement to demonize and defund them. Your Honor, Brandon is the opposite of a terrorist; it would never enter his mind to break the law or to support violent rioters. I am 62 year old wife and mother of three amazing men and Brandon reminds me of how good parenting can bring up great men and patriots. He would make me proud to call my son. He is truly a great man.  I have received emails from Brandon since the beginning and know his heart, he is a special man.



Exhibit X

November 14, 2021

Re: Character Reference: Brandon Straka

Your Honor:

I have a history of public service for the State of Georgia since 1977. I began working as a Court Service Worker for committed Juvenile offenders in Gwinnett County and then as a mental health therapist for a therapeutic foster care program in Dekalb County, Georgia. I am currently in private practice in Alpharetta, Georgia.

In my tenure as a civil servant, I became gradually aware of the limitations of the government. I searched YouTube to see if any of our minority young men and women were beginning to question the efficacy of big government. During my search, I saw Mr. Straka's first video announcing that he was walking away from the Democratic Party and starting the WalkAway Movement.

While I do not know Mr. Straka personally, I want to attest to the integrity of this young man, who has sacrificed much. Now, he faces loss of liberty for standing up for what he believes, truth in media and freedom of regress

Your honor, I hope that you had carefully review the integrity of this young man, who has grown in character and has overcome personal obstacles to become the man he is now. I believe our country is truly blessed to have such a patriot.

With deep sincerity,

Exhibit Y



November 14, 2021


Re:    Brandon Straka
        Character letter


Your Honor:

I've never met Brandon personally, however, the impact of knowing him and following his WalkAway organization have enhanced my life tremendously. I have a daughter and stepson who are both gay and, as my husband and I are Christians, our relationship with them was very stressed after they revealed this news. Sharing Brandon's video opened up dialogue that would not have happened otherwise. We still disagree on many things, including political views, but because of Brandon's influence and honesty about his life and views, a bridge was created allowing communication we had struggled to build.

When I first saw Brandon's videos, his passion for being an example of positive change within our country was inspiring. The people he surrounded himself with were diverse in personality, background and ethnicity. I never remember a time that Brandon encouraged or supported violence. In fact, my memories were of him sharing how he had to work through rejection from many (including immediate family members) when he started WalkAway and how he welcomed <u>discussion</u> with those who disagree with him.

It is my hope and prayer that the courts will recognize and acknowledge Brandon's outstanding character and make your decision in his favor.

Respectfully submitted,

Exhibit Z

Your Honor,

Brandon Straka is a young man who has turned his life around for the better. He has brought people together no matter what the race, age or gender. I relate to him because we are both hairdressers from NYC. He is smart and kind - a good man. I consider him a friend and I wish him peace. Please see the good he has and will continue to bring to people and the world.

Sincerely,

Exhibit AA

Your Honour,

I'm writing to share with you my whole-hearted endorsement of Brandon Straka. I've known him and been an avid supporter of Walkaway since its inception in 2018. Brandon has gone above and beyond his call of duty to help a large group of people that are politically homeless.

He has successfully built an organization of passionate supporters that continue to stand by him through challenging times.

Brandon has proven to be an exceptional leader, always optimistic and encouraging to thousands. His positive attitude and friendly behavior are contagious.

During the summer of 2019, he traveled the US rallying his supporters, and non-supporters, putting on events that included noteworthy speakers.

All in all, Brandon, is someone with integrity and character. He is not only self-motivated and friendly, but also highly skilled and competent in all his efforts.

He is a valuable asset to humankind!

Regards,

Exhibit BB

November 13, 2021

Your Honor,

I don't know Brandon Straka personally. I know him only through his presence online and speeches I've heard him give.

I believe him to be a moral and caring person. He has dedicated years to standing up for people who are misunderstood and often demonized. He has worked hard to encourage those who are afraid to speak up for themselves.

Personally, he and his organization have made a big difference for me. When people disagree over something about which they feel strongly, sometimes they will resort to questioning the intelligence, morality and humanity of those with whom they disagree. Hearing someone who was a friend call into question my intelligence, my morals and even my right to exist during an political argument left me demoralized. His encouragement, even if it wasn't directly aimed at me, really helped me.

I believe Mr. Straka to be a good person.

