IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.   Case No: 21-cr-579-DLF

BRANDON STRAKA,

    Defendant.

PRESS COALITION,

    Interested Party.

## THE PRESS COALITION'S MOTION TO UNSEAL

Interested Party the Press Coalition[1], by and through its undersigned counsel, hereby moves pursuant to Local Criminal Rule 57.6, the First Amendment and common law, for access to certain judicial records that have been filed under seal or otherwise not been made available on the public docket (the "Sealed Records"). In support of this motion, the Press Coalition relies on the accompanying Memorandum of Points and Authorities. As demonstrated in that Memorandum, the Press Coalition's request in this matter is proper, and the Court should release the Sealed Records under both the First Amendment and common law rights of access.

---

[1] Members of the Press Coalition are Cable News Network, Inc., American Broadcasting Companies, Inc. d/b/a ABC News, The Associated Press, Buzzfeed, Inc. d/b/a BuzzFeed News, CBS Broadcasting, Inc. o/b/o CBS News, Dow Jones & Company, Inc., publisher of The Wall Street Journal, The E.W. Scripps Company, Gannett Co., Inc., Gray Media Group, Inc. Los Angeles Times Communications LLC, publisher of The Los Angeles Times, National Public Radio, Inc., NBCUniversal Media, LLC d/b/a NBC News, The New York Times Company, Pro Publica, Inc., Tegna, Inc., and WP Company LLC, d/b/a The Washington Post.

| | |
|---|---|
| Dated: July 26, 2022 | Respectfully submitted,<br><br>BALLARD SPAHR LLP<br><br>/s/ *Charles D. Tobin*<br>Charles D. Tobin (#455593)<br>Maxwell S. Mishkin (#1031356)<br>Lauren Russell (#1697195)<br>1909 K Street NW, 12th Floor<br>Washington, DC 20006<br>Tel: (202) 661-2200<br>Fax: (202) 661-2299<br>tobinc@ballardspahr.com<br>mishkinm@ballardspahr.com<br>russelll@ballarspahr.com<br><br>*Counsel for the Press Coalition* |