IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.  Case No: 21-cr-579-DLF

BRANDON STRAKA,

    Defendant.

PRESS COALITION,

    Interested Party.

## [PROPOSED] ORDER

Upon consideration of the motion by the Press Coalition to unseal, any opposition(s) thereto, and the entire record herein, it is hereby **ORDERED** that:

1.    The Press Coalition's motion for access to those judicial records is GRANTED; and

2.    The Clerk, within 5 days of this Order, shall place on the public docket a copy of the Addendum to the Government's Sentencing Memorandum, and the related motion to seal, response thereto, and sealing order.

**SO ORDERED**.

                                                                                   _____
                                                                                    HON. DABNEY L. FRIEDRICH
                                                                                    United States District Judge