**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 21-cr-579 (DLF) |
| BRANDON STRAKA, : | |
| : | |
| Defendant. : | |
| : | |

**MOTION TO PARTIALLY UNSEAL FOR PURPOSE OF ORDERING TRANSCRIPT**

The United States of America, by and through the undersigned attorney, respectfully requests that the Court unseal the hearing on the Motion for Miscellaneous Relief that occurred on January 20, 2022, before Judge Dabney L. Friedrich, only for purposes of ordering a transcript of that hearing in the above captioned case. The need to keep this matter sealed otherwise persists. A proposed order is attached.

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar Number 481052

Date: July 28, 2022

*/s/ Brittany L. Reed*
Brittany L. Reed
Trial Attorney – Detailee
La. Bar No. 31299
650 Poydras Street, Ste. 1600
New Orleans, Louisiana 70130
Brittany.Reed2@usdoj.gov
(504) 680-3000