## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Case No. 21-cr-579 (DLF)** |
| **BRANDON STRAKA,** : | |
| : | |
| **Defendant.** : | |
| : | |

### ORDER

In light of the Government's Motion to Partially Unseal for Purpose of Ordering Transcript, and the supported record herein, this Court grants the Government's Motion, and the hearing that took place under seal on January 20, 2022, is unsealed for the sole purpose of issuing a hearing transcript to the Government.

Date: _____           _____
                                              HON. DABNEY L. FRIEDRICH
                                              US DISTRICT COURT JUDGE