IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 21-cr-579 (DLF) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| BRANDON STRAKA, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION TO REQUEST A STATUS CONFERENCE

Defendant Brandon J. Straka, through undersigned counsel, and the United States of America, by and through the undersigned attorney, respectfully requests that the Court schedule as status conference hearing during, via remote appearance, to address:

1. The release of sealed docket entry 39-1 without Court approval; and

2. An extension of the August 5, 2022 deadline for the parties to respond to the Press Coalition's motion.

Both undersigned counsel are available any day during the week of August 1, 2022, that is most convenient to the Court.

Date: July 28, 2022                                 Respectfully submitted,

/s/ Bilal A. Essayli
Bilal A. Essayli
ESSAYLI & BROWN LLP
18191 Von Karman Ave., Ste. 100
Irvine, CA 92612
Telephone: (949) 508-2980
bessayli@essaylibrown.com

*Counsel to Defendant Brandon J. Straka*

1

                    Matthew M. Graves
                    United States Attorney
                    D.C. Bar Number 481052


                    /s/ Brittany L. Reed
                    Brittany L. Reed
                    Trial Attorney – Detailee
                    La. Bar No. 31299
                    650 Poydras Street, Ste. 1600
                    New Orleans, Louisiana 70130
                    Brittany.Reed2@usdoj.gov
                    (504) 680-3000