IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.: 21-cr-579 (DLF)** |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | |
| **BRANDON STRAKA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

In light of the Joint Motion To Request A Status Conference this Court grants the parties request, and a status conference is scheduled for _____ via remote appearance.


Date: _____    _____
                                                                                HON. DABNEY L. FRIEDRICH
                                                                                U.S. DISTRICT COURT JUDGE