## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Case No. 21-cr-579 (DLF)** |
| **BRANDON STRAKA** : | |
| : | |
| **Defendant.** : | |

### GOVERNMENT'S UNOPPOSED MOTION TO ACCESS SEALED DOCUMENTS

**NOW INTO COURT** comes the United States of America, appearing through the undersigned Assistant United States Attorney, who respectfully requests that this Honorable Court authorize the United States and counsel for Brandon Straka to access certain sealed documents which the parties require to adequately respond to this Court's August 4, 2022 Order. In support of this motion, the government states as follows:

1. The disclosure requested herein is related to the August 3, 2022, status hearing in this matter. On August 4, 2022, this Court ordered that the United States and counsel for Brandon Straka, upon receipt of the January 20, 2022 transcript, file a joint proposal requesting a new deadline by which to file proposed redactions to the transcript and to certain sealed filings.

2. On August 9, 2022, the United States received the transcript from the January 20, 2022 hearing, and provided same to counsel for Brandon Straka on August 10, 2022. Thereafter, counsel for Brandon Straka requested copies of the sentencing-related filings and attachments currently under seal. However, neither the United States nor counsel for Brandon Straka can access the sentencing-related filings that are under seal.

3. In order to comply with this Court's Order, the United States moves that the following sealed documents and their respective attachments be disclosed to the United States and counsel for Brandon Straka: Docket Numbers 32, 34, 35, 37, and 39.

4. The aforementioned documents should remain sealed because such disclosure might endanger the safety of Brandon Straka and result in the release of sensitive information that should not be disclosed at this time.

WHEREFORE, the United States respectfully requests an order, directing the Clerk of Court to provide a copy of the aforementioned sealed documents and their respective attachments to the United States and counsel for Brandon Straka.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By:    */s/ Brittany L. Reed*
    BRITTANY L. REED
    Trial Attorney-Detailee
    Louisiana Bar No. 31299
    650 Poydras Street, Ste. 1600
    New Orleans, Louisiana 70130
    Brittany.Reed2@usdoj.gov
    (504) 680-3031

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2022, I filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    */s/ Brittany L. Reed*
    BRITTANY L. REED
    Trial Attorney-Detailee