UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Case No. 21-cr-579 (DLF)** |
| **BRANDON STRAKA** : | |
| : | |
| **Defendant.** : | |

## O R D E R

Considering the foregoing motion;

**IT IS HEREBY ORDERED** that the Clerk of Court provide a copy of the sealed documents, record document numbers 32, 34, 35, 37, and 39, and their respective attachments, to the United States and counsel for Brandon Straka.

**IT IS FURTHER ORDERED** that record document numbers 32, 34, 35, 37, and 39, remain sealed.

_____
HONORABLE DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE