# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Case No. 21-cr-579 (DLF)** |
| **BRANDON STRAKA** : | |
| : | |
| **Defendant.** : | |

## JOINT MOTION TO UNSEAL TRANSCRIPT AND ATTACHMENTS

**NOW INTO COURT** comes the United States of America, appearing through the undersigned Assistant United States Attorney, and counsel for Brandon Straka, who respectfully move this Honorable Court to grant the Motion to Unseal filed by the Press Coalition on July 26, 2022 (Rec. Doc. 51).

Counsel have obtained a transcript of the sealed hearing that occurred on January 20, 2022. After reviewing the transcript, and considering the factors outlined in *United States v. Hubbard*, 650 F.2d 293, 317-24 (D.C. Cir. 1980), counsel agree that there is no reason for the January 20, 2022, transcript to be redacted prior to being unsealed. Additionally, counsel concur that the sealed attachments to Rec. Docs. 32, 35, 37, and 39 can be unsealed.

As it relates to Rec. Doc. 32, counsel for Straka has made redactions of personal identifying information pursuant to the Local Rules. A redacted copy of Rec. Doc. 32 is attached as Exhibit "1."

For the reasons stated above, the government and defense jointly request that the remainder of the Press Coalitions' Motion to Unseal should be granted.

WHEREFORE, the parties respectfully request an order, directing the Clerk of Court to unseal the sealed hearing of January 20, 2022, the transcript of said hearing, and the sealed attachments to Rec. Docs. 32, 35, 37, and 39.  Counsel for defense requests that the attached redacted copy of Rec. Doc. 32 be made public to protect personal identifying information stated in the filing.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:   */s/ Brittany L. Reed*
        BRITTANY L. REED
        Trial Attorney – Detailee
        La. Bar No. 31299
        650 Poydras Street, Ste. 1600
        New Orleans, Louisiana 70130
        Brittany.Reed2@usdoj.gov
        (504) 680-3000