**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Case No. 21-cr-579 (DLF) |
| **BRANDON STRAKA** : | |
| : | |
| **Defendant.** : | |

# O R D E R

Considering the foregoing motion;

**IT IS HEREBY ORDERED** that the Joint Motion to Unseal be **GRANTED** and that the remainder of the Press Coalition's Motion no longer be held in abeyance, thereby granting the public access to the transcript of the January 20, 2022, hearing, as well as the sealed attachments to Rec. Docs. 32, 35, 37, and 39.

_____
HONORABLE DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE