IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:21CR-579-DLF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR** |
| | ) | **PERMISSION TO SEAL** |
| BRANDON J. STRAKA, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Brandon J. Straka, by and through undersigned counsel, and requests permission from the Court to Seal Defendant☐s Sentencing Memorandum, Sentencing Exhibit List, and corresponding Sentencing Exhibits based on the information contained therein.

WHEREFORE, Defendant prays for the relief requested and for such other and further relief as the Court may deem just and equitable.

BRANDON J. STRAKA, Defendant,

By:  *s/Stuart J. Dornan*
STUART J. DORNAN, #18553
Attorney for Defendant
Dornan, Troia, Howard,
Breitkreutz & Conway PC LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
(402) 884-7044 (phone)
(402) 884-7045 (fax)
stu@dltlawyers.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 15, 2021, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

N/A ☐ Filed Under Seal

and I hereby certify that I have electronically mailed the document to the following non CM/ECF participants:

Brittany L. Reed, Assistant United States Attorney
Jessica Reichler, United States Pretrial Services and Probation Officer

_s/Stuart J. Dornan_
STUART J. DORNAN, #18553
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:21CR-579-DLF |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S** |
| vs. | ) | **SENTENCING MEMORANDUM** |
| | ) | |
| BRANDON STRAKA, | ) | |
| | ) | **(Filed Under Seal)** |
| Defendant. | ) | |

## TABLE OF CONTENTS

I.    **INTRODUCTION AND DEFENDANT'S SENTENCING REQUEST** ........................... **2**

II.   **NATURE OF THE OFFENSE** ........................................................................................ **2**

III.  **MR. STRAKA'S HISTORY AND BACKGROUND** ......................................................... **4**

IV.  **ARGUMENT** ................................................................................................................. **6**

    A. STATUTORY PENALTIES ............................................................................................ 6

    B. ADVISORY GUIDELINES ........................................................................................... 6

    C. A SHORT SENTENCE OF HOUSE ARREST, EXTENSIVE COMMUNITY
       SERVICE, AND THE PAYMENT OF RESTITUTION RESULT IN A SENTENCE
       CONSISTENT WITH THE FACTORS SET FORTH IN 18 U.S.C § 3553(a) ................ 6

V.    **CONCLUSION** ............................................................................................................. **14**

## I.   INTRODUCTION AND DEFENDANT'S SENTENCING REQUEST

On October 6, 2021, Defendant Brandon Straka ("Brandon") entered a plea of guilty to one count of misdemeanor Disorderly or Disruptive Conduct on the Capitol Grounds to Disturb or Disrupt the Orderly Conduct of either House of Congress in violation of 40 U.S.C. § 5104(e)(2)(D). The Defendant respectfully requests that he be sentenced to a term of home confinement and be sentenced to complete as much community service as the Court deems necessary; and that he not be placed on Probation.

## II.   NATURE OF THE OFFENSE

Brandon had an extremely unique role on January 6 at the Capitol, as will be evinced by the following discussion of the nature of the offense.[1]

On December 19, 2020, following the 2020 presidential election, then-President Donald Trump announced a "Save America" rally to protest the results.[2] The rally was set for January 6, 2021, the same date Congress was set to certify Joe Biden as the winner of the presidential election. Prior to the January 6, 2021 rally at which then-President Donald Trump was set to speak, Brandon was set to speak at a rally held at Freedom Plaza on January 5, 2021 and travelled to Washington, D.C. for that purpose. Brandon remained in Washington, D.C. after the rally on January 5, 2021, as he was a potential slated speaker at a rally the next day. On the morning of January 6, 2021, Brandon arrived at the Ellipse at 5:00 a.m. in anticipation of then-President Trumps' rally to start. Up until the time Brandon arrived at the event, he believed that he might speak at that event. Brandon also planned on speaking at an event that was being held on the United States Capitol

---

[1] The government commonly refers to January 6 as an "insurrection," despite never bringing a single charge of insurrection against any defendant. It appears the government uses this language to inflame the passions of its audience and distract from the specific conduct committed by each individual defendant.

[2] President Trump announced the rally on Twitter, tweeting, "Big protest in D.C. on January 6th . . . Be there, will be wild!" *See* Dan Barry and Sheera Frenkel, *"Be There. Will be Wild!": Trump All but Circled the Date*, The New York Times (Jan. 6, 2021), available at https://www.nytimes.com/2021/01/06/us/politics/capitol-mob-trump-supporters.html.

Grounds after the conclusion of President Trump☐s rally; and his plan was to go to the Capitol after President Trump☐s rally to speak. Brandon understood that this rally would be on the Capitol Grounds, but did not know exactly where.

When President Trump concluded his remarks around 1:00 p.m., a wave of protestors left the Ellipse and headed toward the Capitol. At this time, Brandon left the Ellipse and traveled to the Willard Hotel to meet with two of his employees who were designated as security guards. Upon the advice of his security guards, Brandon did not participate in the march to the Capitol and instead took the Metro to the Capitol. While riding on the Metro, Brandon began receiving push notifications on his phone about what was happening at the Capitol. The Metro did not stop at the Capitol, and Brandon got off at the next stop☐which was roughly an 18-minute walk from the Capitol.

By the time Brandon arrived, at around 2:40 p.m. (a full twenty minutes after the Capitol had been cleared), the outer barriers and fencing that had previously surrounded the Capitol were largely displaced. Brandon arrived and approached the East side of the Capitol, where things were calmer; and Brandon did not notice anything out of the ordinary during most of his walk to the Capitol. Brandon observed people milling around, with some protesting and/or holding signs as he began to approach the throng of people near the East side Capitol stairs. There were no police officers visible on the East side of the Capitol grounds during his walk onto the grounds, and no closed barriers or closed barricades could be seen. The pathways to the Capitol building were fully open and people were calmly wandering around these pathways in all directions. Brandon began filming the scene on his iPhone. As he ascended the stairs and got closer to the entrance, Brandon began to encounter a rowdier and more chaotic scene. Brandon did not see any police officers, closed barriers, or tape that indicated that he should not be in the area as he ascended the stairs.

As Brandon walked up the stairs, he saw a man at the top who appeared to be a protestor, waving to the crowd below in a summoning manner and shouting, "We're going in! They've opened the doors! The doors are open!" Brandon can be heard on the video repeating the words of the man for purposes of highlighting that activity to the video's audience. Brandon says, "They seem to be summoning people to go inside. "We're going in." They're saying, "We're going in""

For a few minutes, Brandon filmed the scene with his camera held aloft over his head with both hands as he was unable to see much of the activity happening in front of him due to many of the protestors in front of him being much taller than him and carrying large flags hanging down from tall flagpoles. Brandon observed a man come out of the Capitol who stated that everyone should turn around, so Brandon turned around and began his descent of the stairs of the East side of the Capitol. Brandon never entered the Capitol Building. After the scene on the steps, Brandon spent some more time interviewing others about their experiences that day. He then uploaded the video from the steps to Twitter.

Brandon removed both the video and the remarks he made via Twitter within hours of posting them after he returned to his hotel room and saw footage on the news which made him realize the extent of the damage that occurred at the Capitol. Brandon did not remove the content for fear of being arrested but rather because he was ashamed about being associated with what he saw on the news reports. Brandon initially thought that his observation of what happened at the Capitol was a protest; and was appalled when he learned that others had destroyed property and committed acts of violence.

### III.     MR. STRAKA'S HISTORY AND BACKGROUND

Brandon Jerrard Straka was born on December 16, 1976 in O'Neill, Nebraska to the union of Dan Straka and Mary Straka. Brandon had a largely normal and active childhood with involved parents, although it was socially difficult for him to be gay in his small farming community. (PSIR

¶38). Brandon was an excellent student and was active in his school and 4H Club. A few years after graduating from high school, Brandon moved to New York City, where he resided for nearly the next twenty years, from 2000 to 2020. (PSIR ¶40). In 2014, Brandon earned his degree in cosmetology from the Aveda Institute. (PSIR ¶52). In January of 2015, Brandon took a huge positive step in his life and joined Alcoholics Anonymous. He has remained sober for nearly seven years after facing difficulties with alcohol and cocaine throughout his twenties and early thirties. (PSIR ¶50). Brandon has been very open about his struggles in this arena in order to relate to and inspire others.

In January of 2019, Brandon formed the #WalkAway Foundation, which is a non-profit organization dedicated to understanding the political divide and seeking to unite individuals with differing views. (PSIR ¶57). For Brandon, this meant his leaving of the Democratic Party and the creation of a safe space for those who, like him, did not feel that liberalism represented them. This video created a cascade of opportunity for Brandon to speak in various capacities across the country, making connections and volunteering for causes important to him as he did so. The relationships that he has cultivated through this work have been extremely important to the people who have felt unmoored or unable to politically connect with their families and friends. The letters of support speak for themselves as to the impact Brandon has created.

Since January 6, Brandon has spent a lot of hard time reflecting on his role in the events that took place that tragic day. He has offered strong condemnation for any violence used that day, especially the violence perpetrated against police. Additionally, Brandon has been actively using his platform to support law enforcement officers. Upon visiting the #WalkAway Foundation website, the first option presented is to donate to the □Refund the Police□ initiative: □#WalkAway will donate 75% of the funds raised to pro-police organizations in [the fourteen (14) cities most affected by defunding initiatives]. The other 25% will be used for the cost of overhead for this

campaign.□[3] This initiative will close at the conclusion of this year; and is close to having raised over $18,000.00 at this time. (Exhibit B).

## IV.     <u>ARGUMENT</u>

### A.     STATUTORY PENALTIES

Disorderly or Disruptive Conduct on the Capitol Grounds to Disturb or Disrupt the Orderly Conduct of either House of Congress is a violation of 40 U.S.C. § 5104(e)(2)(D) and carries a maximum sentence of six (6) months of imprisonment pursuant to 40 U.S.C. § 5109(b); a fine of not more than $5,000 pursuant to 18 U.S.C. § 3571(b)(6); a term of Supervised Release of not more than one year pursuant to 18 U.S.C. § 3583(b)(3); and an obligation to pay any applicable interest or penalties on fines and restitution not timely made.

### B.     ADVISORY GUIDELINES

Disorderly or Disruptive Conduct on the Capitol Grounds to Disturb or Disrupt the Orderly Conduct of either House of Congress is a violation of 40 U.S.C. § 5104(e)(2)(D) and a Class B Misdemeanor as defined by 18 U.S.C. § 3559(a)(7). Accordingly, pursuant to U.S.S.G. § 1B1.9, the sentencing guidelines do not apply to this case.

### C.     A SHORT SENTENCE OF HOUSE ARREST, EXTENSIVE COMMUNITY SERVICE, AND THE PAYMENT OF RESTITUTION RESULT IN A SENTENCE CONSISTENT WITH THE FACTORS SET FORTH IN 18 U.S.C § 3553(a)

In Sentencing Memoranda put forward in various Capitol cases, the Government has indicated that there are a variety of specific factors that should be considered in determining the severity of a sentence warranted for this type of offense. In *United States v. Ehrke*, 21-cr-97-PLF,

---

[3] *See* #WalkAway Foundation Homepage last accessed Dec. 14, 2021, available at
https://www.walkawayfoundation.org/.

Document 20 at page 7, the Government indicates that nine factors, while noting that they are not dispositive or exhaustive, should be considered:

1) Whether, when, and how the defendant entered the Capitol building.

   a. Brandon did not enter the Capitol building.

2) Whether the Defendant engaged in any violence or incited violence.

   a. Brandon did not commit any acts of violence, and there is no evidence that any of Brandon's statements at the Capitol caused any third party to commit an act of violence. Brandon was in the back of a crowd and simply repeated what others were chanting to memorialize the events on his video recording.

3) Whether the Defendant engaged in any acts of destruction.

   a. Brandon did not engage in any acts of destruction; as he was filming the event in a journalistic capacity.

4) The Defendant's reaction to acts of violence or destruction.

   a. Brandon turned around and left when he heard someone say that it was time to leave, despite the fact that others around him continued forward toward the Capitol door even after being told they should leave. Brandon did not personally witness the acts of violence that were broadcast on television.

5) Whether during or after the riot, the Defendant destroyed evidence.

   a. Brandon never destroyed any evidence. He removed his video from social media hours after posting it after realizing what had occurred on January 6 so that he did not appear to be supportive of violence committed, but this video was never destroyed or deleted.

6) The length of the Defendant's time inside of the building, and exactly where the defendant traveled.

    a.   Brandon never entered the building. His approach to the building was on the East side. The initial breach occurred on the West side of the Capitol building. He spent roughly half an hour to an hour on the Capitol Grounds.

7) The Defendant's statements in person or on social media.

    a.   Brandon made statements on social media that were in retrospect irresponsible and potentially inflammatory. Any statements Brandon made must be considered in context with the fact that Brandon had not witnessed the violence committed on the west side of the Capitol and he had not seen what was broadcasted on television. Once understanding the full context of the events, Brandon retracted and removed his prior statements.

8) Whether the Defendant cooperated with, or ignored, law enforcement.

    a.   Brandon cooperated fully with law enforcement, including providing two proffers and turning over the password to all devices seized as part of the search warrant executed on his apartment. Brandon provided information on individuals the government was investigating in separate cases and answered all questions posed by the government.

9) Whether the Defendant otherwise exhibited evidence of remorse or contrition.

    a.   Brandon has not only exhibited evidence of contrition; he has taken proactive steps to make whole those who have been hurt by his actions. His "Refund the Police" initiative shows how dedicated he is to providing recompense to those who may have been affected, directly or indirectly, by his actions on January 6, 2021.

The nature and circumstances of the offense and Brandon's history and characteristics have been set forth above. Another 18 U.S.C. § 3553(a) consideration is the need to promote respect for

the law, to provide just punishment, and to afford adequate deterrence. Between the time of Brandon□s arrest and his initial appearance on the Complaint, Brandon spent approximately two days in jail. As the Court knows, for an individual that has no prior criminal history or interactions with law enforcement and the penal system, any period of incarceration can be eye-opening and serve as a deterrent to future criminal conduct. Brandon, although he knows that he broke the law in this instant offense, has no history of disorderly conduct in the years of demonstrations that he was part of and organized prior to this offense. In fact, he was a stickler about following the rules and obtaining proper permits. The fact that this is a blip on an otherwise long list of peaceful demonstrations shows that Brandon is not a future threat and that deterrence of future criminal conduct is not an issue needing resolved in this matter.

One important aspect of promoting respect for the law is encouraging cooperation and truthfulness with law enforcement. Here, following his arrest, Brandon cooperated with law enforcement by proffering on two occasions, by providing relevant media and leads, and by providing passcodes to the devices that were seized as part of the investigation.

Additionally, Brandon has expressed extreme remorse for his actions. In his lengthy letter the Court, Brandon states:

> The very next day I told all of my followers that I had made some very irresponsible comments about the Capitol riot without knowing all the facts and that I regretted making those comments and was embarrassed to think anybody might read them and think I supported any of the violence or vandalism that we were now seeing.

> To be clear, Your Honor, I think January 6th is nothing more than an incredibly shameful day that had absolutely no positive attributes whatsoever. Nothing positive was accomplished. If I had just made the choice to stick with my

plan of poll watching in Georgia, my life would be completely different today. Instead, I got swept into a horror show that has turned my life upside down and caused unspeakable destruction       I'm sorry that I was present in any way at an event that led people to feel afraid, that caused shame and embarrassment on our country, and that served absolutely no purpose other than to further tear away at the already heartbreaking divide in this country.

