IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:21CR-579-DLF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER TO SEAL** |
| | ) | |
| BRANDON J. STRAKA, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant's Motion for Leave to File Under Seal his Sentencing Memorandum, Sentencing Exhibit List, and corresponding Sentencing Exhibits based on the information contained therein.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant's Sentencing Memorandum, Sentencing Exhibit List, and corresponding Sentencing Exhibits shall be filed under seal.

_____     _____
DATE                                 DISTRICT JUDGE


Prepared and Submitted by:

STUART J. DORNAN #18553
Dornan, Troia, Howard,
Breitkreutz & Conway PC, LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
(402) 884-7044
stu@dltlawyers.com
Attorney for Defendant