NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.                                           Criminal Number  __21-cr-579__

__Brandon Straka__
        (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ■ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

*Nicholas Smith*
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Nicholas Smith DC:1029802
*(Attorney & Bar ID Number)*

David B Smith PLLC
*(Firm Name)*

1123 Broadway, Ste. 909
*(Street Address)*

New York          NY          10010
*(City)          (State)          (Zip)*

917-902-3869
*(Telephone Number)*