# EXHIBIT 1

**#WalkAway Foundation**
441 N Lee St., Ste 100
Alexandria, VA 22314

Capital Bank
Rockville, MD 20850
68-903/56001

7001

| DATE | 2/4/2022 |
|---|---|
| AMOUNT | **9,805.76 |

PAY ONLY  **9**  **8** **0** **5** **76**
Nine Eight Zero Five CENTS

PAY  Nine Thousand Eight Hundred Five and 76/100*****Dollars

TO THE ORDER OF
National Police Association
P.O. Box 1427
Stafford, Texas 77497

MEMO: Donation

*[signed] Don [illegible]*
AUTHORIZED SIGNATURE

⑆007001⑆ ⑆055003340⑆ 116193511⑆

---

Security features exceed industry standards and include
• NEW! "Mobile Deposit check mark to indicate check has been deposited via mobile device"
• True watermark on back designed to deter fraud

• The words "Obscured, VOID if..." on the back
• Padlock icon on the front and back

Do not use if:
• Any of the features listed above are missing or appear altered
• Envelope window or copies, padlock or bank logo is absent
• Printing or background printing appears faded, stained and feels dull or if a security feature is not on box

>065000090<
CAPITAL ONE, NA
0061879642          02152022
RICHMOND, VA 038 21
Deposit          3746608339

ENDORSE HERE
FOR DEPOSIT ONLY
NATIONAL POLICE ASSOCIATION IN
3746608339

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**#WalkAway Foundation**
441 N Lee St., Ste 100
Alexandria, VA 22314

Capital Bank
Rockville, MD 20850
68-903/56001

7002

DATE 2/4/2022
AMOUNT **9,805.76

PAY ONLY  9,805 76 CENTS
Nine  Eight Zero Five

PAY Nine Thousand Eight Hundred Five and 76/100*****Dollars

TO THE ORDER OF:
E614
P.O. Box 1862
Garden Grove, CA 92842

MEMO: Donation

AUTHORIZED SIGNATURE

⑆007002⑆ ⑈055003340⑈ 116193511⑆

>122201198< 20220218
FARMERS & MERCHANTS BANK
Drawer#/Trans#: 04005/0039
HIN: 808444060000160

PAY TO THE ORDER OF
FARMERS & MERCHANTS BANK
122201198
E614 CORPORATION
FOR DEPOSIT ONLY