| | |
|---|---|
| **From:** | |
| **To:** | |
| **Subject:** | [EXTERNAL] Brandon Straka |
| **Date:** | Wednesday, April 5, 2023 8:33:07 AM |

Dear Ms. Reed,

I am an attorney in South Florida (IP specialist with a firm called Akerman).

On Thursday March 30th, I decided to show my support for Trump's indictment/rule of law by standing near Mar-a-Lago with a large poster. It turned out, I was the only person to show up in support of the law, and was verbally ambushed by Trump supporters, and physically swarmed by journalists, including the AP, Washington Post, Sun Sentinel (local newspaper) etc.

The first person to interview me said he was an "independent journalist" after I asked who he was with. He turned out to be **Brandon Straka** - of whom I knew nothing. He and his cameraman filmed and recorded me, and after I said some things about Jan 6 and Georgia election fraud, he began calling me names like "retard," so I walked away realizing he was not a neutral or legitimate media outlet. An AP reporter had been waiting his turn and was trying to interview me, but Straka got in my face and was yelling at me, holding his recorder about 2 feet from my face. I finally walked off the bridge to get away from him, where I was interviewed by WaPo and others.

The WaPo piece was a more accurate depiction of my actions (https://www.washingtonpost.com/politics/2023/03/30/trump-indictment-suprised/), and because of it I received accolades amongst my friends and family, and even strangers who emailed me supportive notes at my work email address (they must have looked up my name and found my Akerman affiliation).

On Monday April 2, Straka posted on Twitter and Truth Social a short video of me that made me look like an uninformed lunatic. He "outed" me as an Akerman attorney by using my law firm website photo next to a shot of me with my poster. The Gateway Pundit (right-wing online "newspaper") picked up the "story" and posted an article that characterized me as a "radical left wing attorney," again with my work information. Twitter users then posted my work phone phone number, resume, email address, etc, i.e., "doxxed" me. (Is Straka affiliated with the Gateway Pundit? I don't know.)

https://www.thegatewaypundit.com/2023/04/radical-far-left-attorney-victoria-j-b-doyle-carried-sign-outside-mar-a-lago-saying-fck-around-find-out-and-hid-her-face-is-quickly-outed-online/

I and my law firm employer have received numerous calls and emails attacking me, threatening me, and harrassing me, and calling for my termination. We have all lost time at work dealing with this, and needless to say it has been frightening and upsetting.

**My question is: given that Straka is on probation for his Jan 6 actions, is there anything I can do to alert the judge of this behavior? I am more than willing to provide an affidavit (or declaration) with all of these facts and attached voicemails/transcripts and emails if it would be helpful to the judge. I don't know the law of probation (or really any**

GOVERNMENT EXHIBIT A

**criminal law relating to harassment, false pretenses, or whatever else he may be accused of in this matter).**

Meanwhile, he then created a short film about the AP journalist (Terry Spencer) whom he accused of assaulting him and more nonsense. So, I wouldn't be surprised if Mr. Spencer has received heaps of abuse and threats, too.

https://www.thegatewaypundit.com/2023/04/must-see-unhinged-ap-reporter-terry-spencer-defends-crude-leftist-attorney-outside-mar-a-lago-then-attempts-to-swipe-brandon-strakas-phone-video/?utm_source=rss&utm_medium=rss&utm_campaign=must-see-unhinged-ap-reporter-terry-spencer-defends-crude-leftist-attorney-outside-mar-a-lago-then-attempts-to-swipe-brandon-strakas-phone-video

Thank you for any assistance you may have.

