| | |
|---|---|
| **From:** | |
| **To:** | |
| **Subject:** | [EXTERNAL] Brandon Straka on probation |
| **Date:** | Tuesday, April 4, 2023 9:36:58 AM |

Dear Ms. Reed,

Brandon Straka regularly denies the truth of his plea statements, saying he was forced into a false guilty plea by the DOJ, and I know the Judge has addressed this. He has only escalated that rhetoric on social media and in tv appearances since she warned him.

Recently he has also been posting videos in which he antagonizes people on the street. Link to one below.

I don't know how to reach his probation officer, but I think they should be aware of this behavior.

Thank you

https://twitter.com/BrandonStraka/status/1642985589338243073?s=20

**GOVERNMENT EXHIBIT B**