**From:** █████████████████████
**Sent:** Tuesday, August 15, 2023 10:32 AM
**To:** █████████████████████
**Subject:** [EXTERNAL] RE: Brandon Straka's Behavior

Good Morning Ms. Reed,

I was informed that Mr. Straka was applying for early termination of his probation. I did not know if you had a chance to read my email or not. I wanted to reply just in case you have not had the chance to consider what I've submitted in the past.

Thank you very much and have a good week!

>   On Sat, 17 Jun 2023 16:03:51 GMT
>   ███████████████████████ wrote:
> Good Morning Ms. Reed,
>
> I am concerned about the potentially criminal behavior of Brandon Straka. I wrote a letter to Judge Friedrich and I wanted to provide you with a copy:
>
> Honorable Dabney L. Friedrich
> 333 Constitution Avenue N.W.
> Washington D.C. 20001
> Dear Judge Friedrich,
> I am writing to you out of concern in regards to Brandon Straka. In August of last year, I read a news article where you reprimanded Mr. Straka (1) for making public statements at odds with his plea agreement. He has continued to make such public statements on Twitter and in media appearances. A supplemental worry that I have is that Mr. Straka has and will engage in the kind of harassing and potentially criminal behavior that led to him being in federal custody. I say this based on an incident that happened in Omaha, Nebraska that may be worth investigating further. This is a list of statements compiled for your consideration, complete with dates and links:
>
> 1.) 11/8/2022 - https://twitter.com/BrandonStraka/status/1590110869471789056
> "The official statement of offense, written by the government, says that I witnessed a shield being passed through the crowd and that my voice can be heard saying "take it, take it". There is ZERO mention of me encouraging anybody to do anything or witnessing any assault."
> 2.) 11/8/2022 - https://twitter.com/BrandonStraka/status/1635333509555585027/photo/3
> "I'm asking the American people to get behind J6 defendants to file a class action lawsuit against the federal government for placing all of us on a federal registry, like sex-offenders, which includes a dossier of charges against us that THEY DID NOT OBTAIN CONVICTIONS ON. MORE:"
> There are photos Mr. Straka shows, one of which is of a transcript attempting to downplay that he was facing a felony charge at one point.
> 3.) 11/12/2022 - https://twitter.com/BrandonStraka/status/1591328063048278017
> Mr. Straka sharing a trailer for a documentary he participated in on January 6th, that says that defendants (including himself) were politically targeted and persecuted as part of a free speech crack down. This may have been filmed before your warning. It is of note that he continued to promote this documentary after it.
> 4.) 12/16/2022 - https://01xls mjt.lu/nl3/qRfXhN8Xkkj-YuNmCOo_uA?hl=en

GOVERNMENT EXHIBIT C

A press release from Mr. Straka which states, "The Melber Statements are materially false because Straka did not confess and was not found by any Court to have helped attack police officers or to have attempted an attack on any police officer. Indeed, the public record… demonstrates beyond cavil that Straka did not engage in any acts of violence or encourage anyone to commit violence on January 6, 2021. Rather, he was filming events outside the east side of the Capitol in a journalistic capacity."
5.) 2/15/2023 - https://twitter.com/BrandonStraka/status/1625978237758345216
Mr. Straka posted a video titled, "The American Prisoner." It stars Mr. Straka playing some sort of political prisoner.

At the 1:20 mark there is a note saying:

It is not intended to make a statement about any specific incident or event. It is a commentary on the perils of any form of authoritarianism vs. the individual. It should in no way be interpreted as glorifying violence or criminality.

It looks as if Brandon knew the dangers of this being perceived as an affront to your warning.
6.) 4/28/2023 - https://twitter.com/BrandonStraka/status/1652044572363464705
Mr Straka Tweeted, "Sigh. I never got into a scuffle, nor was I accused of doing so. There is nothing to do with a badge. Not sure where you got that. The allegation is that my voice could be heard saying the words "take it, take it" while a crowd was passing a police shield. Instead of contributing to the passing of misinformation about me publicly, you ALWAYS have the option to just watch my video and decide for yourself if the accusations against me make any sense whatsoever."
7.) 5/1/2023 - https://twitter.com/BrandonStraka/status/1631117145571573760
Mr. Straka Tweeted, "lol- no I didn't. The government alleged that my voice can be heard "chiming in" and saying the words "take it, take it" while that incident was happening 35 feet away. My attorney made clear that I was documenting the words of the crowd throughout my video. God bless."
8.) 5/2023 (Upload Date) - https://youtu.be/eI2oFucDks8

"An appearance at CPAC where Brandon instantly downplays what he did on January 6th. He sarcastically says, "You may also know me as the person who tried to overthrow the government on January 6th---with my iPhone. It was an insurrection of skateboards and flag poles." This remark is at the 2:17 minutes.
At 17:20 - Mr. Straka tells a tale of what he did on January 6th that is at odds with what he pled to in your courtroom. He frames the entire incident as filming a video as some sort of concerned citizen, and not a rioter in any way. In summary, he says that all he did was film for 8 minutes and stand in place.
At 19:16 he says, "I did not engage in any violence, vandalism, theft, destruction of any kind on January 6th, but I did shoot a video outside on the Capitol steps for eight minutes and I uploaded that video to twitter."
9.) 5/11/2023 - https://twitter.com/BrandonStraka/status/1634739166083686401
Mr. Straka tweeted, "If I were trying to overthrow the government I probably would have come with more than my iPhone, I would have done more than filmed, and I probably would have entered the building instead of leaving after filming for 8 minutes. You were lied to. Deal with it."
10.) 6/16/2023 - https://twitter.com/BrandonStraka/status/1669821845804142592

Mr. Straka stated that he was not caught on video egging on rioters. He is also claiming that he was not charged with four criminal offenses. He is discussing how he is suing MSNBC and making a tacit threat of legal action against a reporter. There is an additional claim that he was being defamed and that he was only facing a misdemeanor charge. This is a paraphrase of a much longer tweet.

Mr. Straka's conduct in reference to a salon chain Omaha, Nebraska seems to have disturbed me. He was banned as a client from that establishment. He made a video saying that he was banned

from Garbo's because of his misdemeanor c harge. The end result was the staff facing a barrage of harassment (including death threats) from Mr. Straka's supporters. People who may be employees have posted on Reddit, saying he was banned for other reasons. While this is not definitive proof of what happened, I do ask that it be looked into because Mr. Straka may reoffend.

Mr. Straka's Video:

https://www.youtube.com/watch?v=eI2oFucDks8

The Reddit Thread:

https://www.reddit.com/r/Omaha/comments/11duyxk/brandon_strakas_is_denied_service_at_local_hair/

Thank you for your time and consideration.

Sincerely,
An Anonymous Concerned Citizen


Article Cited:
1. https://www.npr.org/2022/08/04/1115531903/a-judge-unleased-a-tirade-on-a-prominent-jan-6-defendant-for-his-post-plea-comme

Secured by Skiff Mail.