Sincerely,



Exhibit CC

Your Honor

Re:  Brandon Straka

I've been a political junkie for over 50 years and during the past two elections I was on social media following many different people.  I discovered Brandon Straka and saw a video of why he changed political views.  I was so impressed to finally see someone explaining their new views in such a calm and open way.  He invited open discussions and that was very rare during this time. He never wanted to argue, just wanted to have an open dialog. How refreshing I thought!

In all of my 50 plus years of following politics he was the first person who discussed his new views with love.  He has an amazing testimony of how he turned his life around from drugs and alcohol.

His attitude actually helped me from getting into angry discussions with friends who were total opposites of me politically.  I discovered through his calm personality that we could all finally "agree to disagree, agreeably".

Exhibit DD

November 14, 2021

Your Honor,

Please allow me to present my testimony for Brandon Straka.

He is such a decent, intelligent, caring, loving individual. He has shown hundreds of thousands of people, of all origins, faiths, beliefs, races, etc, how to live a strong, positive, confident life. Traveling America to give so many uplifting, inspirational, powerful speeches about love, not hate, about being strong, not weak, and being peaceful, not destructive.

For me personally, he has shown me how to be more understanding, caring, and giving to others. Also, he's led the way to being more Patriotic, loving life, liberty, and the pursuit of happiness in better ways than I could ever imagine. And realizing that the truth matters!

Mr. Straka doesn't even know how much he has personally helped me in starting my own business, giving me the confidence to write and live out my dream of being a home business owner. It's because of him, giving me the strength and confidence just by listening to him, reading his words, and knowing how much he does to promote all things positive in life, that keeps me going.

Among so many challenges, the hatred, demonizing, outright lies about him, even threats, Mr. Straka remains a strong Patriot who is to be admired.

He has reawakened the passion for loving this country and not hating it!

Thank you for taking my thoughts into consideration.



Exhibit EE

11-15-21

Your Honor —

    I felt compelled to write to you today to share my thoughts and experiences of Brandon Straka and attest to his character.

    In my opinion, Brandon is one of the most loving, peaceful and law abiding persons. His entire focus has been to get young people interested in and involved with politics. He has always been known to be accepting of all races, religions, sexual preferences, life styles and back-grounds.

    He has had a powerful impact on my life by showing his knowledge and passion for our world and the politics that rule it.

    I don't know how else to portray Brandon. He's just an all-around great guy!

Exhibit FF

November 14, 2021

To: Your Honor
℅ Brandon Straka

████████████████████

      RE:    Brandon Straka

Dear Your Honor,

      I am writing this letter to you on behalf of Brandon Straka in order to show how much Brandon has made a difference in my life. Brandon has brought together a group of people who have felt misunderstood socially. Free thinking people who do not belong to any religion nor political organizations. People who just want to be accepted and get along with their law abiding neighbors regardless of their lifestyles.

      I was one of many who joined Brandon Straka's Facebook page, #Walkaway in 2017. I loved reading his followers' posts and watching their videos as well as Brandon's videos. Although I have been a moderate conservative all my life, I enjoyed sharing stories with people who came from a very liberal background. We all supported each other by sharing our life changing experiences. Brandon showed all of us that no matter what race, gender, ethnicity or sexual preference you have, we can all get along, respect one other and share this planet without discord.

      I miss the social media family (thousands) Brandon brought together where we all shared stories and supported each other on a daily basis.

      I respectfully ask that you take in consideration how many people love and care about Brandon not only because of his bubbly personality, but because Brandon represents so many of us who only want unity, no descrimination of any kind and be able to live in a free world without discord.

                    Respectfully,



# Exhibit GG



Your Honor,

Although I don't know Brandon personally, I can honestly say he has influenced my life in the past few years.

I discovered him during the 2016 Presidential election. I was very disheartened by the way people were treating each other in online comments. Brandon's Walkaway Campaign was a breath of fresh air. He and his followers were true patriots, uplifting and encouraging.

I have family members who are gay. Brandon is a gay, conservative male. What an inspiration!

I have family members who are drug addicts. Brandon beat addiction and found great meaning and purpose. Again, what an inspiration!

His platform allows people from all walks of life to express their viewpoints in a safe and nonjudgmental environment.

I have seen his videos, listened to his speeches, heard his testimony and read his emails. Nothing changes my belief that he is who he says he is – a man of integrity and honesty, who sincerely loves his country.

Respectfully,



Exhibit HH

November 14, 2021

Your Honor:

Re: Brandon Straka

As a Canadian, father and grandfather, I have followed Brandon for the past 5 years and appreciated all he has done for me and to lift the lives of others in so many positive ways. I have benefited from the example he has shown, not only by his words and actions but from the testimonials of thousands of other men and women similarly affected by his wisdom and positive leadership.