I want to apologize to all members of the Capitol Police whose safety was put in danger by the unruly mobs. In particular, the police officer who is seen in my video whose shield was being taken by the crowd. No protest should ever get out of hand to the point of becoming a riot, and no police officer should ever have to feel that their life or their safety is in jeopardy while trying to keep the peace at a public demonstration.

And I want to apologize to every member of Congress, regardless of political affiliation or background. I'm deeply sorry and ashamed for being present at an event that sent members of Congress running in fear to evacuate a building. I can sincerely say that I would never intend for such a thing to happen, but nonetheless, it did. And I was there. And I'm truly sorry for that. (Exhibit #A).

Brandon's prior seeming bravado, as set forth in his social media postings immediately after January 6, appears to have been tempered by a realization of the consequences of his actions.

If the Court would allow Brandon to have included in his sentence a stronger portion of community service rather than a sentence of Probation, the country at large will be better served. The nature of Brandon's job requires that he often travels, making supervision more difficult and costly and to what end? Brandon has already been on Pretrial Release for nearly a year with no violations. He clearly has the capability to contribute to the greater good through fundraising and

leading others into service with him. While the Probation Office's Recommendation sees Brandon's following as a reason for concern[4], it is the Defendant's belief, and Counsel for the Defendant's belief, that his talents can be put to better use than verifying that he is in compliance with certain conditions of Probation—that if he is given true freedom, that he will use that freedom in service of his country.

As an additional consideration for foregoing a sentence of Probation, collateral consequences are within the scope of the Court to consider under 18 U.S.C § 3553(a). *See United States v. Nesbeth*, 188 F.Supp.3d 179 (E.D.N.Y. 2016). ". . . [S]ufficient attention has not been paid at sentencing to the collateral consequences facing a convicted defendant." *Nesbeth*, 188 F.Supp.3d at 180. Prior to even being sentenced, Brandon has faced many collateral consequences in the form of lost business opportunities, placement on the TSA terrorist watch list and corresponding public humiliation, accidental disclosure on the record of his cooperation—leading to more public humiliation and threats, his "de-platforming" by various social media and payment processing websites, and his eviction from his apartment, to name a few. That these consequences have been or will be suffered by the Defendant is sometimes unavoidable and, in many estimations, warranted. This is not the issue. Defendant's position is that the magnitude of these collateral consequences should be considered as part of a whole when determining the appropriate sentence to impose.

Additionally, the need to avoid unwanted sentencing disparities is of major importance in this case. When examining other cases in which the Defendant has been sentenced to the same sentence being recommended by Probation in the instant matter, the disparity in actual conduct is alarming. Take the case of *United States v. Jones*, 1:21cr-321-JEB, as an example. In this case, the

---

[4] The government has never alleged, and there is no evidence, that Brandon used his following to commit any criminal activity. Brandon is charged for conduct he committed at the Capitol in his personal capacity.

Defendant entered the Capitol through the Senate Wing and continued to take pictures and film inside of the Capitol; remained inside the Capitol for approximately fifteen minutes; leaving only after being subjected to tear gas administered by law enforcement officers. What specially differentiates Jones's conduct from the instant matter is that Jones *observed* individuals removing barricades erected to prevent entry into the U.S Capitol, then *scaled a wall* to access the first floor of the Capitol's exterior, then *entered the Capitol* and filmed the destruction and chaos inside.

Because there is only a small pool of cases to draw from in determining whether a certain defendant's conduct is aggravating or mitigating, the above case is offered to show what conduct has been viewed as punishable by the same Sentencing Recommendation that has been set forth by Probation in the instant matter. In *Jones*, the Government concedes that the Government has requested incarceration in cases in which defendants have scaled the Capitol and that this conduct is an aggravating factor that the Courts have considered when imposing sentencing. If, on balance, Jones was sentenced to three months of home detention, three years' probation, no less than 60 hours of community service, and $500 in restitution; then how does Brandon's conduct compare? How does his show of remorse compare? How do his fundraising efforts compare? How do the collateral consequences he has faced compare?

Another sentence of note is that in *United States v. Doyle*, 1:21-cr-324-TNM, in which the Defendant received a sentence of two months' probation, a $3,000 fine, and $500 in restitution. In *Doyle*, the Defendant entered the Capitol building by climbing through a broken window. She stayed in the Capitol for over twenty minutes, at one point being stopped by a law enforcement officer, at which she either yelled or chanted and then continued about her business. The Defendant observed individuals climbing on scaffolding, climbing through windows to enter the Capitol, and individuals dressed in military-style clothing. This conduct is much different than Brandon's brief

encounter outside of the Capitol building on the East side, in which he turned around left when instructed.

It seems that the sentence recommended in this case is a standardized recommendation by the Probation Office; and it therefore fails to take into account the specifics of the instant matter. For example, this same sentencing recommendation was also made in *United States v. Cordon*, 1:21-cr-269-TNM. The conduct in *Cordon* involved the Defendant wearing body armor, carrying a gas mask, observing altercations between police and rioters, stepping through a broken window into the Capitol building, and then spending five minutes inside the Capitol building. For this offense, Cordon received two months' probation and a $4,000.00 fine. Brandon's behavior was far less problematic and far less premeditated than Cordon's behavior.

Even more to the point is the case of Cordon's brother, Kevin Cordon at *United States v. Cordon*, 1:21CR-277-TNM. Kevin Cordon's time at the Capitol went much the same way that his brother's did, save for Kevin gave an interview to a Finnish reporter after exiting the Capitol. In this interview, Kevin stated, "We're here to take back our democratic republic. It's clear that this election is stolen, there's just so much overwhelming evidence and the establishment, the media, big tech are just completely ignoring all of it. And we're here to show them we're not having it. We're not-we're not just gonna take this laying down. We're standing up and we're taking our country back. This is just the beginning." This interview can still be accessed online today.[5] Kevin received a sentence of 12 months' probation, 100 hours community service, a $4,000.00 fine, and $500.00 in restitution.

Brandon also objects to the recommendation by the Probation Officer that he be subjected to a discretionary condition of Probation that monitors his electronic communications service

---

[5] https://www.is.fi/ulkomaat/art-2000007723759.html, last accessed December 15, 2021.

13

accounts, including email accounts, social media accounts, and cloud storage accounts. Brandon also objects to his financial activity being monitored by the Probation Office. These discretionary conditions of Probation are not sufficiently relevant to the offense committed. In *United States v. Taylor*, 796 F.3d 788 (7th Cir. 2015), the Seventh Circuit reversed a restriction on the defendant□s computer ownership and internet access in a bank larceny case, stating that the restriction was not reasonably related to his prior conviction for incest. In Brandon□s case, emailing, using social media, and using cloud storage has nothing to do with his offense.

## V.    CONCLUSION

It is the wish of the Court, society and the Defendant, Brandon Straka, that he is granted a sentence that enables him to justly recompensate for his wrongdoings and allows him to remain in the community as a productive, law-abiding, and rehabilitated citizen. A sentence of a short term of house arrest, coupled with an extensive requirement of community service with Court-ordered restitution is sufficient but not greater than necessary in the present matter to accommodate this desire. The Defendant respectfully requests a short sentence of house arrest, coupled with an extensive requirement of community service with Court-ordered restitution.

BRANDON J. STRAKA, Defendant

By:    *s/Stuart J. Dornan*
STUART J. DORNAN, #18553
Attorney for Defendant
Dornan, Troia, Howard, Breitkreutz
Conway & Dahlquist, PC LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
(402) 884-7044 (phone)
stu@dltlawyers.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 15, 2021, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

N/A ☐ Filed Under Seal

and I hereby certify that I have electronically mailed the document to the following non CM/ECF participants:

Brittany L. Reed, Assistant United States Attorney
Jessica Reichler, United States Pretrial Services and Probation Officer

*s/Stuart J. Dornan*
STUART J. DORNAN, #18553
Attorney for Defendant

Table I: Cases in which the government recommended a probation sentence without home detention'":

| Defendant Name | Case Number | Offense of Conviction | Government Recommendation | Sentence Imposed |
|---|---|---|---|---|
| Morgan-Lloyd, Anna | I:21-CR-00164-RCL | 40 U.S.C. § 5104(e)(2)(G) | 36 months' probation, 40 hours community service, $500 restitution | 36 months' probation, 120 community service hours, $500 restitution |
| Ehrke, Valerie | 1:2 I-CR-00097-PLF | 40 U.S.C. § 5104(e)(2)(G) | 36 months' probation, 40 hours conununity service, $500 restitution | 36 months' probation, $500 restitution |
| Bissey, Donna | I :21-CR-00165-TSC | 40 U.S.C. § 5104(e)(2)(G) | 36 months' probation, 40 hours community service, $500 restitution | 14 days incarceration, 60 hours community service, $500 restitution |

Table 2: Cases in which the government recommended a probation sentence with home detention

| Defendant Name | Case Number | Offense of Conviction | Government Recommendation | Sentence Imposed |
|---|---|---|---|---|
| Bustle, Jessica | 1:2 I -CR-00238-TFH | 40 U.S.C. § 5104(e)(2)(G) | 3 months home detention, 36 months' probation, 40 hours community service, $500 restitution | 60 days of home detention, 24 months' probation, 40 hours community service, $500 restitution |
| Bustle, Joshua | I:21-CR-00238-TFH | 40 U.S.C. § 5104(e)(2)(G) | 1 month home detention, 36 months' probation, 40 hours community service, $500 restitution | 30 days home detention, 24 months' probation, 40 hours community service, $500 restitution |
| Doyle, Danielle | I :21-CR-00324-TNM | 40 U.S.C. § 5104(e)(2)(G) | 2 months home detention, 36 months' probation, 60 | 2 months' probation, $3,000 fine, $500 restitution |

| | | | hours community service, $500 probation | |
|---|---|---|---|---|
| Bennett, Andrew | 1:21-CR-00227-JEB | 40 U.S.C. § 5104(e)(2)(G) | 3 months home detention, 36 months' probation, 60 hours community service, $500 restitution | 3 months of home detention, 24 months' probation, 80 hours community service, $500 restitution |
| Mazzocco, Matthew | 1:21-CR-00054-TSC | 40 U.S.C. § 5104(e)(2)(G) | 3 months home detention, 36 months' probation, 60 hours community service, $500 restitution | 45 days incarceration, 60 hours community service  $500 restitution |
| Rosa, Eliel | 1:21-CR-00068-TNM | 40 U.S.C. § 5104(e)(2)(G) | 1 month home detention, 36 months' probation, 60 hours community service, $500 restitution | 12 months' probation, 100 hours community service, $500 restitution |
| Gallagher, Thomas | 1:21-CR-00041-CJN | 40 U.S.C. § 5104(e)(2)(G) | 1 month home detention, 36 months' probation, 60 hours community service, a fine, and $500 restitution | 24 months' probation, 60 hours community service, $500 restitution |
| Vinson, Thomas | 1:21-CR-00355-RBW | 40 U.S.C. § 5104(e)(2)(G) | 3 months home detention, 3 years' probation, 60 hours community service, $500 restitution | 5 years' probation, $5,000 fine, $500 restitution, 120 hours community service |
| Dillon, Brittany | 1:21-CR-00360-DLF | 40 U.S.C. § 5104(e)(2)(D) | 3 months home detention, 36 months' probation, 60 hours community service, $500 restitution | 60 days home detention, 3 years' probation, $500 restitution |
| Sanders, Jonathan | 1:21-CR-00384-CJN | 40 U.S.C. § 5104(e)(2)(G) | 2 months home detention, 36 months' probation, 60 hours community service, $500 restitution | 36 months' probation, 60 hours community service, $500 restitution |

| Fitchett, Cindy | 1:2l-CR-00041-CJN | 40 U.S.C. § 5104(e)(2)(G) | 2 months home detention, 36 months' probation, 60 hours community service, $500 restitution | 1 month home detention, 36 months' probation, 60 hours community service, $500 restitution |
| Sweet, Douglas | I :2 I-CR-00041-CJN | 40 U.S.C. § 5104(e)(2)(G) | 3 months home detention, 36 months' probation, 60 hours community service, $500 restitution | 1 month home detention, 36 months' probation, 60 hours community service, $500 restitution |
| Cordon, Sean | I:2 I-CR-00269-TNM | 40 U.S.C. § 5104(e)(2)(G) | 3 months home detention, 36 months' probation, 60 hours community service, $500 restitution | 2 months' probation, $4000 fine |
| Wilkerson, John IV | l:2 I-CR-00302-CRC | 40 U.S.C. § 5104(e)(2)(G) | 2 months home detention, 36 months' probation, 60 hours community service, $500 restitution | 36 months' probation, $2500 fine, 60 hours community service, $500 restitution |

**Table** 3: Cases **in which** the government recommended a sentence of incarceration

| Defendant Name | Case Number | Offense of Conviction | Government Recommendation | Sentence Imposed |
|---|---|---|---|---|
| Curzio, Michael | I :2 I-CR-00041-CJN | 40 U.S.C. § 5104(e)(2)(G) | Not applicable | 6 months incarceration (time served), $500 restitution |
| Hodgkins, Paul | I :2I-CR-00188-RDM | 18 U.S.C. § 1512(c)(2) | 18 months incarceration | 8 months incarceration, 24 months' supervised release, $2000 restitution |
| Dresch, Karl | I :21-CR-00071-ABJ | 40 U.S.C. § 5104(e)(2)(G) | 6 months incarceration (time served), $500 restitution | 6 months incarceration (time served), $500 restitution |
| Jancart, Derek | I :21-CR-00148-JEB | 40 U.S.C. § 5104(e)(2)(D) | **4** months incarceration, $500 restitution | 45 days incarceration, $500 restitution |
| Rau, Erik | I :21-CR-00467-JEB | 40U.S.C. § 5104(e)(2)(D) | 4 months incarceration, $500 restitution | 45 days incarceration, $500 restitution |
| Hemenway, Edward | I:2I-CR-00049-TSC | 40U.S.C. § 5104(e)(2)(G) | 30 days incarceration, $500 restitution | 45 days incarceration, 60 hours community service, $500 restitution |
| Reeder, Robert | I :21-CR-00 166-TFH | 40 U.S.C. § 5104(e)(2)(G) | 6 months incarceration, $500 restitution | 3 months incarceration, $500 restitution |