If I could wish for a son to be a model and inspiration for others, he would be just like this fine young man.

Our prayers are for his continued valuable and productive future for us to benefit and enjoy.

Respectfully, 

Exhibit II

November 15, 2021

████████

████████████

Your Honor,

I would like to say a few things about Brandon Straka.

Well over a year ago my husband and I had the opportunity to hear him speak at an event here in Annapolis, Maryland. He is positive, hopeful, kind, and funny. He spoke on some issues we are concerned about, yet he did not promote any hate or anger towards those who were causing the issues. We came to the event feeling discouraged and hurt by what was going on around us, but we left feeling encouraged – mostly by what Brandon said.

Shortly after that I started following him on social media. I learned that he wants to educate people on the issues and encourage them to see the facts for both sides. I also learned he continues to be kind no matter which way a person decides to believe (or how badly they treat him).

Thank you for taking the time to read this letter.

Sincerely,

████████████

Exhibit JJ

November 15, 2021

Re: Brandon Straka


Your Honor:

I have practiced law in the State of Oklahoma for 40 years and am the managing partner for one of the oldest firms in the State. I have spent my legal career and my adult life maintaining my good reputation in the legal practice, as well as that of my firm. I would not associate with anyone who was dishonest, untruthful or dangerous.

When Brandon Straka made his first WalkAway video, I was moved by it and began to follow him on social media. Then two and a half years ago, I joined the group as a volunteer, helping to moderate social media accounts, including Brandon's personal Facebook account. I don't have a high level in the organization structure, but have had the opportunity to read every post he has made on social media for the past two and a half years. I have never seen anything that would be in the least objectionable and have found Brandon to be a passionate and committed individual where his country is concerned. Another of my observations as a moderator is the vast number of good solid Americans Brandon has brought together through WalkAway. They are of every race, age, occupation, color, orientation, nationality and religion.

Since I began to work with Walkaway, I have regularly attended meetings with Brandon and the group. He communicates often with group moderators. He is a model leader and a great businessman and communicator. He has been an inspiration to me and thousands of others. There is nothing dangerous, subversive or violent about him.

He has organized events all over the United States, often giving a voice to groups of Americans who aren't heard. I have had the opportunity to attend some of these events and to meet and see Brandon in person. He is exactly as I expected him to be. At these live events, as well as in the comments on his social media, it is very apparent that he has always been, and continues to be, very supportive of law enforcement and police, We have always had an excellent relationship with them at our events. In turn, they have been supportive of our group.

Please accept my high recommendation of Brandon Straka. If you have questions or require additional information, I hope you will contact me.



Exhibit KK

November 14, 2021

Your Honor,

We are writing to you this morning to let you know we think the world of Brandon Straka! He is a kind, thoughtful, very intelligent young man who has done so much to bring folks together. We are deeply grateful for his work in this regard, and truly wish there were more like him in our Country. We have known him for several years and think he is a wonderful and inspiring person.

Thank you for reading this.

sincerely,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Exhibit LL

November 15, 2021

FROM:



TO:

Brandon Straka
Attn: Your Honor

**RE:     Brandon Straka's Character**

Your Honor,

A few years ago, I heard about Brandon Straka through the Internet.  I researched him, I contacted him, I met him in person and I ultimately worked for him.  Brandon is an upstanding Citizen with good morals and a high-level of integrity.  I've never seen anybody working so hard in order to united people from ALL walks of life.  Brandon is not only a champion for minorities, but he's also a champion for common sense and the rule of law.  If more people would be like Brandon Straka, the world would undoubtedly be a better place.

Best,

Exhibit MM

Your Honor,

I attended a gathering in Washington, DC, called "Unsilent", because I was curious about this young man, Brandon Straka, who was the driving force behind arranging it.

What I saw there were men and women of all kinds, ethnicities, and colors, welcoming each speaker with cheers and applause, regardless of his/her color, background, or orientation.

When some outsiders tried to disrupt the gathering, the police acted immediately and appropriately to remove them, to cheers from the crowd and from the stage of "Back the Blue!"  All were very appreciative of the quick response and expertise of the police, and the gathering continued peacefully.