| Bauer, Robert | I :21-CR-00049-TSC | 40 U.S.C. § 5104(e)(2)(G) | 30 days incarceration, $500 restitution | 45 days incarceration, 60 hours community service, $500 restitution |
|---|---|---|---|---|
| Vinson, Lori | 1:21-CR-00355-RBW | 40U.S.C. § 5104(e)(2)(G) | 30 days incarceration, $500 restitution | 5 years' probation, $5,000 fine, $500 restitution, 120 hours community service |
| Griffith, Jack | I :21-CR-00204-BAH | 40 U.S.C. § 5104(e)(2)(G) | 3 months incarceration, $500 restitution | 90 days home detention, 36 months' probation, $500 restitution |
| Torrens, Eric | 1:21-CR-00204-BAH | 40 U.S.C. § 5104(e)(2)(G) | 2 weeks incarceration, $500 restitution | 90 days home detention, 36 months probation, $500 restitution |
| Gruppo, Leonard | I :21-CR-00391-BAH | 40U.S.C. § 5104(e)(2)(G) | 30 days incarceration, $500 restitution | 90 days home detention, 24 months' probation, $3,000 fine, $500 restitution |
| Ryan, Jenna | I :21-CR-00050-CRC | 40U.S.C. § 5104(e)(2)(G) | 60 days incarceration, $500 restitution | 60 days incarceration, $1000 fine, $500 restitution |
| Croy, Glenn | I :21-CR-00162-BAH | 40 U.S.C. § 5104(e)(2)(G) | 60 days incarceration, $500 restitution | 90 days home detention, 14 days community correctional facility, 36 months' probation, $500 restitution |
| Stotts, Jordan | 1:21-CR-00272-TJK | 40 U.S.C. § 5104(e)(2)(G) | 45 days incarceration, $500 restitution | 60 days home detention, 24 months' probation, $500 restitution, 60 hours community service |
| Fairlamb, Scott | I :21-CR-00 120-RCL | 18 U.S.C. § 1512(c)(2), 18 U.S.C. § 11 l(a)(l) | 44 months incarceration, 36 months' supervised release, $2000 fine | 41 months incarceration, 36 months supervised release, $2000 restitution |
| Camper, John | I :21-CR-00325-CKK | 40 U.S.C. § 5104(e)(2)(G) | 60 days incarceration, $500 restitution | 60 days incarceration, $500 restitution, 60 hours community service |
| Rukstales, Bradley | I :2l -CR-00041-CJN | 40 U.S.C. § 5104(e)(2)(G) | 45 days incarceration, $500 restitution | 30 days incarceration, $500 restitution |
| Cordon, Kevin | I :21-CR-00277-TNM | 18 U.S.C. § 1752(a)(l) | 30 days incarceration, 12 months supervised release, $500 restitution | 12 months' probation, 100 hours community service, $4000 fine, $500 restitution |
| Chansley, Jacob | 1:21-CR-00003-RCL | 18 U.S.C. § 1512(c)(2) | 51 months incarceration, 36 months supervised release, $2000 restitution | 41 months incarceration, 36 months supervised release, $2000 restitution |
| Mish, David | 1:21-CR-00112-CJN | 40 U.S.C. § 5104(e)(2)(G) | 30 days incarceration, $500 restitution | 30 days incarceration, $500 restitution |

| Laios, John | 1:21-CR-00243-APM | 40 U.S.C. § 5104(e)(2)(G) | 30 days incarceration, $500 restitution | 14 days incarceration, $500 restitution |
|---|---|---|---|---|
| Scavo, Frank | 1:21-CR-00254-RCL | 40 U.S.C. § 5104(e)(2)(G) | 14 days incarceration, $500 restitution | 60 days incarceration, $5000 fine, $500 restitution |
| Abual-Ragheb, Rasha | 1:21-CR-00043-CJN | 40 U.S.C. § 5104(e)(2)(G) | 30 days incarceration, $500 restitution | 60 days home detention, 36 months' probation, 60 hours community service, $500 restitution |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:21CR-579-DLF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **SENTENCING EXHIBIT LIST** |
| | ) | |
| BRANDON J. STRAKA, | ) | |
| | ) | **(Filed Under Seal)** |
| Defendant. | ) | |

**EXHIBIT**          **DESCRIPTION**

A.          Letter from Brandon Straka (20 pages);

B.          External Memorandum from #WalkAway regarding Refund the
          Police Initiative, dated December 14, 2021 (1 page);

C.          Letter from Dan & Mary Straka (5 pages);

D.          Letter from Libby Albert (2 pages);

E.          Letter from Shemeka Michelle (2 pages);

F.          Letter from Tonia L. Roberts (8 pages);

G.          Letter from YG Nyghtstorm (1 page);

H.          Letter from Alice Blonskij (1 page);

I.          Letter from Alycia Pennington (2 pages);

J.          Letter from Anthony J. Padillal (1 page);

K.          Letter from B. Lorena Gaertner (1 page);

L.          Letter from Beckham Matt (1 page);

M.          Letter from Bernadette O⎕Connell (2 pages);

N.          Letter from Cheryl Beisel (1 page);

O.          Letter from Cindy Lomen (1 page);

P.                        Letter from Cindy Standen (1 page);

Q.                        Letter from Connie Bouman (1 page);

R.                        Letter from Dianne E. Franke (1 page);

S.                        Letter from Donna Franz (1 page);

T.                        Letter from Dr. Maureen M. Hayes (1 page);

U.                        Letter from Dr. Steven M. Green (2 pages);

V.                        Letter from Isaac Esau Gay (1 page);

W.                       Letter from Janet Dunn (1 page);

X.                        Letter from Janet Fernstrom (1 page);

Y.                        Letter from Janet Olsen Hughes (1 page);

Z.                        Letter from Joanne M. Jones (1 page);

AA.                    Letter from Jovan Vitagliano (1 page);

BB.                    Letter from Katherine Lippi (1 page);

CC.                    Letter from Kerri Mullis (1 page);

DD.                    Letter from Linda Atkins (1 page);

EE.                    Letter from Linda Schrader (1 page);

FF.                    Letter from Lois Brom (1 page);

GG.                  Letter from Lourdes A. Perez (1 page);

HH.                  Letter from Lynn Harvey (1 page);

II.                     Letter from Martin Roberts (1 page);

JJ.                    Letter from Mary Padgett (1 page);

KK.                  Letter from Maxine Cunnygham (1 page);

LL.                   Letter from Michael & Collette Barry-Rec (1 page);

MM.                  Letter from Mike Boss (1 page);

NN.                  Letter from Nancy L. Mari (1 page);

OO.                  Letter from Nicholas Rudy (1 page);

PP.                  Letter from Raymond Swank (1 page);

QQ.                  Letter from Rhonda Perry (2 pages);

RR.                  Letter from Roberta Schlechter (1 page);

SS.                  Letter from Robin Raley (1 page);

TT.                  Letter from Robyn C. Groen (1 page);

UU.                  Letter from Shari Melzar (1 page);

VV.                  Letter from Stephanie B. (1 page);

WW.                Letter from Steven Bauman (1 page);

XX.                  Letter from Terry & Elaina Tupper (1 page);

YY.                  Letter from Therese M. Bates (1 page); and

ZZ.                  Letter from Todd Headlee (1 page).


BRANDON J. STRAKA, Defendant,

By:    _s/Stuart J. Dornan_
         STUART J. DORNAN, #18553
         Attorney for Defendant
         Dornan, Troia, Howard, Breitkreutz
         Conway & Dahlquist PC LLO
         1403 Farnam Street, Suite 232
         Omaha, NE  68102
         (402) 884-7044
         stu@dltlawyers.com

### CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2021, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

N/A ☐ Filed Under Seal

and I hereby certify that I have electronically mailed the document to the following non CM/ECF participants:

Brittany L. Reed, Assistant United States Attorney
Jessica Reichler, United States Pretrial Services and Probation Officer

*s/Stuart J. Dornan*
STUART J. DORNAN, #18553
Attorney for Defendant

Your Honor,

I want to thank you for this opportunity to speak. It is the first time in an entire year that I've been given the chance to tell my side of the events that led me down this terrible path this year.

Your Honor, if one were to believe the media reports about me and my participation on January 6th, or even the limited statement of facts presented in this case, one would be presented with a hyperbolically frightening portrayal of a monster and a madman. The media has labeled me a domestic terrorist, an insurrectionist, a violent rioter, and equally egregiously they wish to portray me as anti-law enforcement.

Your Honor, as part of my plea agreement, I signed a document called the statement of facts. I believe that one could easily interpret the picture that this document creates to be that I went to Washington DC and ultimately the Capitol building on January 6th with the intention to break the law and do harm to others. I would like to present to you, Your Honor, additional facts that didn't make it into that document.

Exhibit A

My decision to go to Washington DC on January 6th was a last minute one. I had spent the entire month of December and early January assembling thousands of volunteers to make phone calls and knock on doors for Senate candidates David Perdue and Kelly Loeffler before the January 5th Georgia Senate runoff elections. I had publicly stated on cable news that I was volunteering to be a poll watcher in Georgia on January 5th. For the past 4 years, involving myself in civics has become a passion.

Around the 1st of January, I began getting messages from activists I know stating that many of us were being asked to speak at the Capitol on January 6th. President Trump had already announced on Twitter that this event was happening, which legitimized for me that this event was truly taking place. Truth be told, I did not want to go. By this point, none of the calls for investigation into election fraud were going well, and I had already accepted that a forensic audit of the 2020 election was a lost cause and that it was time to move on. However, after consulting with many people I trust, the sentiment was conveyed to me that hundreds of thousands of people would be going to DC on January 6th for what would surely be a monumental and historic event, and that I should really consider the offer I'd been given to speak, as it

Exhibit A

was a great honor. So, tragically, I changed my plans to stay in Georgia for the runoff election and decided to go to DC to speak at the Capitol.

From the very beginning I was told that the format of the event was that President Trump would be speaking at the Ellipse, then there would be a march to the Capitol, and then dozens of people (including myself) would be speaking at the Capitol. I was told that organizers had permits for the Capitol event. And I was asked to share on social media a link to a website called MarchToSaveAmerica.com, which was connected to the White House's website, and I was given access to graphics with the speaker's names and pictures to promote the event. For the next several days I posted the graphic with my face and my name on it on social media which clearly stated that I was a scheduled speaker at the Capitol on January 6th.

The morning of January 6th, I sat in the front row at the Ellipse and listened to the President of the United States speak. He concluded by telling the crowd that we were all now going to march "peacefully" to the Capitol. Everything felt perfectly normal and exactly in accordance with the schedule of events for that day. I then walked to the DC Metro

Exhibit A

and got on the train to head to the Capitol for my speaking engagement.

On the way to the Capitol, I began getting text messages from people I knew who were at home watching the news on television indicating that people were going inside the Capitol building. Shortly after, I started getting numerous messages from the other scheduled speakers, some asking if our event was still happening, if it was now cancelled- it was total confusion. I was of 2 minds at this point. Either,
#1) The event is still happening and I'm still speaking, and that's what I came all the way to DC to do.
Or
#2) The event may no longer be happening, but SOMETHING is going on at the Capitol right now, and I want to be there to capture footage of whatever it is that's going on.

Your honor, in the past 4 years I have garnered a following of over a million people on social media. I have attended dozens of rallies, protests, and public events of all political persuasions where I show up and do street interviews with the people there and capture footage of the events for my audience. In addition to that, I am a regular commentator on

Exhibit A

multiple cable news networks. I've appeared on cable news more than 200 times in the last 4 years to discuss every topic you can imagine, from the Supreme Court, to abortion rights, to immigration, election integrity issues, civil rights, and rallies and protests in American culture. The interviews I do and the footage I capture has routinely been featured on national and international news outlets.

In all of my on the scene reporting, I can honestly say I have never witnessed a right wing protest get out of hand. Typically, the crowds are mostly comprised of older people, and the energy at the events is very subdued. What I was being told via text messages from people watching news footage of January 6th from at home sounded completely and totally unlike anything I had ever seen at a right wing rally before.

So when I exited the DC metro and headed toward the Capitol on foot, I knew instinctively that I had better begin filming footage as early as possible, because there could be newsworthy activity happening well beyond Capitol grounds. I took out my camera and began shooting footage from approximately 3 blocks away from the Capitol Building and shot one long continuous video for about 12 minutes.

Exhibit A

Your honor, I approached the Capitol from the EAST SIDE and arrived at approximately 2:40pm on Capitol grounds according to the time stamps on the video I shot. According to the timelines of the January 6th riot, a group of people began to push past barricades and overwhelm police on the WEST SIDE of the Capitol at 12:53pm when I was 1.7 miles away from the Capitol building. Over the course of the next hour and a half, while I was exiting the event at the Ellipse and underground in transit to the Capitol, the mob on the West side of the Capitol violently pushed past police, smashed windows, scaled walls, and engaged in horrifying and 100°/o unacceptable behavior, ultimately breaching the West side of the Capitol building.

Your honor, as I approached the Capitol on the opposite side of these events, the east side, **I did not witness the destructive activities occurring on the West side.** If I had seen any of those things take place, I would have turned around and left as quickly as possible.

Instead, I walked on to the Capitol grounds on the East side. My entire experience is documented on the video that I shot. When I approached I saw a large crowd of people, I would estimate to be several

thousand, many were milling around the grounds. The largest group were assembled in the courtyard area on the East side of the building. They were facing AWAY from the building, many of them holding signs and some were even singing songs. I saw what appeared to be a more concentrated crowd at the top of the Capitol steps on the East side, and I assumed that this must be where the people were going inside that I was hearing about from people at home watching the news. I quickly walked up the steps and as I did, a man was standing at the top of the stairs with his hat in his hand shouting, "We're going in! They've opened the doors! The doors are open!". When I got to the top of the stairs I saw two large metal doors were fully open, and a large crowd of people were jammed together facing the open doors. Some were pushing to try to make their way inside.

For the next 8 minutes, I stood outside the Capitol with my camera in both of my hands, and my hands fully extended above my head pointing the camera down toward the door as it was impossible to see everything that was happening because many in the crowd in front of me were much taller than I am, and many were carrying large flags on poles that were hanging down into my face. My goal was to get my

Exhibit A

camera to "see" as much as possible, even if I couldn't see it myself.

In stepping up onto the Capitol steps, I broke the law. It was never my intention to become a part of an unruly mob or to do harm to anybody.

Another fact, Your Honor, which was not stated, is that after approximately 8 minutes of me standing on the steps shooting footage, a man is seen on my video coming outside the Capitol and getting on a bullhorn. He tells the crowd, in some rather distasteful language, that Congress had cleared and everybody went home. He tells the crowd, "Let's move out, let's move out!" gesturing to the crowd to walk away from the Capitol. Despite the fact that I could have stayed and made the choice to walk inside at that point, I immediately turned around and shouted, "Everyone needs to go this way!", pointing away from the Capitol and I walked down the stairs and away from the Capitol.

At that point, I walked to the outer grounds of the Capitol and shot 13 videos interviewing attendees about why they were there and what they saw and experienced.

Exhibit A

Shortly after, I got on social media and made some very, very stupid comments. The comments I made understandably gave a clear implication that I supported what had happened at the Capitol that day. It wasn't until hours after I posted these comments that I was back at my hotel room and started seeing the footage on the news of the insanity and violence that had taken place earlier that day outside of my view. I felt shock and horror when I saw those images, and I immediately realized that the situation at the Capitol was much bigger and much more complicated than that which I had witnessed with my own eyes. I immediately took my comments down because I was embarrassed and ashamed to think that anybody might interpret these comments to mean that I supported the horrific things that happened at the Capitol that day.

The next day, January 7th, I made a live video on YouTube in which I clearly state exactly what I just told you. The very next day I told all of my followers that I had made some very irresponsible comments about the Capitol riot without knowing all the facts and that I regretted making those comments and was embarrassed to think anybody might read them and think I supported any of the violence or vandalism that we were now seeing.