I am still amazed at Mr. Straka's growth from an unknown New York hairdresser to a courageous leader of a national movement dedicated to truth, respect, and love of fellow human beings.  His message to "walk away" from hatred, bigotry, and denigration of any person or group resonates with me and with thousands of other Americans – and his activities demonstrate that message to any and all who will listen, regardless of age, color, belief system, etc.  It is one that all should hear.

Sincerely,



Exhibit NN

Your Honor,

The following letter is in regard to Mr. Brandon Straka. I first came across Brandon's work on Instagram around two years ago. I admired his work and spirit. The videos he created and emails sent out have encouraged me and countless other Americans in our quest to strengthen our nation. Not only Brandon directly, but the fruit of his labor in creating the Walk Away campaign has helped change the mind of countless citizens to become more conscientious and patriotic Americans.

While the internet does create a divide between people you do not meet; I have followed many people, political and otherwise on social media or on email lists. Some are just ok, some become disingenuous over time as fame and success come. Brandon is one of the few people, whose life and career I have respected and admired during the chaotic last few years. He is an upstanding citizen and a genuine man with a heart for people. The community and this country are best served with Brandon leading people and changing hearts and minds.

Sincerely,



Exhibit OO



Brandon Straka

This is my statement of support for Brandon Straka. I am a heterosexual male, married to a wife from the Philippines. We have two children. Our son is attending UCSC to learn to become a data scientist with skills in cognitive psychology. Our daughter is one of the best in her junior high school class with hopes to become an artist. We do not support discrimination of any surface issues which include race, sexuality, and physical appearance, et. al.

I became aware of Brandon when he launched the walk away movement. I learned he was a former supporter of Hilary Clinton and the Democrat party who learned on his own that they did not have his views on freedom, and he formed the walk away movement to help others like him to disengage from the totalitarian ideals people like Hilary Clinton and the Democrat party held. I followed Brandon because he was effective in changing minds from a side that claimed allegiance to issues that concerned him. Brandon was so effective; he earned my respect.

In all the appearances that Brandon made on television, social media, and public forums, he never advocated for violence of any kind. He appealed his side with vocal debate. He wanted others who had thought like him in prior years to change their minds, not destroy them. He has been passionate, strong, and unrelenting in his appeal, but he never raised a fist or a physical threat to those who disagreed. Brandon is a man I respect.

I do pray that Brandon continues to be the happy warrior I have grown to love. He has shown to me that he's worthy of my family's blessings, respect, and love, and I can only wish there were more men and women like Brandon who can show all of us how we all can contribute to this great nation of ours. Brandon is not just a remarkable man. Brandon is a remarkable human being!

Sincerely,



November 14, 2021

Your Honor,

I am writing this letter to you in regards to Mr. Brandon Straka and to tell you my perspective of Mr. Straka and his character.

For the past few years prior to November, 2020, I had the pleasure of following Mr. Straka on Facebook and his Walk Away page. This page, as you may or may not be aware of, was filled with testimonies of people who walked away from a political party they no longer agreed with and also held testimonies from people who always "walked with" this certain political party. It was a page filled with positive comments and support, especially from Mr. Straka, for people who decided to make this move.

Up until finding Mr. Straka's Walk Away page, I had never even heard of him. I was so intrigued because I seriously doubted anyone was this caring, this energetic and this positive about something he believed in. But as I continued following Mr. Straka and then joined his email list, I realized that he truly is this wonderful person.

Now, a year after having his Walk Away page removed from Facebook (for reasons I don't understand except to think it didn't align with other's views), I am hearing Mr. Straka being labeled as a terrorist, an insurrectionist, and also a violent rioter. It is truly baffling to me and I realize that these people who are labeling Mr. Straka must not know him at all.

From my time getting to know Mr. Straka through social media, I have seen a man who is full of love, patience and forgiveness. I have come to learn that he is a "recovered" person who has positively changed his life and wants to help others do the same. I have also come to learn that he is a true patriot who loves his country and wants nothing but the best for it and those who live here. He is a family man and a loyal friend to those he references. He is a businessman, an entrepreneur, and an artist who passionately expresses his views in a creative, positive way. He also always speaks highly of police officers and speaks often of how he "backs the blue". But what is really astonishing is that even those who have opposing viewpoints are loved and talked positively by Mr. Straka. Where most of us would not blame him for hating those who talk negatively of him, he continually expresses concern and love for everyone..... not just those who align with his ideas.