Exhibit A

To be clear, Your Honor, I think January 6th is nothing more than an incredibly shameful day that had absolutely no positive attributes whatsoever. Nothing positive was accomplished. If I had just made the choice to stick with my plan of poll watching in Georgia, my life would be completely different today. Instead, I got swept into a horror show that has turned my life upside down and caused unspeakable destruction.

Your Honor, while anti-police riots were sweeping the nation throughout 2020, I created what were called Rescue America rallies that I led in 18 cities all across the United States. At these rallies, I led hundreds and sometimes thousands of attendees and volunteers as we cheered on America's law enforcement. We marched all across America chanting that We Back the Blue. I also hosted livestreamed online panel discussions and debate events with the purpose of sharing factual information about the low incidences of law enforcement violence as anti-police protesters were demonizing police officers with inaccurate statistics and misinformation to perpetuate the false narrative that police officers are violent and can not be trusted. Now, after the events of January 6th, I am being labeled as "anti-police" and as "supporting violence against officers". Please allow me to state

Exhibit A

clearly and unequivocally for the court, "I have always stood with America's law enforcement officers. I will always stand with America's law enforcement officers. I have nothing but the absolute utmost respect for all officers who put their lives on the line every day to protect me and my fellow American citizens, and I will ALWAYS back the blue-just as I always have, every single day of my life."

Due to the media coverage of my arrest, and the now dozens and dozens of headlines referring to me as a "deadly insurrectionist", "domestic terrorist", "violent rioter", and much more, I was served with a notice to vacate my apartment within 30 days just days after I got out of jail. I have been permanently banned from using mainstream business financial platforms like PayPal, Venmo, and Stripe, because I am now considered a threat by these platforms who have forbidden me to send or receive money because I'm labeled a dangerous terrorist. I had to cancel all of my events and paid speaking engagements this year, and was permanently banned from one of my online financial support revenue streams when Patreon closed my account, citing that I used my funds to commit violence. A week after getting out of jail I received a letter in the mail telling me that my TSA PreCheck status was revoked because I'm no longer considered a low risk

Exhibit A

traveler. Then, when I attempted to fly for the first time I discovered that the US government has placed me on a terrorism watch list. I now have an SSSS, or quad S, designation when I go to the airport. I was told by TSA that this is the highest level terrorism watchlist a person can be on while still being allowed to fly. I now have to go through hours of screening at the airport by a dedicated team of usually around 8 to 10 TSA agents. They swap every single item in my bag and test it for explosives. They put their hands down my pants and repeatedly grab and touch my genitals in front of everybody at the security checkpoint. They take pictures of my boarding passes and my ID. And then, when I pass security inspection, they follow me around the airport and follow me to the gate, where they set up a perimeter around me until the plane begins to board. They bring a machine to the gate, and after scanning my boarding pass, I once again have to have every item in my bag swabbed and tested, this time in front of the terrified passengers whom I'm about to share a flight with. When I land for my connecting flight, they do it all again in front of the passengers before I board the next plane.

I was permanently banned from using all the fundraising portals my organizations used for fundraising for my business. I was permanently

Exhibit A

banned from using my email platform to email my subscribers.

The media even misreported a comment made at my plea hearing, in which it was indicated that I had (past tense) cooperated with the Prosecution by turning over my email and social media passwords, etc. I was promised that any terms of cooperation would be sealed and confidential for my own protection. Instead, the media who was listening on the phone in my plea hearing reported that you said that I WOULD BE cooperating with the prosecution in the future. They began running stories saying that I was becoming a snitch and would be turning people over to investigators. And from that I've received an onslaught of messages implying threats to my safety and wellbeing over something that wasn't even true in the first place.

In addition to the extreme and permanent damage to my character that the stockpile of media misreportings on my case have done, there have been several attempts by the media to actually interfere with my case to do maximum damage to my ability to have a fair shot in the legal system. One such example is when USA Today employed their "extremism" department, this is a department within

Exhibit A

the news outlet that creates stories about dangerous conservative individuals, but does not cover any violent or dangerous left wing individuals, groups, riots, or acts of terrorism. USA Today's extremism department ran a story about me having a legal defense fund that people could support. Within 48 hours, USA Today SUCCESSFULLY got my legal defense fund shut down, without me having been able to say a single word in court to state my side of the story. But the most vicious and relentless media attacks and sickening false reporting I've received has sadly come from my own community, the LGBT community, who hate me for leaving the Democratic Party. Dozens of disgusting articles have been written about me obsessively this year to demonize me. Just one example was a story that came out from Gay City News the month of my arrest in which they wrote, "In the days after thousands of right wingers breached the Capitol building and killed four of their peers and an officer in the Capitol police force, Facebook and other social media companies shut down tens of thousands of accounts, including a political organization that was founded to encourage Democrats to leave that party". The article was celebrating my bans on social media while also directly implying that I was involved with KILLING four people and a police officer. Numerous other articles from the LGBT media have

Exhibit A

encouraged their readers to counter any positive character letters written in my defense by having these readers write letters of contempt for me. I sincerely hope that you, Your Honor, were not subject to being harassed in any way by these people in their crusade to punish me for the crime of choosing to be a gay Republican.

I've lost dear friendships and family relationships over this case that will never be fixed. After being released from jail following an FBI swat team coming into my house, taking my things, putting me in handcuffs and sending me to a concrete cell with a metal door shared with a 4 time repeat offender in 23 hour a day lock down (Neither of those 2 days did I receive my 1 hour of rec time), I spent 4 months suffering from severe PTSD that prevented me from sleeping at night, jumping and even running out of rooms to hide when I would hear a bang or a loud noise or a knock at my door.

7 years ago, Your Honor, I made a decision, completely of my own volition, to join a 12 step program and get clean from drugs and alcohol. I have maintained continual, uninterrupted, sobriety for the past 7 years- though admittedly the hatred and suffering I've experienced this year has challenged me far beyond anything else I've had to

Exhibit A

endure in my sobriety. I lost my sponsor who I loved and admired more than anything over my support for Donald Trump. It's been a challenge to find people in the program who are able to overcome their own political antipathy for others who don't agree with them, and so I've found myself mostly leaning on other sober people in the program whom I've met in the #WalkAway movement.

My philosophy my whole life has been to find the positive in every situation. Even this entire year, as piece by piece my life has been chipped apart, and article after article has been written about me insinuating that I am a dangerous individual who shouldn't be allowed to function in society anymore- I have sought the silver lining and opportunities to transform toxicity into creation, positive growth, and renewal of perspective, faith, and spirituality. My philosophy is simply- every situation life gives you, even the most damaging and destructive, has an opportunity to win. Find the win in every situation.

In my work with my organization, the #WalkAway movement, these past 4 years, we've cleaned up neighborhoods in cities that are run down. We've done outreach for in need minority communities across the country. We've stood up for America's police and law enforcement. Everything we do is in

Exhibit A

an effort to make the world a more loving, peaceful, unified, safer, and more civil and tolerant place to live. I've dedicated my life to this work and have been devastated by having to step back this entire past year and let this case play out. I just want to get back to work and move on with my life.

I had a really good life before January 6th. I can honestly say that that life was completely leveled and destroyed.

All I'm asking, Your Honor, is that you please be willing to sentence me only on the grounds of what I was actually a part of- **and NOT based on the depiction of January 6th that we've all seen on television. I'm taking ownership for my own wrong behavior.**

I think January 6th was horrifying and disgusting. But I never went beyond the grounds of the East side of the Capitol, Your Honor, and I had limited knowledge of what had taken place in other areas before I got there.

I should not have gone on the steps that day. And I absolutely should not have said many of the words I said that day, mostly because I recklessly spoke

Exhibit A

without full knowledge of the full scope of the events of that day.

I'm sincerely sorry to all the people of America, even the ones who absolutely hated my guts long before January 6th. I'm sorry that I was present in any way at an event that led people to feel afraid, that caused shame and embarrassment on our country, and that served absolutely no purpose other than to further tear away at the already heartbreaking divide in this country.

I want to apologize to all members of the Capitol Police whose safety was put in danger by the unruly mobs. In particular, the police officer who is seen in my video whose shield was being taken by the crowd. No protest should ever get out of hand to the point of becoming a riot, and no police officer should ever have to feel that their life or their safety is in jeopardy while trying to keep the peace at a public demonstration.

And I want to apologize to every member of Congress, regardless of political affiliation or background. I'm deeply sorry and ashamed for being present at an event that sent members of Congress running in fear to evacuate a building. I can sincerely say that I would never intend for such a thing to

Exhibit A

happen, but nonetheless, it did. And I was there. And I'm truly sorry for that.

Your honor, every year my organization, the #WalkAway Foundation, engages in a holiday season initiative to give back to the community. This year, our initiative is called REFUND the Police, a fundraising drive to donate money to police departments around the country who need it most as their budgets for equipment, resources, and staffing have been slashed. As of today we have raised nearly $18,000 for our pro-law enforcement initiative. The work my movement typically engages in is to go into minority communities bringing a message of encouragement for people to see themselves as empowered individuals, and not as a collectivist victim class. I believe the #WalkAway events are the most unifying, diverse, and spiritually powerful events happening in today's terribly divided culture. I have spent an entire year staying almost entirely off of social media, not doing any events, and remaining a hidden figure as my case has been worked through. Not working at the capacity that I'm used to has been torture for me. I desperately want to get back to work and back to doing positive things for my country and my community unencumbered by the nightmare of endless litigation and limitations on my freedom.

Exhibit A

The lessons I have learned this year have been intense, and often brutal. But regardless of the severity of these lessons, I've absorbed them and learned from them. I didn't listen to my instincts leading up to January 6th which told me that it was time to move on from this issue and focus on the Georgia runoff election that was days away. Instead, I made a decision to involve myself where I didn't belong, and now those 8 minutes I spent on the Capitol steps will destroy entire pieces of my life for the rest of my existence. That I something I will have to live with and carry with me for the rest of my time on Earth, and I accept that. I will also accept whatever comes next in means of my sentencing from the Court. As stated previously, I'm just ready to move forward with my life in a positive way.

I thank you for your time and your consideration, Your Honor. And I thank you for hearing me today.

Brandon Straka

Exhibit A

# #WalkAway Foundation

www.WalkAwayFoundation.org

## EXTERNAL MEMORANDUM

**Date**   December 14, 2021

**To**   Stu Doman

**From**   

**Subject**   Refund the Police Charitable Initiative

**Message:**

The #WalkAway Foundation, a .501c3 nonprofit. has created a charitable initiative to raise funds for police departments most impacted by the Defund the Police movement. We've identified 14 cities which received the greatest budget cuts, ranging from $850,000 to $1 billion and we intend to donate 75% of the funds raised to another charity that supports law enforcement efforts in these 14 cities.

We launched the initiative on November 22nd and it will run till December 31. 2021 at 12AM EST. As part of the initiative, we launched a marketing campaign that has been comprised of email and social media marketing to reach the hundreds of thousands of followers Brandon Straka has. These efforts will continue through December 31st and to date, we've raised $15,873.87, of which, $11,905.40 is earmarked for donation.

The organization that we've identified to be the best nonprofit fit to support this initiative is the Fraternal Order of Police. They have a national organization in addition to local chapters across the country. I have made 3 separate attempts to reach out to them to discuss a large donation, including outreach to the National President but I have yet to speak with anyone. Regardless of whether or not we are able to have a discussion with the organization, the funds will be donated to a 501c3 nonprofit that supports law enforcement.

To donate, or to view the details of this campaign, please go *to* WalkAwayFoundation.org and click "**Donate**".



Exhibit B

7/20/2021

April Russo
Senior Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

RE: Brandon Straka

Dear Ms. Russo,

We, Dan and Mary Straka, are writing you to attest to the character of our son Brandon Straka; and the peaceful, nonviolent disposition he has always exhibited as his normal demeanor.

We are ranchers living in [        ], where we raise purebred Red Angus cattle. Our family has been part of the [      ] community for generations. We have always been active in our community, church, and school. Brandon grew up in [      ] as 1 of 4 children in our family. As part of a ranch family Brandon was active in the care and promotion of the cattle. That included being a member of 4H from 8 until 18 years of age. From the time he was a young boy until he graduated from high school he was showing cattle at our county fair and across the U.S. at state fairs as a means of promotion and sales of the cattle.

As a member of the community Brandon was a student at Saint Mary's Catholic grade and high school from K thru 12. While attending St. Mary's, Brandon was a consistent honor roll student and participated in many extracurricular activities. During his high school years Brandon also held after school and weekend jobs at several [      ] businesses.

The [      ] community has a group that promotes the community called the [          ] which Brandon was a member of thru grade and junior high school. At the same time he was a member of the local Boy Scout chapter. Pride and respect for the community, and responsibility have always been a part of Brandon's life.

In, [      ] Brandon's high school class celebrated their 25th class reunion. One of his teachers relayed to us that while Brandon was home for his reunion he had gone to this teacher's home and apologized for misbehavior in the teacher's Junior year math class. The teacher still shares this story and uses it as an example at times when he has an uninspired student that misbehaves.

After high school, while living and working in Omaha, Nebraska, Brandon was a member of the Omaha Community Playhouse for several years and appeared in many of their productions.

In the past few years, Brandon has hosted numerous events speaking out, and being an advocate for, minority groups including the Black, Hispanic and LGBT communities.

Exhibit C

Brandon has hosted numerous large scale events in Washington D.C. in the past few years. He's always worked in conjunction with the police and the government in Washington D.C. while preparing for these events, as he has always made respect for law and government a top priority, as well as the safety of the attendees of his events. One of these events in D.C. was a Town Hall to empower women. These events were always peaceful and respectful of the laws in Washington, D.C.

Brandon's character, integrity and honesty are values he would never compromise. This is not a biased statement by his parents, we know this sentiment would be echoed by anyone who knows and has worked with him.

We hope that this letter will help you better understand the truth of who Brandon really is, and how he has always demonstrated care, compassion, and concern for other people and his community.

Sincerely,

*Mary Straka*      *Dan Straka*

Dan and Mary Straka

Exhibit C



# TERTAINMENT

## On Top

### NEBRASKANS ARE READING

**FICTION**

1. "Honlet's Nest," Potrcil Comwel
2. 1he Deep End of th Ocean, J.Mi chrud
3. "Exflllive Orders," Tom Clancy
4. 1he Notebook,• Nicholas Sparks
5. "Am  ,•Michael uKhton

**NONFICTION**

1. "Simple Abundance,• Soroh Ben Ilmothoodt
2. "Angelo's Ashes," Fronk MËCourt
3. "A Reporters life,• Walter Crookife  •
4. iiving Failh," Jimmy Corter
5. "**Men Ale Fram Mars,** Women Are from Venus," Joon Gray

—MIDLANDS BOOK RETAILERS

### TOP MOVIES PLAYING IN OMAHA

1. ."**Sis** "*-Irle\*****
2. "Jerry" •••
3. "Scream" ••
4. "**Metro**"••
S  ,everly **Hils** ......

•WORLD-HERAL.0 RE   E, S

### TOP WEEKEND OPENINGS

"Dante's Peak"

ERIC FRANCIS

Buchanan and Brandon Straka star in "The Boy Friend,• opening  this week at the Omaha Community Playhouse. **Page 2.**

Exhibit C



TOP 10 ALBUMS IN





BRANDON STRAKA -- Grand Champion and Champion Angus Cow and Calf.