Now, you may be thinking "how can someone give a character reference for someone only known through social media?" And that question is a good one. But we all know that the longer you are on social media with someone, you eventually get an inkling of who that person truly is. We can not pretend to be someone we are not 100% of the time. But I can honestly say that the years I have followed Mr. Straka, he has never swayed from this character I

Exhibit QQ

described above.  Not once have I noticed anything negative, anything violent or anything hateful.  He has kept constant on being a positive force and has kept his movement the same.

I felt compelled to write this to help with Mr. Straka's battle that lies ahead of him.  Please take into account the person who is being accused of such horrible things.  I can honestly say with all my heart that the man that is being accused is not the man he truly is.

Thank you for taking the time to read this letter.  I pray that the outcome of the days ahead is what Mr. Straka deserves.  Not only does he deserve it but his friends, family, supporters and all American citizens deserve it.  He is an asset to this country and, right now, we need more just like him.

Sincerely,



Exhibit QQ

Brandon Straka



To whom it may concern:

As a 60-plus year-old I watched Brandon Straka step into the public square with energy, encouragement, and civic respect. His singular message to all audiences has been: As Americans, we're in this together and there's a place for each of us. He has unveiled his story and given each of us the chance to do the same. WalkAway is a grass roots endeavor open to every demographic group. As a WalkWith (lifelong Republican) I appreciate the opportunity to learn from former liberals/WalkAways.

Through 2021 Mr. Straka has mostly been quiet and absent from us. His occasional written messages have been singularly encouraging and called for patience and good civic behavior.

Having watched my own downtown, Portland, OR, be materially degraded, probably permanently, with statues destroyed, and African American businesses and neighborhoods terrorized; I believe it is time for the government to settle any remaining issues with Mr. Straka in an expeditious manner and with respect for the larger context of what has happened in our country.



Exhibit RR



November 14, 2021

To Whomever it may concern,
 RE; character reference for Brandon Straka

There are people you meet- rarely- who are solid and true-blue, who have a love of life and other people and want to help move things forward for the benefit of everyone; Brandon Straka is one of those kinds of people. I doubt there is a mean bone in his whole being- he radiates good will,  positivity, and love of others and has done everything in his power to promote goodwill among all people, including between the people and the police all over the country when others were screaming out to defund them, those who have joined his Walkaway Movement,  and  American society in general to make this a better country. And he does it all, even through the turbulent times of this last year, with a sense of humor that makes the day better just from having heard from him. He has a happy disposition that he shares with the people.

Brandon is a good human and we should promote all the good people we can because they, unfortunately, are rarer-by-far than those who just don't care. Brandon cares and I believe he just wants to live his life of doing good so that other's can benefit by living the life they choose also. That's it; he's one of the good guys and I would put all my trust in such a person.



Exhibit SS

November 13, 2021

Brandon Straka

███████████████
████████████

RE: The Character of Brandon Straka

Dear Your Honor,

My name is ██████████. I live in ██████ California and am very active in my church, Awaken Church, here in San Diego. We are 10,000+ strong.

I first learned about Brandon and his #WalkAway campaign several years ago when I saw him on an episode of Governor Mike Huckabee's show, *Huckabee* which airs on Trinity Broadcasting Network. I was very impressed with Brandon, so I began following him by logging onto his website, getting on his email list and watching him on Facebook.

Over the years, I have studied Brandon very carefully and have observed him to be a very smart, articulate, sincere, and passionate person. He is very consistent in his messages and beliefs; I am convinced that he is truly a patriot. As one patriot to another, I am very proud to be a citizen with him in this great country of ours.

Brandon gives me much hope. He is an inspiration. We are fortunate to have him as a fellow patriot and I am very grateful for him and the opportunities our country has afforded Brandon and other patriots like him.

Brandon will forever be in my prayers. I fully support Brandon Straka.

Thank you for your time.

Sincerely,



Exhibit TT

November 13, 2021

Re: Brandon Straka

Your Honor,

I am writing to you today on behalf of Brandon Straka, founder of the #WalkAway Campaign, a true American Patriot, and fellow citizen. I want to express to you my sincere belief in the good character, good intentions, and true love of country that I have come to recognize in Brandon. I don't know him personally, but I have seen the joy, light, love of our fellow Americans, and goodness that his efforts and establishment of the #WalkAway Campaign brought into the lives of hundreds of thousands, possibly millions of people across our country, and even across the world. I am writing to you today because Brandon was brave when I was afraid, and now he needs my help, so you see, this letter is the least I can do to stand up for this good, sincere, hard-working, patriotic, well-intentioned man.