# **Straka** **Red Angus & Feed** Yard

Exhibit C



Exhibit C

July 18, 2021

April Russo
Senior Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530


RE: Brandon Straka

Dear Ms. Russo:

I am writing to you today to give you insight on Brandon Straka's stellar character. I make no exaggeration in using the word stellar to describe Brandon's character. I have known Brandon for 3 years after our paths crossed quite coincidentally. Brandon is my employer but more importantly, one of my closest friends. I have not been asked to write this letter but I absolutely feel compelled to share my experience.

Brandon has been sober for 6 years and in the last 3 years, I can tell you that the challenges he's faced would be enough to shake anyone in their sobriety but Brandon has never wavered. He has been honest and transparent about his addiction and the steps he's taken to ensure his life stays on a positive track and I've never seen him falter from that path.

Brandon is a compassionate, determined leader. In May of 2018, he found himself in a position he never thought he'd be in- the leader of a national movement. His message was simple; to bring unity, civility and love to bridge the political divide in our country. I met him through this movement as I was feeling overwhelmed by the negativity between the political parties and needed a community that was supportive. He not only provided that community, he reached out to me personally and our friendship began. As Brandon and I discussed our passion for his mission, we grew a tremendous bond and in 2019, I became the Executive Director of his organization, #WalkAway Foundation

We have traveled the country together, facilitating open dialogue in minority communities to foster an understanding of differences, struggles and even commonalities. We have led multiple peaceful demonstrations where opposing sides engage in dialogue and shake hands when they part. He has been physically assaulted and intimidated and has never lifted a hand in defense. I have personally seen him wish people a great day after they've wished death upon him. I have seen him remain peaceful in the most harrowing and dangerous of confrontations. There is not a violent bone in Brandon Straka's body.

As a leader, Brandon treats me as a partner. My professional experience has been in the field of higher education and sales leadership. While I have an MBA, I had absolutely no experience running a business when Brandon and I met and after a failed attempt to lead a college

Exhibit D

admissions department, I had little confidence that I could ever hold a leadership position again but Brandon believed in me. He didn't believe in me because of my resume or my education. He believed in me because he knew he could count on me. He knew that I had a passion for our mission as much as he did. And with our skills combined, we became a highly efficient team. All of this is indicative of him as a professional. He prides himself on assessing the whole of a person. He has a team that ranges in age from 20 to 80, from full time employees to part time volunteers; from high school graduates to doctors. He values each and every one of them for the unique skills, wisdom and dedication they bring to the table and moreover, he seizes every opportunity to learn from each of them. The growth I've seen in Brandon over these three years is nothing short of tremendous.

Now let me tell you about Brandon Straka, my friend. You will read many letters from people that will tell you that he changed their lives. My story is just a little different in that he saved mine. Just as it was for everyone, 2020 was a tough year for me. As a mother of two children, I was really struggling with the stress of Covid 19, a toxic political environment, the sidelining all of our organization's initiatives, and learning how to parent in a world where we weren't even sure it was safe to go outside let alone participate in any of the activities we normally would have. I began to experience severe anxiety and depression. As a parent, I was floundering trying to navigate the new learning at home routine and just as much struggling to keep my head in the game at work. Brandon noticed. The secret was out- I didn't have it all together like I was pretending. Brandon could have easily demanded that personal problems be left at home (like other boss' have told me) but he didn't. Instead, he immediately shifted gears to take up my slack and give me the space I needed to get better. He didn't complain about it. He didn't resent me for it. He listened attentively, checked on me daily offering his compassion and supported me in my journey to prioritize my mental health- not for a couple of days but for the better part of a year. If you take nothing else away from this letter, I'd want it to be this story. This is who Brandon is; someone willing to work double time to help and support a friend; someone willing to wait as long as it takes for that friend to heal and to provide the comfort of ensuring them that their livelihood will be waiting safe and sound for their return.

In closing, I hope that you will consider the true character of Brandon Straka as I've outlined here. He is not the summation of his charges. He is not what the media has reduced him to. He is a man of compassion, conviction, determination and drive; someone who takes accountability for his actions and learns from his mistakes. I hope you will give him the opportunity to continue to grow and make a positive impact in our country.

Sincerely,

Exhibit D



April Russo
Senior Assistant United States Attorney
United States Attorney□s Office
555 4th Street, NW
Washington, DC 20530

Re: Brandon Straka

Dear April Russo:

I am writing this letter as a character witness on Brandon□s behalf. I am Shemeka Michelle, business owner, author, life coach and mother of three daughters. I am also a spokesperson for the #WalkAway Campaign. I□ve been knowing Brandon for three years. I was blessed to make his acquaintance after someone sent him a video I posted online. I not only consider Brandon to be a successful businessman and great American, I□ve come to consider him a friend. He□s actually like the brother I□ve never had.

In 2020, after working with Brandon on several events over a two year period, he asked me to go on the road with him to □rescue□ America. I agreed. For a few months, this commitment required me to leave home every weekend. We spent so much time together that his name became a very common one in my household. Phone calls and video chats while I was with my children allowed them to personally get to know the man behind the movement. My daughters grew to love Brandon so much! They began to see him as family and enjoyed the time they were able to spend with him eating, laughing and swimming in the pool during a much needed vacation last year. As the only single parent in our group, Brandon insisted that I bring my children, who had also sacrificed their weekends with mom for the greater good.

It was completely devastating to all of us to learn that Brandon had been charged with crimes. This is absolutely not in line with the man my children and I have come to know and love. He□s always been considerate, compassionate and invested in my well being and I□ve personally witnessed him showing this same kindness to countless others. This is why I□m praying that he□s on the receiving end of the goodness he so generously gives to others.

Exhibit E

April Russo
July 20, 2021
Page 2

Respectfully,

Exhibit E

7/20/2021

April Russo
Senior Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

RE: Brandon Straka

Dear Ms. Russo,

I am writing on behalf of Brandon Straka as a witness to his moral character and exceptional integrity. My name is _____ I have been a Pastor, professional business owner and community organizer for the past 35 years. I have had the immense pleasure of working with Mr. Straka since June of 2018. I came to know him after offering to assist with the many details of the launching and organization start up of the #WalkAway Campaign, and I have continued working closely with him on numerous large projects since then. From our very first interaction on the phone, we just "clicked" and it was apparent to both of us that we were embarking on a more than a business relationship, but a special friendship that would act as the foundation of the work we would do together.

I have worked shoulder to shoulder with Brandon through the hardest of situations and have personally witnessed his unwavering commitment to do the right thing, even when it wasn't popular. He has consistently demonstrated sound decision making and honesty is what guides him in making the most difficult of choices. If I were asked to describe Brandon in only one statement, it would be, Brandon Straka is a "Truth Seeker" this is at the foundation of who he is.

Brandon committing a crime is utterly inconsistent with his character. One of the roles that I have filled during the past year was organizing rallies across the Nation. Brandon's commitment to abide by the law was clearly evident through his insistence that I obtain city permits for each applicable event and in every instance to coordinate with local law enforcement ahead of time. (A sample letter to law enforcement is attached) In addition to training each volunteer to abide by all laws and provisions of our permit. Brandon's core value to demonstrate love was conveyed in every training, "DE-ESCALATION, not PROVOCATION is the expectation." (Copy of the Volunteer Briefing is attached) We directed each volunteer to respond to insults and resistance from antagonists with "We Love You!" From the first event we organized together, to the last one, I have watched Brandon lead with love.

At one of the numerous rally planning meetings we held we were tasked with writing the messaging for the handheld signs that would be provided to attendees to hold. Here are the statements Brandon contributed that were written on thousands of signs held high by attendees across the country: #WalkAway Supports Law Enforcement; #WalkAway From Hatred; #Walk Toward Love, #WalkAway From Hypocrisy; #WalkAway From Violence; #Walk Toward Unity; #Walk Toward Civility; #Walk Toward Kindness; #Walk Toward Compassion. I believe these thoughts flowed from him effortlessly because they embody who he is.

Exhibit F

Brandon has lead with courage and has built a legal and ethical organization. From the legal formation, to its financial integrity, down to the legal/permitted assembly of our outreach events. I have watched him take the moral high ground rather than the easy path every-time. I have watched him extend compassion and mercy to those who have spitefully lied about him, rejected him and attacked him. My prayer is that you will be lenient toward him. Brandon Straka is a gem, and the world is better place because of him.


With sincerest respect,

Exhibit F

October 2018
Washington, DC

Napa, Ca 2019

Ohio, 2020



Washington, DC 2018

Exhibit F

Washington DC, 2020

Exhibit F

# #WalkAway Campaign
## Letter of Introduction

**TUESDAY October 27, 2020**

#WalkAway Foundation is a non profit 501C3 which is dedicated to pushing back on the radical Left. We will no longer tolerate the destruction of America, the vilification of Law Enforcement, and the weaponization of tragedies. #WalkAway Rescue America peaceful protests and rallies are here to show the radical Left they do not own America's streets. Our Country is filled with kind, loving, big-hearted Americans of every race, religion, background, and creed and we will NOT SURRENDER our COUNTRY to leftist violence. We are walking toward patriotism and a new, unified America.

We stand for and support law and order and we value law enforcement.

This peaceful protest is the fifteenth in a nationwide series of protest/rallies from coast to coast until the end of this year. We have successfully completed fifteen events in the past 14 weeks without serious incident. Baltimore, MD; Sacramento, CA; Beverly Hills/W Hollywood, CA; Milwaukee, PA; Philadelphia, Chicago; San Francisco, CA; Tampa, Fl; Charleston, SC; Nashville, Tn; Washington, DC; Phoenix, AZ; and Omaha, NE all with overwhelming support of local police departments.

EVENT: #WalkAway Campaign Presents "Rescue America Rally/Protest"

Sunday November 1, 2020 at 4:00 PM.

(MAGA Drag the Interstate will end at our rally)

Location:

RALLY: Peachtree Corners 5140 Town Center Blvd., Peachtree Corners, GA 30092

Anticipated attendance: 300 or more

The #WalkAway Campaign peaceful protest is to encourage freedom loving Americans to rescue our country from anti-American radicals and their agendas of hate, violence, division, destruction, and anti-Americanism being promoted in our society today with an event called the #WalkAway Rescue America Peaceful Protest. All political parties are welcomed and encouraged to attend this peaceful event to engage in a respectful and thoughtful discussion about the challenges facing America today.

## Exhibit F



[WalkAwayCampaign.com](http://WalkAwayCampaign.com)

Link to #WalkAway founder, Brandon Straka's viral video that started the movement.



Recent Rally in Washington, DC

# Rescue America Rally Volunteer Briefing

1. Introductions

2. Review Event Slide Deck

3. Review Day of Overview
   a. Roles and Responsibilities
   b. Review One Pagers
   c. Assign Tasks

4. Emergency Preparedness

5. COVID Waivers

6. 501 C3 Status
   a. Do not wear clothing that endorses a political candidate or party
   b. We must protect our tax deductible status
   c. Speakers may not ask for votes or sell merchandise

7. #WalkAway Win and Philosophy
   - Our purpose today is to hold a **PEACEFUL** march and rally to show the radical left that they do not own America□s streets and that our country is filled with **kind, loving, big-hearted Americans** of every race, religion, background, and creed.
   - We will NOT SURRENDER our COUNTRY to violence.
   - We are walking toward **patriotism and a new, unified America!**
   - We are NOT gathering to antagonize the left or lower ourselves to their devices. We will demonstrate LOVE, PATRIOTISM, and COURAGE in a PEACEFUL manner.
   - DE-ESCALATION, not PROVOCATION is the expectation. Ample security and police support will be present throughout the event in the unforeseen event that any resistance ensues.

8. Media
   a. We control our own messaging with our handheld signs
   b. If approached by media

9. Photos with Brandon
   a. Directly after the event at the step and repeat
   b. Do not approach Brandon or any speakers for photos until the end

Exhibit F

April Russo
Senior Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530
RE: Brandon Straka

Dear Ms. Russo,

I am a PROUD father of seven adult children. I have travelled around the world and across our nation helping others find their faith and becoming the greatest version of themselves. In 1992, I was eighteen years old and homeless. Sleeping on the streets of Atlanta, I saw the cruelest aspects of humanity as I was beaten, robbed, and literally urinated on. I just wanted to die but God gave me a second chance at life, and I refuse to squander it. Holding to my faith, I extend the same courtesy to Brandon, but I DO NOT SUPPORT THE EVENT ON JANUARY 6th.

Over the last three years I have gotten to know Brandon, became friends and even see him as a brother in Christ. I enjoyed working with him in 2020 speaking to millions of people about our love for America and freedom. This love crossed over all divisions (black, white, gay, straight, etc.) and is the root to conquer the darkest elements in our country. My proudest moment was when I prayed over Brandon in front of a large crowd in 2019, and he said that for the first time he is opening his heart to seek God. That was a beautiful moment.

When I got the news that Brandon was allegedly involved in the events on January 6th, I was shocked, appalled, and disappointed. The man I know has the passion to do what is right for our country. The high character he has displayed to me when he spoke to the LGBTIQ+ community about embracing America was powerful. I was further impressed when he reached out to the black community in Atlanta stating how relevant our vote is in the political process. I'm mostly impressed by his courage when some BLM activists chased him and tried to take his life while screaming homophobic slurs. Their actions were despicable, but Brandon continued to believe in America, stayed positive and courageously pushed forward.

Let me be clear; I condemn the 2020 BLM riots last summer and I equally condemn the 2021 storming of our nation's capital. These actions are WRONG regardless of race or political affiliation. They are divisive and do NOTHING to bring us together as a country. I am aware that in the future people may use this letter against me politically, but as a man of faith, I believe in giving second chances to people that learn from their mistakes, change their behavior and are willing to serve their community. Brandon is my friend; he has humbled himself and I will not turn my back on him.

Ms. Russo, I am asking you to give Brandon leniency. We have ALL made poor choices and our futures are uncertain. I think we all hope that if we ever find ourselves in trouble, that we can have at least one true friend to speak for us. NOT excusing our behavior, but willing to stand in the gap for us when it is hard, and the personal cost is high. I believe that if Brandon was involved in this action that he is ready to make amends. THANK YOU so much for your time and attention. I appreciate your service to our country, and may God bless you and everyone you hold dear.

Sincerely,

Exhibit G

November 13, 2021

RE: Character Letter

Your Honor,

I am writing this character letter on behalf of Brandon Straka. I ran into one of his videos back in May 2018. I loved his message and looked for him on social media. I started following him and saw that he had an event in Riverside, CA. I decided to go to his event on 08/30/2018 to meet him because people were saying that all members were bots. V\hlen I met him, he was kind, sweet, loving, and sincere. He had a plan to bring unity and love and bring people from all walks of life together. I decided to keep following hi,:n on his social media because his message was a breath of fresh air. I then decided to help on two of his events in Los Angeles, CA in May 2019. I saw him conduct himself in the same honorable and down to earth self. His events were open to all whether they agreed with the message or not, he wanted to hear their side to understand their views on a particular subject. As time went by, he always stated that he did not want anyone to be negative or any of his foundation volunteers to conduct themselves positively. I had friends who were volunteering and told me as much. He wanted to welcome everyone to his foundation. He never had an incident of poor behavior and never conducted himself in poor taste. He always advised that he did not want to do anything inappropriate. He always had rules in place to ensure we all conduct ourselves honorably. Therefore, I continued to follow him on social media. As he grew, his events were taking him elsewhere and I attended another even in Riverside, CA. Again, there were no discussions of hate and only spoke of unity and love. I admire Mr. Straka for his dedication to his foundation and ensuring that people be kind to one of another and bring love to the world. Brandon Straka= Love and peace.