When he stepped into the harsh public spotlight in 2018 and created a little Facebook group called #WalkAway Campaign, it brought him intense media scrutiny, but it also brought so much kindness, comfort, and community to all of us who visited. Then it grew, and grew, and grew. There were so many stories on the various media platforms that depicted Americans as hateful, negative, unkind, intolerant, selfish, and critical. Being exposed to that day in and day out, I would feel worried and hopeless about the future. You see, I am a schoolteacher, and my husband is retired after 25 years of service in the United States Marine Corps. We have spent our entire lives loving and appreciating The United States of America, and serving and protecting our communities, and educating our young people. That hopeless feeling would instantly go away when I visited Brandon's Facebook group. He always shared the most positive, encouraging, uplifting, hopeful messages. In turn, people from all walks of life, all income levels, all educational backgrounds, all ethnic, social, and racial backgrounds, urban, rural, all ages, families, singles, gay, straight, trans, blue collar, white collar, animal lovers, vegans, self-professed witches and vampires, punk rockers, rappers, folks recovering from addiction, convicted felons, grandparents, college kids, high school students, citizens, immigrants ... literally *every background you could ever imagine*, and even folks from other countries who admire the USA, would share kind words, love, and friendship with one another, and express their stories about what it means to them to be an American or to live in this great country. It was glorious! ZERO negativity – no name calling, no rudeness, no shouting down, no hostility, no criticism, no threats. People who on the surface had many, many differences, came together and embraced each other, listened to each other, supported each other, complimented each other, encouraged each other. **Brandon Straka created this group. He set the tone, the expectations, and created the message that anyone and everyone could belong, we just needed to listen to each other with kindness, open hearts, and open minds, see each other's humanity, and work together to help our neighbors. This is the real legacy that Brandon created, and it represents his true character.** I was there. I saw it day in and day out. It was beautiful. My mom joined, and she loved it too. Then friends and other family members joined. Among us there are zero zealots, white supremacists, radicals, haters, phobics, etc. We are just good, hard-working, "average Americans." I wish you could have known what a wonderful thing Brandon gave all of us, because then you would see the real tragedy behind the efforts to tear it down, destroy it, and falsely label him as dangerous.

Thank you for taking the time to consider my words in support of Brandon Straka's good character and intentions.



Exhibit UU

Your Honor,

I am writing on behalf of Brandon Straka to testify to the merits of his character. I've known him personally for over 3 years and In that time, he has proven to be honest, hardworking + accepting to every different kind of person. He holds no judgements and has a unique way of bringing people together for the common good in a peaceful + loving way. His "common good" includes making people feel included and special and never alone. He inspires us to be better, because we can. Brandon Straka's a good man with a good character and I'm honored to call him "friend."

Sincerely,

Exhibit VV

November 11, 2021

**The Honorable Judge Dabney L. Friedrich**
The U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001



Dear Judge Friedrich:

I am writing to you on behalf of **Brandon Straka**. I met Brandon on a late Friday night seven years ago when he walked into a recovery center and asked for help with his addiction. In the following months, as I worked with him closely, I found him affable, intelligent, earnest, and eager to take on the spiritual challenges required for recovering from a seemingly hopeless state of mind and body.

Brandon and I have different views on many subjects, yet over the last seven years he continuously reaches out to me for spiritual support in his sobriety with uncommon open-mindedness and willingness. I have seen how even addicts with decades of recovery contend with the torment of obsession and compulsion. Despite this, I can confidently assure Your Honor of the sincerity of Brandon's sobriety, which reflects an underlying hope for redemption and serenity. His promise to cooperate with law enforcement is a first step towards making amends and humbly addressing his shortcomings.

Thank you, Your Honor, for considering my experience and insight regarding Brandon's character. Please contact me if I can be helpful in any way.

Sincerely,



Exhibit WW

November 14, 2021

Your Honor and Counsel:

I am taking just a couple of minutes to write a quick letter in support of Brandon Straka. I do not have the time to write the well thought-out letter he deserves but could not let this opportunity pass by.

I do not assume to know the true character of someone I have never met but can tell you the impact Mr. Strake has had on my life.