Exhibit H

**Exhibit 4. 2**

BRANDON STRAKA - CHARACTER LETTER
4/15/2021

Your Honor -

BRANDON'S IMPACT ON MY LIFE CANNOT BE OVERSTATED.

IN 2017, AFTER A SOLID YEAR OF A NON-STOP BARRAGE OF NEGATIVE POLITICAL NEWS, I FOUND MYSELF DEEPLY DEPRESSED, TRYING TO FIGURE OUT HOW MY BELIEFS & VALUES FIT IN TO THE CURRENT POLITICAL CLIMATE. I HAD COMPLETELY GIVEN UP TRYING TO HAVE HONEST CONVERSATIONS OR EXCHANGE FACTUAL INFORMATION WITH ANYONE! THE MORE I TRIED, THE DEEPER MY DESPAIR.

THE DAY I CLICKED ON BRANDON'S ORIGINAL 6 MINUTE VIDEO

Exhibit I

| | | | | CONT | | | | | PG 2/2 |

WAS THE DAY EVERYTHING CHANGED.
IT FELT LIKE A LITERAL TON OF
BRICKS FLEW OFF MY SHOULDERS.
    BRANDON SHOWED ME AND
HUNDREDS OF THOUSANDS OF OTHERS
THAT IT IS POSSIBLE TO HAVE SAFE,
NON-JUDGEMENTAL, OPEN CONVERSATIONS
WITHOUT ATTACKING THE OTHER
PERSONS CHARACTER!
    HIS NATIONWIDE CAMPAIGN TO
PROVIDE THIS PLATFORM TO OTHERS
OF EVERY CONCEIVABLE GROUP,
COMMUNITY OR IDENTITY, WITHOUT
JUDGEMENT, HARASSMENT, RETRIBUTION
OR "CANCELLING" HAS HAD A PROFOUND
POSITIVE EFFECT ON ALL OF US.
    BRANDON'S IMPACT ON OUR LIVES
CAN NEVER BE OVERSTATED.
        VERY SINCERELY,

Exhibit I

November 13, 2021

TO:         Your Honor, Presiding over the case of Brandon Straka

**FROM:**

Purpose:    Character Statement IFO Brandon Straka

Your Honor,

I am taking the time to write and asking you to take into account my statement as you consider the sentencing of Brandon Straka. As a former officer of the court, I swore to uphold the law in the execution of my duties as an Investigator. This is my statement:

I have followed Straka almost from the beginning, as he began his efforts to convince others of his sincerely held beliefs. I looked into his disclosed background, evaluated his stated mission and believed him to be sincere and forthright. I also believe he is a strong believer in law enforcement and supports the judicial process.

Additionally, I have been fi ancially supporting his efforts for over one year with a monthly payment to hi 501 C corporation to assist him in carrying out his stated goals, from which he has not strayed.

Brandon is strong of character and will and I expect he will persevere once this phase of his li·e is complete, and after having received and completed a fair and just sentence from Your onor.

Regards,

Exhibit J

11/15/2021

My name is      I'm a female, naturalized US citizen, and I feel the motivation to write this letter in behalf of Brandon Straka, who I haven't met in person, but who I have followed in social media for about 3 or 4 years now. I'm writing this letter because I feel sincere appreciation and dearest affection for him.

Without going further, please forgive my typos. I'm Hispanic from origin and English isn't my mother tongue. I hope I can convey this letter perfectly, but it's highly likely I won't.

One of the reasons I liked Brandon's message is because his video was not oolv very professionally done, but impeccable. He was simply saying what many of us wanted to say or were thinking. Naturally, I identified with him and his message because now it was mine.

I know Brandon will succeed everywhere he goes and he will continue to embrace with positivism and truthful messages to his clients, friends, acquaintances. Brandon is a brave man, he is loving and had been able to unified us all. Who are we? Many of us! It's quite a large spectrum.

Brandon not only earned my respect but a'lso my sincere appreciation and care.

Brandon loves God, loves people, loves America, love the American people.

I'm certainly looking forward to see him shining and succeeding on his next project, career and endeavors.

Sincerely,

Exhibit K

Honor

My name

and I am 7 years old. I met Brandon
Straka during a zoom meeting in
2020. He was hosting a daily zoom meeting
for people all over the world to help
them stay positive and connected during
the shut down. This is the type of person
he is. I was happy to meet him in person
(during the Summer of 2021 and he really
(cares) about people. Brandon is a good
(role m)odel for a kid like me.

Sincerly,

November 11, 2021

Your Honor,

I first met Brandon Straka in January of 2019 for the first time at Conservative Political Action or CPAC Conference in National Harbor, Maryland. I found him to be just a great guy who was not only highly intelligent, but highly observant. I also quickly learned that he was forgiving and very kind.

During the CPAC Conference I was working as a volunteer at the #WalkAway display/table. While I was volunteering, Brandon came downstairs for his scheduled Meet and Greet time. I had seen him online before, but had never met him in person. I thought it would be fun to take a selfie with him, which I surreptitiously did without his permission. (It must be scary when random people make approaches in open-access events.) Because the selfie didn't tum out well, I made a second attempt an hour later.

On the second selfie attempt, Brandon immediately recognized me from my first attempt. *He eyed* me *suspiciously,* perhaps *questioning why I* was *making* a second attempt when I had already taken one with him. I was one of over a hundred people in that conference hall that day. I had hoped that Brandon had forgotten me. I was shocked that not onJy had he remembered my wiley behavior, but was gracious enough not to scold me for not standing in line like everyone else. He smiled, let it go and took a great selfie with me.

Selfies taken, Brandon hung out at the #WalkAway display table to engage with anyone who had a question or wanted to talk. He was very interested in every detail of the WalkAway display table. Did the volunteers need anything? Were we *having* a *great time? What* brochures *were we giving* out? *Which brochures* and sale items were the most popular? Brandon missed nothing and was not above speaking to anyone, myself included. He spoke with each person as if they were the only one in the room. He was laser-focused, affable, kind and very much on point with all of his facts.

Exhibit M

A few months later, I had the opportunity to meet Brandon again in Annapolis, Maryland at a different event at our State House. There, Brandon remembered me again. I couldn't believe it. CPAC was jammed with people and at this second event, he was not faking a recollection. He just has that kind of observant brain that fastens onto details and is able to utilize them when necessary or appropriate.

I have been a school teacher for over four decades and can recognize great intelligence when it is before me. Although my contact with Brandon hasn't been frequent, I can see what I see. Not only is he highly intelligent, but he is not proud about it. I find these qualities to be more and more a rare combination in 2021. It was refreshing to find these qualities in such a young man. {I am old enough to be Brandon's mother.)

Brandon is an affable, wonderful human and I highly recommend his wonderful *character and good name.*

Sincerely,

Exhibit M

November 13, 2021

***ATTENTION:  YOUR HONOR!***
***REGARDING -  BRANDON STRAKA***

I am writing this letter to let you know of the character and credibility of Brandon Straka whom I have observed for a long time now.  I have been watching and listening to Brandon for well over two years, if not more, and have been incredibly impressed with who he is.  I am thankful for his life and how he has affected me to be all I can be and fulfill my God-given calling.  Whether it is acknowledging and supporting our police officers or bringing diverse groups together to share and understand one another, or telling all to do what is right and take the "high road", he has been tenacious.   His love for people and this country is contagious and has been outstanding and obvious to those who know him and have been touched by his life. I am one of those people. have only heard good, truthful and uplifting words come from him.  Words that encourage, support, and give hope to me and others for a brighter future. He exemplifies honesty, kindness, loyalty and much more.  There is no one that I would rather have on my team than Brandon Straka.  He is a uniter, lover of people, and an outstanding person.

Exhibit N

ovember 13, 2021

Your Honor,

I would like to take this time to write a character letter on behalf of Mr. Brandon Straku. I have be..,n following Mr. Struka for appl·o dn-Lately two years (maybe more) on tel vision and media and have always lmown him to be a very uplifting and positive person. This is what initially drew me to him because of his positive message of love, support, and inclusivity of all.

He, like me, does not believe in division and hatred of others. I've witnessed him to be a peaceful person and always in support of law enforcement; encouraging others to back the blue in lawful and peaceful demonstrations. I am also a proponent and supporter of law and order as is Mr. Straka.

Mr. Straka has continually demonstrated to be a peL· on who loves his country and supp01ter of free speech and the first am ndment.  rrom his video testimonials that I have personally watched, he has turned his life around from being dependent on drugs and alcohol to becoming a political commentator and entrepreneur and a positive contributor to society.

I look forward to seeing hi1n succ ed in the next chapter in his life and a continued change for good in our country.

Sincerely,

Exhibit O

Your Honor:

I'm writing this letter to show my support for Brandon Straka. discovered Brandon a few years ago on social media. I was immediately taken by his deep love for our country. He has always been positive, uplifting, encouraging and a strong advocate for the basic rights of all human beings. Like me and so many other Americans he is a strong supporter of law and order and has always been supportive of our police officers. I have never once heard or known him to provoke any type of violent activity. He promotes peace and fairness for all.

Brandon is thoughtful, trustworthy, kind and I'm proud to call him a friend and a wonderful human being.

Sincerely,

Exhibit P

November 14, 2021

Your Honor,

We consider Brandon a good family friend with good character and values, and wish there were more people in this country like Brandon.

We believe Brandon is working tirelessly towards a more peaceful, loving, tolerant, communicative and patriotic America.

Exhibit Q

10-14-21

Exhibit R

11/16/21

You're Honor,

I have followed Brandon since the beginning of his walk away movement. His initial video was very moving and a call for people of all stripes to open their eyes to the way media deceives us. It was a call to walk away from the democrat party because of deceptions also.

Thousands upon thousands of members, including me, gave our testimonies on how it is OK to be conservative, and to have conservative values even if you are black or brown, gay or straight, trans or anything in between.

Brandon made a community of respect for each other, in spite of our differences.

I am a Christian conservative! Still I felt right at home among the diverse walk away community.

Brandon encouraged love and tolerance for each other, and a love for the place we call home too, America.

Brandon's call was we all belong, and we are all in this together. We don't have to take sides and hate and divide over the differences that we have. We can unite as humans in America.

Thank you for taking the time to read my letter.

Sincerely,

Exhibit S

Your Honor,

I am writing this letter today to let you know the Brandon Straka that I have known over the past 3 years. I have followed the Walkaway movement since 2018. I was so impressed with Brandon, and his ability to get his message across with love and kindness. He has been a huge supporter of our men and women in blue, as well as the black community. Any of his videos, and speeches will attest to this fact, and all can be found on Youtube, unless they have been removed.

My husband and I have attended several rallies, led by Brandon, and again, he has always been respectful, and loving in his messages, even when he encountered hate and hecklers. I truly don't know how he kept his cool.

So impressed were we, that we decided to celebrate our 35th wedding anniversary at the 1st annual Walkaway Gala. There, we met Brandon, and many other people who were passionate about getting their message of love and acceptance across. He has worked tirelessly, despite a myriad number of obstacles, to make this country a better place.

Thank you for taking the time to read my letter.

Respectfully,

Exhibit T

Your Honor,

I am submitting this letter on behalf of Mr. Brandon Straka. first became aware of Mr. Straka through his "WalkAway" movement.  I was taken with Mr. Straka's calm, thoughtful and peaceful approach towards making a difference in this world. Through Brandon's video diary, I was able to follow his metamorphosis and concern for his fellow human beings.  Little by little I became more interested in his approach to make a meaningful change for the better by exercising his rights.    Mr. Straka's message of love and acceptance began to attract many followers- my wife and I amongst them.  So taken were we that we attended the first annual **WalkAway Gala** in Washington, DC - May 2019.  Here we were able to interact personally with Brandon and found him to be as expansive, voluble and warm in person as he is in his videos.  The entirety of the evening was dedicated to improving our country and the mantra of inclusiveness; truly a *big tent approach.*  Subsequently, my wife and I attended several rallies in the Washington, DC area and its surrounds.  Each of these gatherings was a momentous occasion filled with optimism for the future, love of country, inclusiveness and marked always by a message of peace. Our gatherings always recognized and thanked law enforcement and our military, and were conspicuous for the absence of detritus or violence left in their wake despite the great numbers in attendance.    Brandon delivers his message

Exhibit U

fervently and with passion but always without violence or malice. I would urge you to seek unadulterated, raw footage from any of his gatherings or review his video diaries to truly appreciate who Mr. Straka is.

I thank you kindly for your taking this statement into consideration on Mr. Straka's behalf.

Strrcerelv.

Exhibit U

Your Honor,

My name is _____ I am a supporter of Brandon. As a Black man I feel that he has always shown good character and is willing to have a productive conversation with anyone.
Please give him an opportunity as I gave him an opportunity.

**Sincerely,**

Exhibit V

November 15, 2021

Your Honor:

It is with the utmost respect that I write to you today on behalf of Brandon Straka.

Albeit among the "political" storms in our country, I want to share with you the impact he has had on my life that, ironically, has nothing to do with politics at all. He's brought to me, and many others, a newfound hope in humanity.

There are so many of us who struggle with the weight of despair and worry, and feeling absolutely discouraged about our community and our relationships among our diversity-all aspects of it, whether it be ethnically, or our views on societal issues. Brandon's led us out of that desperate place over these past years with his integrity, honesty, and compassion. He's led us through his experience with his own darkness and overcoming terrible times in his own personal life.

He's a good person and he loves his fellow man. It's pure and very true.

He's an asset to our country and I know he will continue to make a difference in a positive way that will be immeasurable.



Exhibit W

November 15, 2021

Your Honor,

Probably five or six years ago I saw an interview of this sweet man (Brandon Straka) he was explaining he left being a hair dresser after watching video's that showed another side to the events of the day he realized his political party had left him. He started a community called #WalkAway. I joined as a #Walkwith to support his passion to bring together every type of American of every race, religion, orientation, lifestyle, and background to unify to create a more loving, peaceful, tolerant, communicative, and patriotic America. That message touched my heart as much as his kind heart which he wears on his sleeve. Throughout the years of positive outreach #Walkaway has done to support the black, Hispanic, and LGBT communities it has all been peaceful and good. He has put his energy into positive and calming focused to bring together all peoples. Brandon led 2 major Marches on Washington in which his amazing team worked hand in hand with all the Washington DC police departments. Brandon has always displayed his respect and love for our service members and police. He ALWAYS backed the blue. And even now he backs the blue. #Walkaway made sure to reach out to the police and let them know law enforcement will always be supported by Brandon and his peace loving followers. We stood with them in the face of a political movement to demonize and defund them. Your Honor, Brandon is the opposite of a terrorist; it would never enter his mind to break the law or to support violent rioters. I am 62 year old wife and mother of three amazing men and Brandon reminds me of how good parenting can bring up great men and patriots. He would make me proud to call my son. He is truly a great man. I have received emails from Brandon since the beginning and know his heart, he is a special man.