My husband and I live in Northern California; I am a retired Deputy Marshal, and he is an active Police Lieutenant. I had followed Mr. Straka and decided to attend a rally he was holding in Sacramento, California in August 2020. My husband is less interested in getting "involved" in such things, and we were both cautious in our decision to attend the rally, as such rallies were prime for those with differing ideologies to express their opposition at such events. It is probably needless to say that we hold conservative views and values.

We showed up at the rally early and were able to see the mood develop and transform. Mr. Straka promotes an environment where EVERYONE is welcome. When we arrived at the rally, venders were setting up pop tents, and the mood was good. As people started to arrive, the mood briefly became just a bit uneasy, and we heard people express that they were concerned that those with opposing views might take the opportunity to come to the rally to express them. Then, as the crowd grew, this uneasy vibe just dissipated. Everyone was happy, smiling, and talking with people they didn't know. The energy was positive, upbeat and welcoming, and the mix of people was like I haven't seen at such gatherings. People treated each other like they were longtime, good friends. The mood and behavior of the attendees was absolutely the result of BRANDON STRAKA AND WHAT HE PROMOTES AS THE FOUNDER OF WALK AWAY. I have no doubt that the people who attended the rally have strong views and would not only promote but protect those views, but Mr. Straka has a way of turning that energy into something good and funneling it into a positive direction. If asked to bet, my money would be that Mr. Straka's character, as well as his values and morals, are good, and he is the kind of person I would want to see in any position of influence, be it a teacher, politician or authority figure.

My husband and I left Mr. Straka's rally with such a positive feeling and HOPE that people were still able to be good to each other and have love for each other in a time where hate and violence seemed to prevail. We attributed this solely to Mr. Straka and the way he promotes his movement.

Thank you for the opportunity to express how much we appreciate the positive Mr. Straka has brought to such a negative time.

Sincerely,

Terry and Elaina Tupper

Exhibit XX

11/20/21



Your Honor,

My name is ████████████, I have worked at the Kansas Highway Patrol for 9 ½ years as a communications specialist and reside in Salina, KS. I am writing this letter in reference to Mr. Brandon J. Straka.

I have been volunteering for #WalkAway for just over 3 years. During this time I have worked directly with Brandon. I find Brandon to be extremely hard working, compassionate, funny and honest. He has always been, approachable, fair and conducted himself with the utmost integrity while leading The #WalkAway Campaign. Amongst many accomplishments, Brandon has spent countless hours organizing events that have united many Americans from all walks of life, giving them a safe and fair platform to discuss their differences and challenges in today's world. What he has created with #WalkAway has positively changed my life. I am forever grateful.

Thank you for your time.

Respectfully,

Exhibit YY

From The Desk Of

███████████

November 13, 2021

c/o Brandon Straka

██████████

To Whom It May Concern,

I am writing this letter on behalf of my friend, Brandon Staka, who I think the world of and greatly admire.

I first met Brandon Straka when I attended a #WalkAway event in Washington DC in the fall of 2018. I had seen Brandon's original YouTube video that made him famous and put #WalkAway on the map, and I was enormously impressed and inspired by his passion and talent. At the end of the weekend after that event in DC, Brandon and I had a private dinner together where I had the privilege of learning who Brandon Straka, the man and human being, was, not the overnight celebrity he had unwittingly become through his hard and good-intentioned work with the #WalkAway campaign. I found him to be earnest, passionate, enormously bright, and with a vision of a movement that would bring people together regardless of race, gender, political background, or religion to a "safe place" free from the hard left or hard right ideology that many Americans, like myself, found themselves trapped in at the time. In many ways, I see Brandon as a visionary of sorts, with a vision for the good, where people can talk and share opinions again without being criticized or cancelled. Needless to say, I was impressed with Brandon.

Years later, in the summer of 2021, I happened to be in Los Angeles on vacation at the same time Brandon was there on some business. We arranged to have another dinner. Of course, I knew of the ordeal Brandon had been through and, as a friend, I wanted to help in any way I can, even if it was just to cheer him up and encourage him that things would be okay. I could tell that Brandon was very hurt, even devastated, that the events of January 6th had landed himself in the place he is now. I assured him that good things come from bad things, that important lessons are learned, and a stronger and wiser person emerges from the ashes.

I encourage the court to please consider The Bigger Picture of Brandon's life, and not judge him harshly on the actions and regrettable events of that fateful day in January. Brandon is a good man, a compassionate human being, and a leader who inspires people for the good.

Thank you for your time, and...

Kindest regards,

███████████



Exhibit ZZ