Exhibit X

November 14, 2021

Re: Character Reference: Brandon Straka

Your Honor:

I have a history of public service for the State of <u>Georgia since 1977.</u> I began working as a Court Service Worker for committed Juvenile offenders in ⬚ and then as a mental health therapist for a therapeutic foster care program in ⬚ I am currently in private practice in ⬚

In my tenure as a civil servant, I became gradually aware of the limitations of the government. I searched YouTube to see if any of our minority young men and women were beginning to question the efficacy of big <u>government</u>. During my search, I saw Mr. StfaRa's first vide o ----------- announcing that he was walking away from the Democratic Party and starting the WalkAway Movement.

While I do not know Mr. Straka personally, I want to attest to the integrity of this young man, who has sacrificed much. Now, he faces loss of liberty for standing up for what he believes, truth in media and freedom of regress

Your honor, I hope that you had carefully review the integrity of this young man, who has grown in character and has overcome personal obstacles to become the man he is now. I believe our country is truly blessed to have such a patriot.

With deep sincerity,

Exhibit Y

November 14, 2021

Re:     Brandon Straka
        Character letter

Your Honor:

I've never met Brandon personally, however, the impact of knowing him and following his WalkAway organization have enhanced my life tremendously.  I have a daughter and stepson who are both gay and, as my husband and I are Christians, our relationship with them was very stressed after they revealed this news. Sharing Brandon's video opened up dialogue that would not have happened otherwise.  We still disagree on many things, including political views, but because of Brandon's influence and honesty about his life and views, a bridge was created allowing communication we had struggled to build.

When I first saw Brandon's videos, his passion for being an example of positive change within our country was inspiring.  The people he surrounded himself with were diverse in personality, background and ethnicity.  I never remember a time that Brandon encouraged or supported violence.  In fact, my memories were of him sharing how he had to work through rejection from many (including immediate family members} when he started WalkAway and how he welcomed <u>discussion</u> with those who disagree with him.

It is my hope and prayer that the courts will recognize and acknowledge Brandon's outstanding character and make your decision in his favor.

Respectfully  submitted,

Exhibit Z

Your Honor,

Brandon Straka is a young man who has turned his life around for the better. He has brought people together no matter what the race, age or gender.
I relate to him because we are both hairdressers from NYC. He is smart and kind - a good man. I consider him a friend and I wish him peace.
Please see the good he has and will continue to bring to people and the world.

Exhibit AA

Your Honour,

I'm writing to share with you my whole-hearted endorsement of Brandon Straka. I've known him and been an avid supporter of Walkaway since its inception in 2018. Brandon has gone above and beyond his call of duty to help a large group of people that are politically homeless.

He has successfully built an organization of passionate supporters that continue to stand by him through challenging times.

Brandon has proven to be an exceptional leader, always optimistic and encouraging to thousands. His positive attitude and friendly behavior are contagious.

During the summer of 2019, he traveled the US rallying his supporters, and non-supporters, putting on events that included noteworthy speakers.

All in all, Brandon, is someone with integrity and character. He is not only self-motivated and friendly, but also highly skilled and competent in all his efforts.

He is a valuable asset to humankind!

Regards,

Exhibit BB

November 13, 2021

Your Honor,

I don't know Brandon Straka personally. I know him only through his presence online and speeches I've heard him give.

I believe him to be a moral and caring person. He has dedicated years to standing up for people who are misunderstood and often demonized. He has worked hard to encourage those who are afraid to speak up for themselves.

Personally, he and his organization have made a big difference for me. When people disagree over something about which they feel strongly, sometimes they will resort to questioning the intelligence, morality and humanity of those with whom they disagree. Hearing someone who was a friend call into question my intelligence, my morals and even my right to exist during an political argument left me demoralized. His encouragement, even If it wasn't directly aimed at me, really helped me.

I believe Mr. Straka to be a good person.

Exhibit CC

Your Honor


Re:  Brandon Straka

I've been a political junkie for over 50 years and during the past two elections I was on social media following many different people.  I discovered Brandon Straka and saw a video of why he changed political views.  I was so impressed to finally see someone  explaining their new views in such a calm and open way.  He invited open discussions and that was very rare during this time. He never wanted to argue, just wanted to have an open dialog. How refreshing I thought!

In all of my 50 plus years of following politics he was the first person who discussed his new views with love.  He has an amazing testimony of how he turned his life around from drugs and alcohol.

His attitude actually helped me from getting into angry discussions with friends who were total opposites of me politically.  I discovered  through his calm personality that we

gree, agreeably".

"

Exhibit DD

November 14, 2021

Your Honor,

Please allow me to present my testimony for Brandon Straka.

He is such a decent, intelligent, caring, loving individual. He has shown hundreds of thousands of people, of all origins, faiths, beliefs, races, etc, how to live a strong, positive, confident life. Traveling America to give so many uplifting, inspirational, powerful speeches about love, not hate, about being strong, not weak, and being peaceful, not destructive.

For me personally, he has shown me how to be more understanding, caring, and **giving** to others. Also, he's led the way to being more Patriotic, loving life, liberty, and the pursuit of happiness in better ways than I could ever imagine. And realizing that the truth matters!

Mr. Straka doesn't even know how much he has personally helped me in starting my own business, giving me the confidence to write and live out my dream of being a home business owner. It's because of him, giving me the strength and confidence just by listening to him, reading his words, and knowing how much he does to promote all things positive in life, that keeps me going.

Among so many challenges, the hatred, demonizing, outright lies about him, even threats, Mr. Straka remains a strong Patriot who is to be admired.

He has reawakened the passion for loving this country and not hating it!

Thank you for taking my thoughts into consideration.

Exhibit EE

{(-(5-21

Your Honor —

I felt compelled to write to you today to share my thoughts and experiences of Brandon Straka and attest to his character.

In my opinion, Brandon is one of the most loving, peaceful and law abiding persons. His entire focus has been to get young people interested in and involved with politics. He has always been known to be accepting of all races, religions, sexual preferences, life styles and back-grounds.

He has had a powerful impact on my life by showing his knowledge and passion for our world and the politics that rule it.

I don't know how else to portray Brandon. He's just an all-around great guy!

Exhibit FF

ovember 14, 2021

To: Your Honor
% Brandon Straka

        RE:    Brandon Straka

Dear Your Honor

    I am writing this letter to you on behalf of Brandon Straka in order to show how much Brandon has made a difference in my life. Brandon has brought together a group of people who have felt misunderstood socially. Free thinking people who do not belong to any religion nor political organizations. People who just want to be accepted and get along with their law abiding neighbors regardless of their lifestyles.

    1 was one of many who joined Brandon Straka's Facebook page, #Walkaway in 2017. I loved reading his followers' posts and watching their videos as well as Brandon's videos. Although T have been a moderate conservative all my life, I enjoyed sharing stories with people who came from a very liberal background. We all supported each other by sharing our life changing experience . Brandon showed all of us that no matter what race, gender, ethnicity or sexual preference you have, we can all get along respect one other and share this planet without discord.

    I miss the social media family (thousands) Brandon brought together where we all shared stories and supported each other on a daily basis.

    I respectfully ask that you take in consideration how many people love and care about Brandon not only because of his bubbly personality, but because Brandon represents so many of us who only want unity, no descrimination of any kind and be able to live in a free world without discord.

                 Respectfully,



# Exhibit GG

Your Honor,

Although I don't know Brandon personally., I can honestly sav- he has influenced my life in the past few years.

I discovered him during the 2016 Presidential election. I was very disheartened by the way people were treating each other in online comments. Brandon's Walkaway Campaign was a !Jr-eflth cf fresh air. He and his followers werse true patriots, 1:1plifting--and enrnuraging.

I have family members who are **gay.** Brandon **is a gay,** conservative male. **What** an inspirationl

I have family members who are drug addicts. Brandon beat addiction and found great meaning arrd purpose-. Agairr; what-an in::.f.Jiratton!

His platform allows people from all walks of life to express their viewpoints in a safe and nonjudgmental environment.

i have seen his videos, listened ro his speeches, heard his testimony and read his emails. Nothing changes my belief that he is who he says he is - a man of integrity and honesty, who sincerely loves his country.

Respectfully,

Exhibit HH

November 14, 2021

Your Honor:

Re: Brandon Straka

As a Canadian, father and grandfather, I have followed Brandon for the past 5 years and appreciated all he has done for me and to lift the lives of others in so many positive ways. I have benefited from the example he has shown, not only by his words and actions but from the testimonials of thousands of other men and women similarly affected by his wisdom and positive leadership.

If I could wish for a son to be a model and inspiration for others, he would be just like this fine young man.

Our prayers are for his continued valuable and productive future for us to benefit and enjoy.

Exhibit II

Your Honor,

I would like to say a few things about Brandon Straka.

Well over a year ago my husband and I had the opportunity to hear him speak at an event here in Annapolis, Maryland. He is positive, hopeful, kind, and funny. He spoke on some issues we are concerned about, yet he did not promote any hate or anger towards those who were causing the issues. We came to the event feeling discouraged and hurt by what was going on around us, but we left feeling encouraged - mostly by what Brandon said.

Shortly after that I started following him on social media. I learned that he wants to educate people on the issues and encourage them to see the facts for both sides. I also learned he continues to be kind no matter which way a person decides to believe (or how badly they treat him).

Thank you for taking the time to read this letter.

Sincerely,

Exhibit JJ

November 15, 2021

Re: Brandon Straka

Your Honor:

I have practiced law in the State of Oklahoma for 40 years and am the managing partner for one of the oldest firms in the State. I have spent my legal career and my adult life maintaining my good reputation in the legal practice, as well as that of my firm. I would not associate with anyone who was dishonest, untruthful or dangerous.

When Brandon Straka made his first WalkAway video, I was moved by it and began to follow him on social media. Then two and a half years ago, I joined the group as a volunteer, helping to moderate social media accounts, including Brandon's personal Facebook account. I don't have a high level in the organization structure, but have had the opportunity to read every post he has made on social media for the past two and a half years. I have never seen anything that would be in the least objectionable and have found Brandon to be a passionate and committed individual where his country is concerned. Another of my observations as a moderator is the vast number of good solid Americans Brandon has brought together through WalkAway. They are of every race, age, occupation, color, orientation, nationality and religion.

Since I began to work with Walkaway, I have regularly attended meetings with Brandon and the group. He communicates often with group moderators. He is a model leader and a great businessman and communicator. He has been an inspiration to me and thousands of others. There is nothing dangerous, subversive or violent about him.

He has organized events all over the United States, often giving a voice to groups of Americans who aren't heard. I have had the opportunity to attend some of these events and to meet and see Brandon in person. He is exactly as I expected him to be. At these live events, as well as in the comments on his social media, it is very apparent that he has always been, and continues to be, very supportive of law enforcement and police, We have always had an excellent relationship with them at our events. In turn, they have been supportive of our group.

Please accept my high recommendation of Brandon Straka. If you have questions or require additional information, I hope you will contact me.

Exhibit KK

November 14, 2021

Your Honor,

We are writing to you this morning to let you know we think the world of Brandon Straka! He is a kind, thoughtful, very intelligent young man who has done so much to bring folks together. We are deeply grateful for his work in this regard, and truly wish there were more like him in our Country. We have known him for several years and think he is a wonderful and inspiring person.

Thank you for reading this.

sincerely

Exhibit LL

November 15, 2021

FROM:

TO:

Brandon Straka
Attn: Your Honor

<u>**RE**</u>:      <u>**Brandon  Straka's  Character**</u>

Your Honor,

A few years ago, I heard about Brandon Straka through the Internet.  I researched him, I
contacted him, I met him in person and I ultimately worked for him.  Brandon is an upstanding
Citizen  with  good  morals  and  a  hi,gh-level  of  integrity.   I've  never  seen  anybody  working  so hard
in order to united people from ALL walks of life.  Brandon is not only a champion for minorities,
but he's also a champion for common sense and the rule of law.  If more people would be like
Brandon Straka, the world would undoubtedly be a better place.

Best

Exhibit MM

Your Honor,

I attended a gathering in Washington, DC, called "Unsilent", because I was curious about this young man, Brandon Straka, who was the driving force behind arranging it

What I saw there were men and women of all kinds, ethnicities, and colors, welcoming each speaker with cheers and applause, regardless of his/her color, background, or orientation.

When some outsiders tried to disrupt the gathering, the police acted immediately and appropriately to remove them, to cheers from the crowd and from the stage of "Back the Blue!" All were very appreciative of the quick response and expertise of the police, and the gathering continued peacefully.

I am still amazed at Mr. Straka's growth from an unknown NewYork hairdresser to a courageous leader of a national movement dedicated to truth, respect, and love of fellow human beings.  His message to "walk away" from hatred, bigony, and denigration of any person or group resonates with me and with thousands of other Americans – and his activities demonstrate that message to any and all who will listen, regardless of age, color, belief system, etc.  It i.s one that all should hear.


Sincerely,

Exhibit NN

YourHon r

　　　The following lett_r i in r gard to Mr. **Brandon** traka. I first came aero　Brandon s work on In tagrarn around two year　ag . I admired hi  work and spirit The vi deo  he cr ated and  mail　 nt out hav  encourag d me and countle　 other *Am* rican  in our que t to  tr ngthen our nation. N  t  nly Brandon directly, but the fruit of hi  labor in creating the Walk　 may campaign has helped change the mi.nd of countle:   citizen t  become mor  con ci ntious a _nd patriotic  1ncrican .

　　　While the internet d　  er ate a divid  betw   n p oplc you do not me t  I have followed t11any people  political and  therwi e on  ocial media or on emai1 li t . S m  ar  ju t ok　　omc becom  di ing nuou  over tim  a  fame and  ucc　　 come. Brandon is one of the few  people, **whose** life and career T have *re*  pected and admjred during the cha  tic la ·t few year . He i  an up tanding c·tizen and a geou:i.oe roan with a heart for people. he community and thi  country ar  be  t served with Brandon leading p  op]e and changi g heart  and mind .

　　　　incerely

Exhibit OO

Brandon Straka

This is my statement of support for Brandon Straka. I am a heterosexual male, married to a wife from the Philippines. We have two children. Our son is attending UCSC to learn to become a data scientist with skills in cognitive psychology. Our daughter is one of the best in her junior high school class with hopes to become an artist. We do not support discrimination of any surface issues which include race, sexuality, and physical appearance, et. al.

I became aware of Brandon when he launched the walk away movement. I learned he was a former supporter of Hilary Clinton and the Democrat party who learned on his own that they did not have his views on freedom, and he formed the walk away movement to help others like him to disengage from the totalitarian ideals people like Hilary Clinton and the Democrat party held. I followed Brandon because he was effective in changing minds from a side that claimed allegiance to issues that concerned him. Brandon was so effective; he earned my respect.

In all the appearances that Brandon made on television, social media, and public forums, he never advocated for violence of any kind. He appealed his side with vocal debate. He wanted others who had thought like him in prior years to change their minds, not destroy them. He has been passionate, strong, and unrelenting in his appeal, but he never raised a fist or a physical threat to those who disagreed. Brandon is a man I respect.

I do pray that Brandon continues to be the happy warrior I have grown to love. He has shown to me that he's worthy of my family's blessings, respect, and love, and I can only wish there were more men and women like Brandon who *can* show all of us how we all can contribute to this great nation of ours. Brandon is not just a remarkable man. Brandon is a remarkable human being!

Sincerely,

Exhibit PP

November 14, 2021

Your Honor,

I am writing this letter to you in regards to Mr. Brandon Straka and to tell you my perspective of Mr. Straka and his character.

For the past few years prior to November, 2020, I had the pleasure of following Mr. Straka on Facebook and his Walk Away page. This page, as you may or may not be aware of, was filled with testimonies of people who walked away from a political party they no longer agreed with and also held testimonies from people who always "walked with" this certain political party. It was a page filled with positive comments and support, especially from Mr. Straka, for people who decided to make this move.

Up until finding Mr. Straka's Walk Away page, I had never even heard of him. I was so intrigued because I seriously doubted anyone was this caring, this energetic and this positive about something he believed in. But as I continued following Mr. Straka and then joined his email list, I realized that he truly is this wonderful person.

Now, a year after having his Walk Away page removed from Facebook (for reasons I don't understand except to think it didn't align with other's views), I am hearing Mr. Straka being labeled as a terrorist, an insurrectionist, and also a violent rioter. It is truly baffling to me and I realize that these people who are labeling Mr. Straka must not know him at all.

From my time getting to know Mr. Straka through social media, I have seen a man who is full of love, patience and forgiveness. I have come to learn that he is a "recovered" person who has positively changed his life and wants to help others do the same. I have also come to learn that he is a true patriot who loves his country and wants nothing but the best for it and those who live here. He is a family man and a loyal friend to those he references. He is a businessman, an entrepreneur, and an artist who passionately expresses his views in a creative, positive way. He also always speaks highly of police officers and speaks often of how he "backs the blue". But what is really astonishing is that even those who have opposing viewpoints are loved and talked positively by Mr. Straka. Where most of us would not blame him for hating those who talk negatively of him, he continually expresses concern and love for everyone..... not just those who align with his ideas.

Now, you may be thinking "how can someone give a character reference for someone only known through social media?" And that question is a good one. But we all know that the longer you are on social media with someone, you eventually get an inkling of who that person truly is. We can not pretend to be someone we are not 100% of the time. But I can honestly say that the years I have followed Mr. Straka, he has never swayed from this character I

Exhibit QQ

described above.  Not once have I noticed anything negative, anything violent or anything hateful.  He has kept constant on being a positive force and has kept his movement the same.

I felt compelled to write this to help with Mr. Straka's battle that lies ahead of him.  Please take into account the person who is being accused of such horrible things.  I can honestly say with all my heart that the man that is being accused is not the man he truly is.

Thank you for taking the time to read this letter.  I pray that the outcome of the days ahead is what Mr. Straka deserves.  Not only does he deserve it but his friends, family, supporters and all American citizens deserve it.  He is an asset to this country and, right now, we need more just like him.

Sincerely,

Exhibit QQ

Brandon Straka

To whom it may concern:

As a 60-plus year-old I watched Brandon Straka step into the public square with energy, encouragement, and civic respect. His singular message to all audiences has been: As Americans, we're in this together and there's a place for each of us. He has unveiled his story and given each of us the chance to do the same. WalkAway is a grass roots endeavor open to every demographic group. As a WalkWith {lifelong Republican) I appreciate the opportunity to learn from former liberals/WalkAways.

Through 2021Mr. Straka has mostly been quiet and absent from us. His occasional written messages have been singularly encouraging and called for patience and good civic behavior.

Having watched my own downtown, Portland, OR, be materially degraded, probably permanently, with statues destroyed, and African American businesses and neighborhoods terrorized; I believe it is time for the government to settle any remaining issues with Mr. Straka in an expeditious manner and with respect for the larger context of what has happened in our country.

Exhibit RR

November 14, 2021

To Whomever it may concern,
 RE; character reference for Brandon Straka

There are people you meet- rarely- who are solid and true-blue, who have a love of life and other people and want to help move things forward for the benefit of everyone; Brandon Straka is one of those kinds of people. I doubt there is a mean bone in his whole being- he radiates good will, positivity, and love of others and has done everything in his power to promote goodwill among all people, including between the people and the police all over the country when others were screaming out to defund them, those who have joined his Walkaway Movement,  and  American society in general to make this a better country. And he does it all, even through the turbulent times of this last year, with a sense of humor that makes the day better just from having heard from him. He has a happy disposition that he shares with the people.

Brandon is a good human and we should promote all the good people we can because they, unfortunately, are rarer-by-far than those who just don't care. Brandon cares and I believe he just wants to live his life of doing good so that other's can benefit by living the life they choose also. That's it; he's one of the good guys and I would put all my trust in such a person.

Sincerely,

Exhibit SS

November 13 2021

Brandon Straka

RE: The Character of Brandon Straka

Dear Your Honor,

My name is _____ I live in _____ and am very active in my church, ____ here in _____. We are 10,000+ strong.

I first learned about Brandon and his #WalkAway campaign several years ago when I saw him on an episode of Governor Mike Huckabee's show, *Huckabee* which airs on Trinity Broadcasting Network. I was very impressed with Brandon, so I began following him by logging onto his website, getting on his email list and watching him on Facebook.

Over the years, I have studied Brandon very carefully and have observed him to be a very smart, articulate, sincere, and passionate person. He is very consistent in his messages and beliefs; I am convinced that he is truly a patriot. As one patriot to another, I am very proud to be a citizen with him in this great country of ours.

Brandon gives me much hope. He is an inspiration. We are fortunate to have him as a fellow patriot and I am very grateful for him and the opportunities our country has afforded Brandon and other patriots like him.

Brandon will forever be in my prayers. I fully support Brandon Straka.

Thank you for your time.

Sincerely

Exhibit TT

November 13, 2021

Re: Brandon Straka

Your Honor,

I am writing to you today on behalf of Brandon Straka, founder of the #WalkAway Campaign, a true American Patriot, and fellow citizen. I want to express to you my sincere belief in the good character, good intentions, and true love of country that I have come to recognize in Brandon. I don't know him personally, but I have seen the joy, light, love of our fellow Americans, and goodness that his efforts and establishment of the #WalkAway Campaign brought into the lives of hundreds of thousands, possibly millions of people across our country, and even across the world. I am writing to you today because Brandon was brave when I was afraid, and now he needs my help, so you see, this letter is the least I can do to stand up for this good, sincere, hard-working, patriotic, well-intentioned man.

When I"le stepf>ed into the har.sh.public spgtlight in 2018 a Ad created a little E-acebGo.k group called #WalkAway Campaign, it brought him intense media scrutiny, but it also brought so much kindness, comfort, and community to all of us who visited. Then it grew, and grew, and grew. There were so many stories on the various media platforms that depicted Americans as hateful, negative, unkind, intolerant, selfish, and critical. Being exposed to that day in and day out, I would feel worried and hopeless about the future. You see, I am a schoolteacher, and my husband is retired after 25 years of service in the United States Marine Corps. We have spent our entire lives loving and appreciating The United States of America, and serving and protecting our communities, and educating our young people. That hopeless feeling would instantly go away when I visited Brandon's Facebook group. He always shared the most positive, encouraging, uplifting, hopeful messages. In turn, people from all walks of life, all income levels, all educational backgrounds, all ethnic, social, and racial backgrounds, urban, rural, all ages, families, singles, gay, straight, trans, blue collar, white collar, animal lovers, vegans, self-professed witches and vampires, punk rockers, rappers, folks recovering from addiction, convicted felons, grandparents, college kids, high school students, citizens, immigrants ... literally *every background you could ever imagine,* and even folks from other countries who admire the USA, would share kind words, love, and friendship with one another, and express their stories about what it means to them to be an American or to live in this great country. It was glorious! ZERO negativity - no name calling, no rudeness, no shouting down, no hostility, no criticism, no threats. People who on the surface had many, many differences, came together and embraced each other, listened to each other, supported each other, complimented each other, encouraged each other. **Brandon Straka created this group. He set the tone, the expectations, and created the message that anyone and everyone could belong, we just needed to listen to each other with kindness, open hearts, and open minds, see each other's humanity, and work together to help our neighbors. This is the real legacy that Brandon created, and it represents his true character.** I was there. I saw it day in and day out. It was beautiful. My mom joined, and she loved it too. Then friends and other family members joined. Among us there are zero zealots, white supremacists, radicals, haters, phobics, etc. We are just good, hard-working, "average Americans." I wish you could have known what a wonderful thing Brandon gave all of us, because then you would see the real tragedy behind the efforts to tear it down, destroy it, and falsely label him as dangerous.

Thank you for taking the time to consider my words in support of Brandon Straka's good character and intentions.

Sincerely

*I*

Exhibit UU

Your Honor,

I am writing on behalf of Brandon Straka to testify to the merits of his character. I've known him personally for over 3 years and In that time, he has proven to be honest, hardworking + accepting to every different kind of person. He holds no judgements and has a Unique way of bringing people together for the common good in a peaceful + loving way. His "common good" includes making people feel included and special and never alone. He inspires us to be better, because we can. Brandon Straka's a good man with a good character and I'm honored to call him "friend."

Sincerely,

Exhibit VV

November 11, 2021

**The Honorable Judge Dabney L. Friedrich**
The U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

p

Dear Judge Friedrich:

I am writing to you on behalf of **Brandon Straka.** I met Brandon on a late Friday night seven years ago when he walked into a recovery center and asked for help with his addiction. In the following months, as I worked with him closely, I found him affable, intelligent, earnest, and eager to take on the spiritual challenges required for recovering from a seemingly hopeless state of mind and body.

Brandon and I have different views on many subjects, yet over the last seven years he continuously reaches out to me for spiritual support in his sobriety with uncommon open-mindedness and willingness. I have seen how even addicts with decades of recovery contend with the torment of obsession and compulsion. Despite this, I can confidently assure Your Honor of the sincerity of Brandon's sobriety, which reflects an underlying hope for redemption and serenity. His promise to cooperate with law enforcement is a first step towards making amends and humbly addressing his shortcomings.

Thank you, Your Honor, for considering my experience and insight regarding Brandon's character. Please contact me if I can be helpful in any way.

Sincerely,

Exhibit WW

November 14, 2021

Your Honor and Counsel:

I am taking just a couple of minutes to write a quick letter in support of Brandon Straka. I do not have the time to write the well thought-out letter he deserves but could not let this opportunity pass by.

I do not assume to know the true character of someone I have never met but can tell you the impact Mr. Strake has had on my life.

My husband and I live in Northern California; I am a retired Deputy Marshal, and he is an active Police Lieutenant. I had followed Mr. Straka and decided to attend a rally he was holding in Sacramento, California in August 2020. My husband is less interested in getting "involved" in such things, and we were both cautious in our decision to attend the rally, as such rallies were prime for those with differing ideologies to express their opposition at such events. It is probably needless to say that we hold conservative views and values.

We showed up at the rally early and were able to see the mood develop and transform. Mr. Straka promotes an environment where EVERYONE is welcome. When we arrived at the rally, venders were setting up pop tents, and the mood was good. As people started to arrive, the mood briefly became just a bit uneasy, and we heard people express that they were concerned that those with opposing views might take the opportunity to come to the rally to express them. Then, as the crowd grew, this uneasy vibe just dissipated. Everyone was happy, smiling, and talking with people they didn't know. The energy was positive, upbeat and welcoming, and the mix of people was like I haven't seen at such gatherings. People treated each other like they were longtime, good friends. The mood and behavior of the attendees was absolutely the result of BRANDON STRAKA AND WHAT HE PROMOTES AS THE FOUNDER OF WALK AWAY. I have no doubt that the people who attended the rally have strong views and would not only promote but protect those views, but Mr. Straka has a way of turning that energy into something good and funneling it into a positive direction. If asked to bet, my money would be that Mr. Straka's character, as well as his values and morals, are good, and he is the kind of person I would want to see in any position of influence, be it a teacher, politician or authority figure.

My husband and I left Mr. Straka's rally with such a positive feeling and HOPE that people were still able to be good to each other and have love for each other in a time where hate and violence seemed to prevail. We attributed this solely to Mr. Straka and the way he promotes his movement.

Thank you for the opportunity to express how much we appreciate the positive Mr. Straka has brought to such a negative time.

Sincerely,

Exhibit XX

11/20/21

Your l-lonor,

My name is _____ I ha e worked at the _____ lfor 9 ½ years as a communications specialist and re ide in _____. I am writing this letter in reference to Mr. Brandon J. Straka.

J have been volunteering for #WalkAway for just over 3 years. During this time I have worked directly with Brandon. J find Brandon to be extremely hard working. compa sionate, funny and honest. He has always been, approachable, fair and conducted himself with the utmost integrity while leading The #WalkAway Campaign. Amongst many accomplishments, Brandon has spent countless hours organizing event that have united many Americans from all walks of life, giving them a safe and fair platfonn to discuss their differences and challenges in today's world. What he ha created ith #WalkAway has positively changed my life. I am forever grateful.

Thank ou for your time.

Respectfully

Exhibit YY

November 13, 2021

c/o Brandon Straka

To Whom It May Concern,

   I am writing this letter on behalf of my friend, Brandon Staka, who I think the world of and greatly admire.

   I first met Brandon Straka when I attended a #WalkAway event in Washington DC in the fall of 2018. I had seen Brandon's original YouTube video that made him famous and put #WalkAway on the map, and I was enormously impressed and inspired by his passion and talent. At the end of the weekend after that event in DC, Brandon and I had a private dinner together where I had the privilege of learning who Brandon Straka, the man and human being, was, not the overnight celebrity he had unwittingly become through his hard and good-intentioned work with the #WalkAway campaign. I found him to be earnest, passionate, enormously bright, and with a vision of a movement that would bring people together regardless of race, gender, political background, or religion to a "safe place" free from the hard left or hard right ideology that many Americans, like myself, found themselves trapped in at the time. In many ways, I see Brandon as a visionary of sorts, with a vision for the good, where people can talk and share opinions again without being criticized or cancelled. Needless to say, I was impressed with Brandon.

   Years later, in the summer of 2021, I happened to be in Los Angeles on vacation at the same time Brandon was there on some business. We arranged to have another dinner. Of course, I knew of the ordeal Brandon had been through and, as a friend, I wanted to help in any way I can, even if it was just to cheer him up and encourage him that things would be okay. I could tell that Brandon was very hurt, even devastated, that the events of January 6th had landed himself in the place he is now. I assured him that good things come from bad things, that important lessons are learned, and a stronger and wiser person emerges from the ashes.

   I encourage the court to please consider The Bigger Picture of Brandon's life, and not judge him harshly on the actions and regrettable events of that fateful day in January. Brandon is a good man, a compassionate human being, and a leader who inspires people for the good.

   Thank you for your time, and...

Kindest regards,

Exhibit ZZ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:21CR-579-DLF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER TO SEAL** |
| | ) | |
| BRANDON J. STRAKA, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant□s Motion for Leave to File Under Seal his Sentencing Memorandum, Sentencing Exhibit List, and corresponding Sentencing Exhibits based on the information contained therein.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant□s Sentencing Memorandum, Sentencing Exhibit List, and corresponding Sentencing Exhibits shall be filed under seal.

_____       _____
DATE                                                          DISTRICT JUDGE

Prepared and Submitted by:

STUART J. DORNAN #18553
Dornan, Troia, Howard,
Breitkreutz & Conway PC, LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
(402) 884-7044
stu@dltlawyers.com
Attorney for Defendant